Jeffrey S. Chiesa
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625-0112

By: Christopher S. Porrino
 Assistant Attorney General
 Director, Division of Law
 (609) 984-9666

Theodore B. Olson
Matthew D. McGill
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8500

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CHRISTOPHER J. CHRISTIE et al.,<br><br>　　　　　Defendants. | Civil Action No. 3:12-cv-04947 (MAS) (LHG)<br><br>Honorable Michael A. Shipp, U.S.D.J.<br><br>**NOTICE OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** |

　　　　PLEASE TAKE NOTICE that on December 18, 2012, at 1:00 P.M., the undersigned, Jeffrey S. Chiesa, Attorney General of New Jersey, counsel for Defendants Christopher J. Christie, David L. Rebuck, and Frank Zanzuccki, shall move before the Honorable Michael A. Shipp, U.S.D.J., U.S. District Court, District of New Jersey, Clarkson S. Fisher Bldg. and U.S. Courthouse, 402 E. State Street, Room 2020, Trenton, New Jersey 08608 for entry of an order

granting summary judgment to Defendants pursuant to Rule 56 of the Federal Rules of Civil Procedure.

  PLEASE TAKE FURTHER NOTICE that the undersigned will rely on the attached Memorandum of Law and accompanying documents in support of the motion.

  PLEASE TAKE FURTHER NOTICE that a proposed form of Order is attached hereto.

Dated:  November 21, 2012

By:

/s/ Theodore B. Olson
THEODORE B. OLSON
(admitted *pro hac vice*)
MATTHEW D. MCGILL
(admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 530-9662

Respectfully submitted,

JEFFREY S. CHIESA
ATTORNEY GENERAL OF THE STATE OF NEW JERSEY

/s/ Christopher S. Porrino
CHRISTOPHER S. PORRINO
 Assistant Attorney General
 Director, Division of Law
JOHN J. HOFFMAN
 Executive Assistant Attorney General
STUART M. FEINBLATT
 Assistant Attorney General
PETER SLOCUM
 Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ  08625-0112
Telephone: (609) 984-9666
Facsimile: (609) 292-0690

*Attorneys for Defendants*