IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION et al.,

    Plaintiffs,

v.

CHRISTOPHER J. CHRISTIE et al.,

    Defendants.

Civil Action No. 3:12-cv-04947 (MAS) (LHG)

Honorable Michael A. Shipp, U.S.D.J.

**CERTIFICATION OF COUNSEL**

PETER SLOCUM, of full age, hereby certifies and says:

1. I am an attorney licensed to practice in the State of New Jersey. I am employed as a Deputy Attorney General by the State of New Jersey Department of Law and Public Safety. I am assigned to represent Defendants Christopher J. Christie, David L. Rebuck, and Frank Zanzuccki in the above-captioned litigation. I submit this certification in support of Defendants' Cross-Motion For Summary Judgment and In Opposition To Plaintiffs' Motion For Summary Judgment.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Robert D. Willig.

1

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Results from the 2008 NCAA Study on Collegiate Wagering, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00003050–3106.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the transcript of the deposition of Roger S. Goodell, Commissioner of Plaintiff National Football League.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an article authored by Ian Thomsen, of Sports Illustrated, titled "Stern Open to Legalized Betting, Rule Changes" (Dec. 11, 2009), which was produced by Defendants in this litigation and bates stamped as Defendants' 00021–26.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the transcript of the deposition of David J. Stern, Commissioner of Plaintiff National Basketball Association.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Pedowitz Report to NBA Board of Governors, dated Oct. 1, 2008, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00003354–3486.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the National Gambling Impact Study Commission Report, dated 1999, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00002333–2606.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the transcript of the deposition of Mark Emmert, President of Plaintiff National Collegiate Athletic Association.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the transcript of the deposition of Allan H. "Bud" Selig, Commissioner of Plaintiff Office of the Commissioner of Major League Baseball.

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the transcript of the deposition of Thomas Ostertag, a Rule 30(b)(6) designee of Plaintiff Major League Baseball.

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the transcript of the deposition of Daniel T. Mullin, a Rule 30(b)(6) designee of Plaintiff Major League Baseball.

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the transcript of the deposition of Richard W. Buchanan, the Rule 30(b)(6) designee of Plaintiff National Basketball Association.

14. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts of the transcript of the deposition of Rachel Newman Baker, the Rule 30(b)(6) designee of Plaintiff National Collegiate Athletic Association.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the Results of NCAA Gambling Surveys and Trends in Sports Wagering Cases, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00002301–2318.

16. Attached hereto as **Exhibit 15** is a true and correct copy of the NFL's Gambling Policy, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00003110–3116.

17. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of the transcript of the deposition of Lawrence P. Ferazani, Jr., the Rule 30(b)(6) designee of Plaintiff National Football League.

18. Attached hereto as **Exhibit 17** is a true and correct copy of the Fantasy Industry Trends, Fantasy Sports Trade Association, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00003511–3557.

19. Attached hereto as **Exhibit 18** is a true and correct copy of the Yahoo.com Fantasy Hockey Rules, which were produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00004064–4065.

20. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts of the transcript of the deposition of Gary B. Bettman, Commissioner and Rule 30(b)(6) designee of Plaintiff National Hockey League.

21. Attached hereto as **Exhibit 20** is a true and correct copy of the NFL.com Fantasy Football Official Rules, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00003136–3150.

22. Attached hereto as **Exhibit 21** is a true and correct copy of the NFL.com Rush Fantasy Official Rules, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00003174–3181.

23. Attached hereto as **Exhibit 22** is a true and correct copy of the NFL Fan Valuation Study, dated January 2009, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00003117–3134.

24. Attached hereto as **Exhibit 23** is a true and correct copy of Copernicus Marketing and Research's presentation titled "The Emerging Role of the Web for the NFL, dated March 25,

2002, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00003300–3340.

25. Attached hereto as **Exhibit 24** is a true and correct copy of the MLB.com 2012 Fantasy Baseball Official Rules, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00004071–4082.

26. Attached hereto as **Exhibit 25** is a true and correct copy of the MLB.com Million Dollar Pick 'Em Official Rules, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00002211–2213.

27. Attached hereto as **Exhibit 26** is a true and correct copy of the MLB.com Odyssey Official Rules, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00002214–2218.

28. Attached hereto as **Exhibit 27** is a true and correct copy of the Yahoo Sports Official Fantasy Basketball Rules, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00004037–4063.

29. Attached hereto as **Exhibit 28** is a true and correct copy of the NHL.com Official Fantasy Hockey Rules, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00004066–4070.

30. Attached hereto as **Exhibit 29** is a true and correct copy of the NHL Fantasy Hockey 2010-2011 Report, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00003596–3602.

31. Attached hereto as **Exhibit 30** is a true and correct copy of the NBA Constitution and By-Laws, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00001909–1914.

32. Attached hereto as **Exhibit 31** is a true and correct copy of MLB Rule 21, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00001798.

33. Attached hereto as **Exhibit 32** is a true and correct copy of the NHL Constitution and Bylaws, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00001915–1920.

34. Attached hereto as **Exhibit 33** is a true and correct copy of NCAA Bylaw Article 10: Ethical Conduct, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00003708–3710.

35. Attached hereto as **Exhibit 34** is a true and correct copy of the NBA's Anti-Gambling Education Pamphlet, "Three Point Play," which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00001838–1839.

36. Attached hereto as **Exhibit 35** is a true and correct copy of the December 2008 Harris Interactive Study of the NBA and Gambling, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00002292–2300.

37. Attached hereto as **Exhibit 36** is a true and correct copy of the December 2009 Harris Interactive NBA Integrity Study, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00002249–2262.

38. Attached hereto as **Exhibit 37** is a true and correct copy of the March 2010 Harris Interactive NBA Integrity Study, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00002231–2248.

39. Attached hereto as **Exhibit 38** is a true and correct copy of the Fall 2009 Harris Interactive NBA Sports Integrity Study, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00002273–2286.

40. Attached hereto as **Exhibit 39** is a true and correct copy of the Spring 2011 Harris Interactive NBA Sports Integrity Study, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00002287–2291.

41. Attached hereto as **Exhibit 40** is a true and correct copy of the October 24–25, 2007 Minutes of the Annual Meeting of the NBA Board of Governors, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00002271–2272.

42. Attached hereto as **Exhibit 41** is a true and correct copy of the October 22–23, 2008 Minutes of the Annual Meeting of the NBA Board of Governors, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00002269–2270.

43. Attached hereto as **Exhibit 42** is a true and correct copy of NFL 2009 Resolution BV1, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00003182–3185.

44. Attached hereto as **Exhibit 43** is a true and correct copy of the NCAA's Championships Policy, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00001840–1846.

45. Attached hereto as **Exhibit 44** is a true and correct copy of the NHL Player's Contract and Standard Club Rules, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00001873–1885.

46. Attached hereto as **Exhibit 45** is a true and correct copy of the NBA's Operations Manual, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00003496–3503.

47.   Attached hereto as **Exhibit 46** is a true and correct copy of the NHL's Line of Sight Guidelines, which was produced by Plaintiffs in this litigation and bates stamped as Plaintiffs' 00003571–3581.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED:   November 21, 2012

_____
Peter Slocum