# Exhibit 2

# NCAA Research on Collegiate Wagering

Thomas S. Paskus, Ph.D.
NCAA

Jeffrey L. Derevensky, Ph.D.
McGill University



1

PLAINTIFFS' 00003050



# Sports gambling: A favorite American pastime



PLAINTIFFS' 00003051

# Is Sports Gambling a Problem?



3

PLAINTIFFS' 00003052

# Statistics

- Approximately $2.57 billion was gambled in 2008 in Nevada's legal sports book.

- An estimated $380 billion is bet through offshore books or bookies each year.

- According to an ESPN survey, about 118 million Americans gambled on sports in some manner in 2008.

- About 67 percent of all college students bet on sports.

- Sports betting is second to poker in popularity of gambling games among college students.

- Approximately 23 percent of all adults wager on sports.



4

PLAINTIFFS' 00003053

# Statistics

- Approximately 33 percent of all American men say they gamble on sports (Pew Research Center).

- Upwards of 80 percent of high school students report having gambled for money.

- Gambling behaviors start early, with minimal concern by parents.

- A recent survey revealed that 44 percent of 12th grade males reported wagering on sports at least once.

- Gambling expansion will continue in the U.S. and around the world.



5

PLAINTIFFS' 00003054

# Primary Goals of the 2008 Study

- Provide information on changes in the prevalence of various wagering behaviors among student-athletes (2008 vs. 2004).

- Examine differences in these behaviors as a function of sport, gender, division, etc.

- Assess student-athlete awareness of NCAA sports wagering rules.

- Determine whether education programs have been successful in moderating gambling behavior and if alternate types of programming  may better serve student-athletes.



PLAINTIFFS' 00003055

# Data Source

- Data were collected systematically with the assistance of the Faculty Athletics Representatives (FARs) at NCAA member institutions throughout the U.S.

- All 1000+ NCAA member institutions were approached to participate.  Each participating school surveyed student-athletes on one to three teams.

- The 2008 survey instrument was significantly modified and streamlined from the 2004 survey, removing many items related to other risky youth behaviors (e.g., substance use, criminal behavior).

- As data were submitted anonymously, institutional response rate is not known exactly, but was estimated to be >60 percent.



PLAINTIFFS' 00003056

# Gambling Behaviors





PLAINTIFFS' 00003057

# Wagering Behaviors among <u>Male</u> Student-Athletes (2004 vs. 2008)

|  | 2004 Study | | | 2008 Study | | |
|---|---|---|---|---|---|---|
|  | Past Year | 1 x / mo+ | 1 x / wk+ | Past Year | 1 x / mo+ | 1 x / wk+ |
| Played cards for money | 46.8% | 20.6% | 8.4% | 45.9% | 14.3% | 3.9% |
| Bet horses, dogs | 9.8% | 2.0% | 0.5% | 8.5% | 1.4% | 0.4% |
| Games personal skill | 39.7% | 16.3% | 5.8% | 33.1% | 13.0% | 4.4% |
| Dice, craps | 13.4% | 4.3% | 1.5% | 11.7% | 3.9% | 1.2% |
| Slots | 19.8% | 3.6% | 0.9% | 15.1% | 2.0% | 0.3% |
| Lottery tickets | 36.2% | 11.1% | 3.0% | 31.4% | 9.1% | 2.1% |
| Played stock market | 10.2% | 4.7% | 2.2% | 9.2% | 4.5% | 2.1% |
| Commercial bingo | 6.5% | 0.9% | 0.3% | 6.9% | 1.1% | 0.4% |
| Gambled in casino |  |  |  | 22.9% | 3.8% | 0.6% |

Note: Percentages displayed are cumulative rather than independent. A student-athlete reporting having wagered 'once/week or more' is also included in the 'once/month or more' and 'past year' figures.



