# Exhibit 5

```
                                                           Page 1
 1
 2   UNITED STATES DISTRICT COURT
     DISTRICT OF NEW JERSEY
 3
     Civil Action No. 3:12-cv-04947-MAS-LHG
 4   ---------------------------------------x
 5   NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,
     an unincorporated association; NATIONAL
 6   BASKETBALL ASSOCIATION, a joint venture;
     NATIONAL FOOTBALL LEAGUE, an unincorporated
 7   association; NATIONAL HOCKEY LEAGUE, an
     unincorporated association; and OFFICE OF
 8   THE COMMISSIONER OF BASEBALL, an
     unincorporated association, doing business
 9   as MAJOR LEAGUE BASEBALL,
10                            Plaintiffs,
11         -against-
12   CHRISTOPHER J. CHRISTIE, Governor of the
     State of New Jersey; DAVID L. REBUCK,
13   Director of the New Jersey Division of
     Gaming Enforcement and Assistant Attorney
14   General of the State of New Jersey; and
     FRANK ZANZUCCKI, Executive Director of
15   the New Jersey Racing Commission,
16                            Defendants.
17   ---------------------------------------x
18                            200 Park Avenue
                              New York, New York
19
                              November 16, 2012
20                            12:00 p.m.
21
                    DEPOSITION OF
22
                    DAVID J. STERN
23
24
25
```

# REDACTED PURSUANT TO PROTECTIVE ORDER