# Exhibit 9

```
                                                          Page 1
 1              UNITED STATES DISTRICT COURT
 2                 DISTRICT OF NEW JERSEY
 3   - - - - - - - - - - - - - - - - - - - - - - - - - - -
     NATIONAL COLLEGIATE ATHLETIC
 4   ASSOCIATION, an unincorporated
     association; NATIONAL BASKETBALL
 5   ASSOCIATION, a joint venture;
     NATIONAL FOOTBALL LEAGUE, an
 6   unincorporated association;
     NATIONAL HOCKEY LEAGUE, an
 7   unincorporated association; and
     OFFICE OF THE COMMISSIONER OF
 8   BASEBALL, an unincorporated           Case No.
     association, doing business as        3:12-cv-04947-MAS-
 9   Major League Baseball,                LHG
10                  Plaintiffs,
           vs.
11
     CHRISTOPHER J. CHRISTIE, Governor
12   of the State of New Jersey; DAVID
     L. REBUCK, Director of the New
13   Jersey Division of Gaming
     Enforcement and Assistant Attorney
14   General of the State of New
     Jersey; and FRANK ZANZUCCKI,
15   Executive Director of the New
     Jersey Racing Commission,
16
                    Defendants.
17
     - - - - - - - - - - - - - - - - - - - - - - - - - - -
18
              VIDEOTAPED DEPOSITION OF:  ALLAN H. SELIG
19
          TAKEN AT:  MAJOR LEAGUE BASEBALL HEADQUARTERS
20
       LOCATED AT:  777 East Wisconsin Avenue, Suite 3060
21                      Milwaukee, Wisconsin
22                      November 9, 2012
                     11:30 a.m. to 2:13 p.m.
23
             REPORTED BY:  VICKY L. ST. GEORGE, RMR.
24
     - - - - - - - - - - - - - - - - - - - - - - - - - - -
25
```

**REDACTED PURSUANT TO PROTECTIVE ORDER**