# Exhibit 10

```
                                                          Page 1
 1
 2    UNITED STATES DISTRICT COURT
      DISTRICT OF NEW JERSEY
 3
      Civil Action No. 3:12-cv-04947-MAS-LHG
 4    ------------------------------------------x
 5    NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,
      an unincorporated association; NATIONAL
 6    BASKETBALL ASSOCIATION, a joint venture;
      NATIONAL FOOTBALL LEAGUE, an unincorporated
 7    association; NATIONAL HOCKEY LEAGUE, an
      unincorporated association; and OFFICE OF
 8    THE COMMISSIONER OF BASEBALL, an
      unincorporated association, doing business
 9    as Major League Baseball,
10                           Plaintiffs,
11            -against-
12    CHRISTOPHER J. CHRISTIE, Governor of the
      State of New Jersey; DAVID L. REBUCK,
13    Director of the New Jersey Division of
      Gaming Enforcement and Assistant Attorney
14    General of the State of New Jersey; and
      FRANK ZANZUCCKI, Executive Director of
15    the New Jersey Racing Commission,
16                           Defendants.
17    ------------------------------------------x
18                           200 Park Avenue
                             New York, New York
19
                             November 6, 2012
20                           9:45 a.m.
21
22            30(b)(6) DEPOSITION OF
         OFFICE OF THE COMMISSIONER OF BASEBALL
23                and its Representative
                     THOMAS OSTERTAG
24
25
```

**REDACTED PURSUANT TO PROTECTIVE ORDER**