# Exhibit 11

```
                                                          Page 1
 1
 2   UNITED STATES DISTRICT COURT
     DISTRICT OF NEW JERSEY
 3
     Civil Action No. 3:12-cv-04947-MAS-LHG
 4   - - - - - - - - - - - - - - - - - - - - - -x
     NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,
 5   an unincorporated association, NATIONAL
     BASKETBALL ASSOCIATION, a joint venture,
 6   NATIONAL FOOTBALL LEAGUE, an unincorporated
     association, NATIONAL HOCKEY LEAGUE, an
 7   unincorporated association, and OFFICE
     OF THE COMMISSIONER OF BASEBALL, an
 8   unincorporated association doing business
     as MAJOR LEAGUE BASEBALL,
 9
                              Plaintiffs,
10
              -against-
11
     CHRISTOPHER J. CHRISTIE, Governor of the
12   State of New Jersey, DAVID L. REBUCK,
     Director of the New Jersey Division of
13   Gaming Enforcement and Assistant Attorney
     General of the State of New Jersey, and
14   FRANK ZANZUCCKI, Executive Director of
     the New Jersey Racing Commission,
15
                              Defendants.
16   - - - - - - - - - - - - - - - - - - - - - -x
17                       November 19, 2012
18                       1:26 p.m.
19          Deposition of DANIEL T. MULLIN,
20   taken by attorneys for Defendants, pursuant to
21   Rule 30(b)(6) notice, held at the offices of
22   Gibson Dunn & Crutcher, 200 Park Avenue, New
23   York, New York, before Helen Mitchell, a
24   Shorthand Reporter and Notary Public.
25
```

# REDACTED PURSUANT TO PROTECTIVE ORDER