9

PLAINTIFFS' 00003058

# Wagering Behaviors among <u>Male</u> Student-Athletes (2004 vs. 2008)

|  | 2004 Study | | | 2008 Study | | |
|---|---|---|---|---|---|---|
|  | Past Year | 1 x / mo+ | 1 x / wk+ | Past Year | 1 x / mo+ | 1 x / wk+ |
| Casino games on Internet for money | 6.8% | 2.8% | 1.4% | 12.3% | 4.7% | 2.0% |
| Bet on sports | 23.5% | 9.6% | 4.7% | 29.5% | 9.6% | 2.7% |

Note: Percentages displayed are cumulative rather than independent. A student-athlete reporting having wagered 'once/week or more' is also included in the 'once/month or more' and 'past year' figures.



10

# Wagering Behaviors among <u>Female</u> Student-Athletes (2004 vs. 2008)

|  | 2004 Study | | | 2008 Study | | |
|---|---|---|---|---|---|---|
|  | Past Year | 1 x / mo+ | 1 x / wk+ | Past Year | 1 x / mo+ | 1 x / wk+ |
| Played cards for money | 19.0% | 4.4% | 1.3% | 10.7% | 1.3% | 0.3% |
| Bet horses, dogs | 4.8% | 0.4% | 0.1% | 3.2% | 0.1% | 0.0% |
| Games personal skill | 14.1% | 3.2% | 0.7% | 7.2% | 1.2% | 0.1% |
| Dice, craps | 3.5% | 0.7% | 0.3% | 2.2% | 0.3% | 0.0% |
| Slots | 14.3% | 1.3% | 0.2% | 9.9% | 0.5% | 0.1% |
| Lottery tickets | 29.7% | 5.4% | 1.2% | 24.0% | 3.5% | 0.7% |
| Played stock market | 3.5% | 1.3% | 0.6% | 2.1% | 0.6% | 0.2% |
| Commercial bingo | 7.3% | 0.8% | 0.0% | 6.8% | 0.8% | 0.1% |
| Gambled in casino |  |  |  | 11.0% | 0.6% | 0.0% |

Note: Percentages displayed are cumulative rather than independent. A student-athlete reporting having wagered 'once/week or more' is also included in the 'once/month or more' and 'past year' figures.



11

PLAINTIFFS' 00003060

# Wagering Behaviors among <u>Female</u> Student-Athletes (2004 vs. 2008)

|  | 2004 Study | | | 2008 Study | | |
|---|---|---|---|---|---|---|
|  | Past Year | 1 x / mo+ | 1 x / wk+ | Past Year | 1 x / mo+ | 1 x / wk+ |
| Casino games on Internet for money | 2.1% | 0.8% | 0.4% | 1.9% | 0.2% | 0.0% |
| Bet on sports | 6.7% | 1.5% | 0.6% | 6.6% | 0.8% | 0.2% |

Note: Percentages displayed are cumulative rather than independent. A student-athlete reporting having wagered 'once/week or more' is also included in the 'once/month or more' and 'past year' figures.



12

PLAINTIFFS' 00003061

# DSM Gambling Screen
## (2004 vs. 2008)

| Males | 2004 Study | 2008 Study |
|---|---|---|
| Non-gambler | 29.3% | 33.7% |
| Social gambler | 66.7% | 62.5% |
| At-risk gambler | 2.9% | 1.8% |
| Probable pathological gambler | 1.1% | 2.0% |

| Females | 2004 Study | 2008 Study |
|---|---|---|
| Non-gambler | 51.1% | 61.4% |
| Social gambler | 48.6% | 38.2% |
| At-risk gambler | 0.3% | 0.2% |
| Probable pathological gambler | < 0.1% | 0.2% |



13

PLAINTIFFS' 00003062

# Summary of Findings on Gambling Behaviors

1. In general, for most gambling behaviors, levels of social and frequent participation decreased (2008 vs. 2004).

2. The primary exceptions to this decrease are (a) the participation of males in casino-style gambling on the Internet for money, and (b) social levels of sports wagering.

3. As in the general population, males are much more likely to be social and frequent participants in all forms of gambling.



PLAINTIFFS' 00003063

# Summary of Findings on Gambling Behaviors

4. Problem gambling (at-risk and PPG) decreased slightly for males from 4.0% to 3.8% between 2004 and 2008 while rates for females remained constant (0.4% for both years).

5. PPGs went up slightly for both males (1.1% vs. 2.0%) and females (<0.1% vs. 0.2%) between 2004 and 2008.



PLAINTIFFS' 00003064



# Sports Wagering



PLAINTIFFS' 00003065

## Percentage of Student-Athletes Reporting That They Wager on Sports at Least Once/Month

### (Divisions Combined within Sports)

| Men's Sports | 2004 Study | 2008 Study |
|---|---|---|
| Baseball | 12.3% | 12.7% |
| Basketball | 9.9% | 10.0% |
| Football | 8.6% | 9.0% |
| Golf | 14.2% | 19.6% |
| Ice Hockey | 12.1% | 7.6% |
| Lacrosse | 13.9% | 10.1% |
| Soccer | 10.9% | 10.6% |
| Swimming | 5.7% | 4.3% |
| Tennis | 8.8% | 8.4% |
| Track / Cross Country | 4.9% | 5.4% |
| Wrestling | 12.4% | 6.2% |

| Women's Sports | 2004 Study | 2008 Study |
|---|---|---|
| Basketball | 1.4% | 1.2% |
| Field Hockey | 1.1% | 0.2% |
| Golf | 2.1% | 1.3% |
| Gymnastics | 0.0% | 0.5% |
| Lacrosse | 3.6% | 0.3% |
| Softball | 1.7% | 1.2% |
| Soccer | 1.7% | 0.6% |
| Swimming | 0.7% | 0.9% |
| Tennis | 2.2% | 0.8% |
| Track / Cross Country | 1.1% | 0.6% |
| Volleyball | 1.0% | 0.4% |

17



## Percentage of <u>Division I</u> Student-Athletes Reporting That They Wager on Sports at Least Once/Month

| Men's Sports Division I only | 2004 Study | 2008 Study |
|---|---|---|
| Baseball | 8.2% | 9.5% |
| Basketball | 6.1% | 4.5% |
| Football | 5.4% | 6.0% |
| Golf | 14.4% | 20.5% |
| Ice Hockey | 9.2% | 4.2% |
| Lacrosse | 9.7% | 5.6% |
| Soccer | 6.5% | 6.9% |
| Swimming | 4.1% | 3.4% |
| Tennis | 9.9% | 6.7% |
| Track / Cross Country | 4.6% | 5.3% |
| Wrestling | 8.5% | 6.4% |

| Women's Sports Division I only | 2004 Study | 2008 Study |
|---|---|---|
| Basketball | 0.9% | 0.5% |
| Field Hockey | 0.9% | 0.0% |
| Golf | 0.7% | 1.7% |
| Gymnastics | 0.0% | 0.0% |
| Lacrosse | 1.2% | 0.0% |
| Softball | 0.3% | 1.1% |
| Soccer | 0.9% | 0.2% |
| Swimming | 1.2% | 0.6% |
| Tennis | 1.2% | 0.8% |
| Track / Cross Country | 1.3% | 0.7% |
| Volleyball | 0.7% | 0.0% |



18

## Wagering Behaviors among <u>Male</u> Student-Athletes
## (Overall vs. Men's Golf)

| | 2008 – All Males | | | 2008 – Men's Golf only | | |
|---|---|---|---|---|---|---|
| | Past Year | 1 x / mo+ | 1 x / wk+ | Past Year | 1 x / mo+ | 1 x / wk+ |
| Played cards for money | 45.9% | 14.3% | 3.9% | 59.2% | 25.7% | 11.5% |
| Bet horses, dogs | 8.5% | 1.4% | 0.4% | 12.3% | 2.5% | 0.7% |
| Games personal skill | 33.1% | 13.0% | 4.4% | 62.8% | 42.6% | 23.3% |
| Dice, craps | 11.7% | 3.9% | 1.2% | 12.0% | 4.2% | 0.5% |
| Slots | 15.1% | 2.0% | 0.3% | 19.8% | 3.2% | 0.2% |
| Lottery tickets | 31.4% | 9.1% | 2.1% | 30.6% | 10.2% | 3.2% |
| Played stock market | 9.2% | 4.5% | 2.1% | 16.4% | 10.0% | 6.1% |
| Commercial bingo | 6.9% | 1.1% | 0.4% | 8.1% | 1.2% | 1.0% |
| Gambled in casino | 22.9% | 3.8% | 0.6% | 32.9% | 8.6% | 1.0% |
| Casino games on Internet for money | 12.3% | 4.7% | 2.0% | 24.2% | 13.5% | 7.3% |
| Bet on sports | 29.5% | 9.6% | 2.7% | 41.5% | 19.6% | 6.9% |

Note: Percentages displayed are cumulative rather than independent. A student-athlete reporting having wagered 'once/week or more' is also included in the 'once/month or more' and 'past year' figures. Overall figures include men's golf.

19

NCAA Research

PLAINTIFFS' 00003068

# Summary of Findings on Sports Wagering

1. Males were just as likely to wager on college sports as professional sports. Females were slightly more likely to bet on professional sports than college sports. The favorite wagering targets in both groups were the NFL and the NCAA men's basketball tournament.

2. Whereas male and female student-athletes were most likely to bet with friends, many male student-athletes also placed sports bets through the Internet and via cell phone/PDA.

3. Frequent/problematic sports gamblers use a number of methods for placing bets. They also are more likely to place a variety of types of bets (e.g., point spread, over/under).



PLAINTIFFS' 00003069

# Methods Used for Placing Sports Bets (2008 Study)

| Wagered on sports at all during past year | Males | Females |
|---|---|---|
| Bet with friends | 92.7% | 83.4% |
| Bet with a student bookie | 7.8% | 2.3% |
| Bet with an off-campus bookie | 7.5% | 2.4% |
| Bet via the Internet | 22.3% | 6.9% |
| Bet via telephone, cell phone, PDA | 9.4% | 6.0% |
| Bet at casino, sports book, lottery | 18.5% | 10.3% |
| Bet through an intermediary | 6.7% | 4.2% |

| Wager on sports once per month+ | Males |
|---|---|
| Bet with friends | 93.6% |
| Bet with a student bookie | 15.3% |
| Bet with an off-campus bookie | 16.0% |
| Bet via the Internet | 40.4% |
| Bet via telephone, cell phone, PDA | 20.0% |
| Bet at casino, sports book, lottery | 28.6% |
| Bet through an intermediary | 13.3% |

% = Used that method at all during past year

# of frequent sports gamblers too small among females for analysis.

NCAA Research

21

PLAINTIFFS' 00003070

# Summary of Findings on Sports Wagering

1. <u>Social</u> sports wagering (having gambled on sports once or more in the past year) was generally higher for male student-athletes in 2008.  <u>Frequent</u> sports wagering (gambling once/month or more) was similar for males in 2008 vs. 2004.  <u>Heavy</u> sports wagering (wagering once/week or more) decreased in 2008.

2. Among females, the level of social sports wagering was similar in 2004 and 2008 but frequent and heavy sports wagering decreased in the 2008 sample.

3. As in 2004, sports wagering is much more prevalent in Divisions II and III than in Division I.



PLAINTIFFS' 00003071

# Summary of Findings on Sports Wagering

4. Viewed across division, frequent sports wagering in baseball, men's basketball and football was similar in 2008 to what it was in 2004.

5. Men's golf (across division) stands out as having a high proportion of its student-athletes engaging frequently in sports wagering (20 percent in 2008 vs. 14 percent in 2004). In the 2008 study, men's golfers also stand out as the most pervasive gamblers across almost every type of gambling behavior studied.

6. Men's basketball players in Division I showed a decrease in frequent sports wagering in 2008. Frequent wagering was reported by a lower percentage of participants in that sport than all but two Division I men's sports.



PLAINTIFFS' 00003072

# Internet Wagering



PLAINTIFFS' 00003073

# Internet Sports Wagering

- Among those student-athletes who wagered on sports at least once in the prior 12 months:

  - ➢ 2004:
    - ○ 10.9 percent of males reported placing a sports bet over the Internet
    - ○ 3.3 percent of females reported placing a sports bet over the Internet

  - ➢ 2008:
    - ○ 18.8 percent of males reported placing a sports bet over the Internet
    - ○ 5.5 percent of females reported placing a sports bet over the Internet



PLAINTIFFS' 00003074

# Summary of Findings on Internet Wagering

1. While the playing of free casino-style games on the Internet decreased among student-athletes from 2004 to 2008, playing such games for money on the Internet increased among males in 2008.

2. The number of student-athletes placing a sports bet over the Internet nearly doubled from 2004 to 2008.

3. Student-athletes reported paying for Internet sports wagering using any of a number of methods.



PLAINTIFFS' 00003075

# Genesis, Companions and Reasons for Gambling



PLAINTIFFS' 00003076

# Genesis of Gambling Behaviors

- In the 2008 study, male student-athletes generally reported starting gambling earlier than females:
  - Males = 25.5 percent prior to H.S.; 66.3 percent in H.S.; 8.2 percent in college
  - Females = 13.5 percent prior to H.S.; 63.0 percent in H.S.; 23.5 percent in college

- No differences in regular sports wagering behavior was seen as a function of year in college.

- The entry point for male student-athletes was most typically card playing for money among friends.

- Female student-athletes did not show a common entry point.



PLAINTIFFS' 00003077

# Self-Reported Reasons for Gambling among Student-Athletes who Reported Gambling in the Past 12 Months

| 2008 Study | Males | Females |
|---|---|---|
| For fun | 66.6% | 75.1% |
| Win money | 41.5% | 26.4% |
| Excitement | 35.1% | 22.3% |
| Competition | 28.9% | 14.3% |
| Relieve boredom | 16.8% | 10.7% |
| Relaxation | 8.3% | 3.5% |
| Be part of my peer group | 4.0% | 2.1% |
| Escape school/family situation | 2.0% | 0.7% |
| Find new friends | 1.2% | 0.7% |
| Escape depression | 1.0% | 0.6% |
| See self in more positive light | 0.5% | 0.2% |



29

PLAINTIFFS' 00003078

## Self-Reported Reasons for Gambling among Male Student-Athletes who Reported Wagering on Sports Frequently in Past 12 Months

| 2008 Study | Males Wagering on Sports 1/mo+ |
|---|---|
| For fun | 60.8% |
| Win money | 62.4% |
| Excitement | 53.6% |
| Competition | 43.9% |
| Relieve boredom | 21.8% |
| Relaxation | 11.7% |
| Be part of my peer group | 4.6% |
| Escape school/family situation | 3.3% |
| Find new friends | 2.2% |
| Escape depression | 1.9% |
| See self in more positive light | 1.2% |

NCAA Research

30

PLAINTIFFS' 00003079

# Largest <u>One-Day Gambling Win/Loss</u> among Student-Athletes who Reported any Gambling Behavior in Past 12 Months

| 2008 Study | Males | | Females | |
|---|---|---|---|---|
| | Win | Loss | Win | Loss |
| None | 5.8% | 6.5% | 19.1% | 22.4% |
| Less than $10 | 10.7% | 22.3% | 28.3% | 44.0% |
| $10 - $24 | 16.8% | 26.1% | 19.9% | 19.4% |
| $25 - $99 | 27.1% | 24.6% | 19.0% | 10.3% |
| $100 - $299 | 21.0% | 13.3% | 9.1% | 2.7% |
| $300 - $499 | 8.3% | 3.4% | 2.5% | 0.4% |
| $500 - $999 | 6.0% | 2.0% | 1.2% | 0.3% |
| $1,000 - $4,999 | 3.3% | 1.2% | 0.7% | 0.3% |
| $5,000 or more | 1.1% | 0.6% | 0.2% | 0.1% |



31

PLAINTIFFS' 00003080

# Reasons to Gamble

- Males reported gambling primarily for fun (67 percent), to win money (42 percent), for the excitement (35 percent) or for the competition (29 percent).

- Females overwhelmingly reported gambling to have fun (75 percent), with smaller percentages citing winning money (26 percent), excitement (22 percent) and competition (14 percent).

- Males who wagered on sports once/month or more were slightly less likely to report gambling for fun (61 percent) and more likely to cite gambling to win money (62 percent), for the excitement (54 percent) or for the competition (44 percent).



PLAINTIFFS' 00003081

# Behavior Related to Contest Fairness



PLAINTIFFS' 00003082

# Percentage of Division I Men's Basketball and Football Players Reporting Having Been <u>Contacted by Outside Sources to Share Inside Information</u>

|  | 2004 Study | 2008 Study |
|---|---|---|
| **Division I Men's Basketball** | 1.2% | 3.8% |
| **Division I Football (FBS or FCS)** | 2.0% | 3.5% |
| Percentage of all males outside MBB1 and MFB1 endorsing (all divisions) | 0.6% | 1.4% |

Statistical Findings:

1.   Percentages for 2008 were significantly higher as judged by standard statistical criteria than the 2004 percentages for each of the three groups (MBB1, MFB1, other males).

2.   Percentages for Division I football and men's basketball in 2008 were significantly higher than the baseline rate for all other males.



34

PLAINTIFFS' 00003083

# Percentage of Division I Men's Basketball and Football Players Claiming to Have <u>Provided Inside Information to Outside Sources</u>

|  | 2004 Study | 2008 Study |
|---|---|---|
| **Division I Men's Basketball** | 1.2% | 0.9% |
| **Division I Football (FBS or FCS)** | 2.5% | 1.1% |
| Percentage of all males outside MBB1 and MFB1 endorsing (all divisions) | 0.8% | 0.7% |

Statistical Findings:

1. Percentages for football were significantly lower in 2008 than in 2004 as determined by standard statistical criteria.

2. Although the rate for football was significantly higher than for all other males in 2004, it was not statistically different in 2008 vs. the baseline rate for all other males.

3. The men's basketball percentage was not statistically different than the baseline of other males in either 2004 or 2008.



35

# Percentage of Division I Men's Basketball and Football Players Reporting Having Been <u>Asked to Influence the Outcome of a Game</u>

|  | 2004 Study | 2008 Study |
|---|---|---|
| **Division I Men's Basketball** | 2.4% | 1.6% |
| **Division I Football (FBS or FCS)** | 2.3% | 1.2% |
| Percentage of all males outside MBB1 and MFB1 endorsing (all divisions) | 1.0% | 1.1% |

Statistical Findings:

1.   Although the percentages for men's basketball and football were significantly higher than the baseline group in 2004, neither was statistically different from the baseline group in 2008.

2.   The percentage decrease for football in 2008 was statistically significant by standard criteria. The decrease for men's basketball was not statistically significant.



36

# Percentage of Division I Men's Basketball and Football Players Reporting Having <u>Bet on Their Own Team</u>

|  | 2004 Study | 2008 Study |
|---|---|---|
| **Division I Men's Basketball** | 2.7% | 2.0% |
| **Division I Football (FBS or FCS)** | 2.9% | 2.2% |
| Percentage of all males outside MBB1 and MFB1 endorsing (all divisions) | 1.7% | 2.2% |

Statistical Findings:

1.   The percentages reporting having bet on their own team were no different in football and men's basketball in 2008 than those seen among all other males across division (baseline group).

2.   The percentage decreases in men's basketball and football from 2004 to 2008 were not statistically significant.



37

# Percentage of Division I Men's Basketball and Football Players Reporting Having <u>Bet on Another Team at Their School</u>

|  | 2004 Study | 2008 Study |
|---|---|---|
| **Division I Men's Basketball** | 1.8% | 1.4% |
| **Division I Football (FBS or FCS)** | 4.9% | 3.4% |
| Percentage of all males outside MBB1 and MFB1 endorsing (all divisions) | 4.1% | 2.6% |

Statistical Findings:

1.   Statistically significant decreases in the percentage of football players and males in the baseline group reporting betting on another team at their school were seen in 2008.

2.   The 2008 percentages for men's basketball and football were not statistically different than the reported rate in the baseline group.



38

# Percentage of Division I Men's Basketball and Football Players Reporting Having <u>Known of a Teammate who was a Student Bookie</u>

|  | 2004 Study | 2008 Study |
|---|---|---|
| **Division I Men's Basketball** | 1.8% | 0.6% |
| **Division I Football (FBS or FCS)** | 1.3% | 0.8% |
| Percentage of all males outside MBB1 and MFB1 endorsing (all divisions) | 3.0% | 1.5% |

Statistical Findings:

1.  Although decreases in the rates for men's basketball and football were not statistically significant, the decrease for all males in aggregate was statistically significant.

2.  Division I men's basketball and football players taken in aggregate report being significantly less likely to know of a teammate who is a bookie than males in other sport groups.



39

PLAINTIFFS' 00003088

# Sports Wagering Beliefs



PLAINTIFFS' 00003089

## Self-Reported Personal Beliefs of Student-Athletes about Sports Wagering (Across Division)

| 2008 Study | Males | Females |
|---|---|---|
| Most athletes in college violate NCAA rules regarding sports wagering | 54.3% | 39.2% |
| Sports wagering is acceptable so long as you wager on a sport other than the one in which you participate | 52.3% | 26.8% |
| No one really gets hurt when athletes violate NCAA rules on sports wagering | 44.7% | 27.0% |
| I think sports wagering is a harmless pastime | 53.3% | 32.5% |
| People can consistently make a lot of money gambling | 51.4% | 35.9% |

Note:  Percentage endorsing "Somewhat agree" or higher (top three scale points on six-point scale).



41

PLAINTIFFS' 00003090

## Self-Reported Personal Beliefs of Student-Athletes about Sports Wagering (Division I Men's Basketball and Football)

| 2008 Study | Division I Men's Basketball | Division I Football |
|---|---|---|
| Most athletes in college violate NCAA rules regarding sports wagering | 47.4% | 54.2% |
| Sports wagering is acceptable so long as you wager on a sport other than the one in which you participate | 49.4% | 48.6% |
| No one really gets hurt when athletes violate NCAA rules on sports wagering | 42.2% | 43.6% |
| I think sports wagering is a harmless pastime | 47.7% | 49.5% |
| People can consistently make a lot of money gambling | 58.6% | 52.7% |

Note:  Percentage endorsing "Somewhat agree" or higher (top three scale points on six-point scale).



42

PLAINTIFFS' 00003091

# Where do we go from here?

- NCAA commitment to education and prevention as student-athletes generally agreed that information and educational interventions originating from the NCAA deters gambling.

- As gambling expansion continues there is a growing concern about gambling among student-athletes.

- Educational and awareness campaigns among college administrators, student service centers and coaches need to be enhanced and increased.

- Technological forms of gambling (e.g., Internet, mobile gaming) will greatly add to the problem and need to be monitored closely.



43

PLAINTIFFS' 00003092

# The New Face of Internet Gambling



PLAINTIFFS' 00003093



PLAINTIFFS' 00003094

**Bookie Bob's**

**Sports Betting!**



Football

Next Week's Football

Basketball

Hockey

Baseball

NASCAR

Golf

Boxing

Futures

Horses

Home

## Bookie Bob's Sports Betting

# Welcome to Bookie Bob's Sports Betting!

## All game times are CENTRAL time.

## We offer PRIVATE Sports betting by telephone or internet.



MARCH MADNESS MARCHES ON

The Bulldog Says...

PLAINTIFFS' 00003095



PLAINTIFFS'   00003096



PLAINTIFFS' 00003097



PLAINTIFFS' 00003098



PLAINTIFFS' 00003099



PLAINTIFFS' 00003100



PLAINTIFFS' 00003101



PLAINTIFFS' 00003102



Mobile Gambling



PLAINTIFFS' 00003103



PLAINTIFFS' 00003104

# Where do we go from here?

- NCAA commitment to education and prevention as student-athletes generally agreed that information and educational interventions originating from the NCAA deters gambling.

- As gambling expansion continues there is a growing concern about gambling among student-athletes.

- Educational and awareness campaigns among college administrators, student service centers and coaches need to be enhanced and increased.

- Technological forms of gambling (e.g., Internet, mobile gaming) will greatly add to the problem and need to be monitored closely.

- **Recommendation for a follow-up study in 2012.**

 56

PLAINTIFFS' 00003105





PLAINTIFFS' 00003106