Exhibit 13

Page 1

1             UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
2

   NATIONAL COLLEGIATE ATHLETIC      )
3  ASSOCIATION, an unincorporated    )
   association, NATIONAL BASKETBALL)
4  ASSOCIATION, a joint venture,     )
   NATIONAL FOOTBALL LEAGUE, an      )
5  unincorporated association,       )
   NATIONAL HOCKEY LEAGUE, an        )
6  unincorporated association, and )
   OFFICE OF THE COMMISSIONER OF     )
7  BASEBALL, an unincorporated       )
   association doing business as     )
8  MAJOR LEAGUE BASEBALL,            )
                                     )
9          Plaintiffs,               )
                                     )
10            -vs-                    ) CIVIL ACTION NO.
                                     ) 3:12-cv-04947-MAS-LHG
11 CHRISTOPHER J. CHRISTIE,          )
   Governor of the State of          )
12 New Jersey, DAVID L. REBUCK,      )
   Director of the New Jersey        )
13 Division of Gaming Enforcement, )
   and Assistant Attorney General )
14 of the State of New Jersey, and )
   FRANK ZANZUCCKI, Executive        )
15 Director of the New Jersey        )
   Racing Commission,                )
16                                    )
           Defendants.               )
17
18        DEPOSITION OF RACHEL NEWMAN BAKER
19      The deposition upon oral examination of RACHEL
   NEWMAN BAKER, a witness produced and sworn before
20 me, Tamara J. Brown, CSR, RMR, CRR, Notary Public in
   and for the County of Marion, State of Indiana,
21 taken on behalf of the Defendants, at the offices of
   Ice Miller, One American Square, Indianapolis,
22 Marion County, Indiana, on the 30th day of October,
   2012, pursuant to the Federal Rules of Civil
23 Procedure with written notice as to time and place
   thereof.
24
25

Page 25

1        attorney-client communications.  So you have our
2        objection.
3            MR. SIGLER:  Ms. Baker, are you going to
4        follow your counsel's instruction not to answer
5        that question?
6            THE WITNESS:  Yes.
7    Q   Ms. Baker, does the term sports wagering mean
8        the same thing as sports gambling, to the NCAA?
9    A   Yes.
10   Q   And just to be clear, when I used the term
11       sports gambling today, I mean it in the sense
12       that you defined it earlier in the way that the
13       NCAA defines it.  Okay?
14   A   Okay.
15   Q   In the NCAA's view, does sports gambling include
16       fantasy football leagues where there's an
17       entrance fee and payout to the winner?
18   A   If there is an entry fee and prize, yes, that's
19       considered sports gambling.
20   Q   In the NCAA's view, does sports gambling include
21       March Madness pools such as an office pool
22       through which someone pays an entrance fee and
23       there's a payout to the winner?
24   A   Yes, if both pieces exist, it's considered
25       sports gambling.

Page 36

1   Q   Are there any others?

2   A   Not that I can think of.

3   Q   Ms. Baker, you mentioned that the NCAA contends

4       that New Jersey sports gambling law would cause

5       harm by affecting the integrity of the game.  Do

6       I have that correct?

7   A   Correct.

8   Q   Can you explain to me that allegation?

9   A   Well, if there are additional opportunities for

10      sports wagering, then the concern is that there

11      would obviously be additional opportunities for

12      our student athletes to be approached to

13      compromise something within that athletic

14      contest.

15   Q   So is the NCAA's concern about the integrity of

16      its games premised on the belief that

17      legalization of sports wagering in New Jersey

18      would result in additional opportunities for

19      sports gambling?

20   A   That is one piece of it, yes.

21   Q   Does the NCAA contend that legalizing sports

22      gambling in New Jersey will increase the level

23      of sports gambling in the United States?

24   A   Absolutely.

25   Q   What's the basis for that contention?

1  A  Well, sports gambling has increased every year,

2     according to our studies, from a student athlete

3     perspective.  And it would be common sense that

4     if you provide additional opportunities, there's

5     going to be an increase in the number of people

6     participating.

7  Q  So the NCAA's contention that legalizing sports

8     gambling in New Jersey would increase the level

9     of sports gambling in the United States is based

10    on common sense?

11 A  Partly, and partly based on our survey numbers.

12 Q  Anything else?

13 A  Those are the main ones.

14 Q  Anything else that you can think of?

15 A  Not that I can recall at the moment.

16 Q  In the United States there's both legal and

17    illegal sports gambling, as we discussed

18    earlier, correct?

19 A  Yes.

20 Q  Does the NCAA know how much legal sports

21    gambling on NCAA sporting events occurs in the

22    United States?

23 A  I do not.  I do know that the tournament has

24    exceeded the Super Bowl in the state of Nevada,

25    in terms of the numbers bet, amounts bet.

```
                                              Page 39

 1      hundreds of millions?

 2  A   I do not.  The FBI used to share a figure

 3      related to the amount they projected was

 4      wagered, and that's the number I'm thinking of,

 5      I just can't recall what that number is.

 6  Q   Does the NCAA know how much illegal sports

 7      gambling on NCAA sporting events occurs in the

 8      United States?

 9  A   I do not.

10  Q   Does the NCAA know how much total sports

11      gambling occurs in the United States on NCAA

12      sporting events?

13  A   I do not, other than the numbers from what our

14      student athletes report to us in our studies,

15      which is a high percentage, in our view, of

16      their involvement in sports wagering.

17  Q   Are you aware of any studies performed by the

18      NCAA or otherwise that show how much sports

19      gambling on NCAA sporting events there is in the

20      United States?

21  A   Not that I recall, other than our surveys.

22  Q   Do the surveys reflect how much sports gambling

23      there is on NCAA sporting events in the

24      United States?

25  A   No.  Our surveys reflect how much our student
```

```
                                                  Page 40
 1        athletes wager on NCAA events.
 2   Q    So the NCAA is not aware of any studies or other
 3        analyses that reflect how much sports gambling
 4        there is on NCAA sporting events in the
 5        United States, correct?
 6              MR. DREYER:  Objection.  I think you've
 7        changed your question from what you asked
 8        before.  So you have my objection.  You can
 9        answer if you are able to.
10              THE WITNESS:  Can you repeat the question?
11              MR. SIGLER:  Can you read the question
12        back?
13              (The previous question was read back by the
14        reporter as follows:  "So the NCAA is not aware
15        of any studies or other analyses that reflect
16        how much sports gambling there is on NCAA
17        sporting events in the United States, correct?")
18   A    I'm sure there have been other studies on sports
19        wagering, just none that I can recall at the
20        moment.  I know that ours was the largest of its
21        kind.
22   Q    And by yours you mean the student athlete
23        studies that the NCAA performed?
24   A    The NCAA studies, yes.
25   Q    Other than the NCAA's studies, which we will get
```

1      to, are you aware of any other studies regarding

2      the level of sports gambling on NCAA sporting

3      events in the United States?

4    A   Again, I'm sure that there have been, just none

5      that are coming to mind immediately.

6    Q   Did you take any steps in connection with this

7      deposition to search for studies relating to the

8      impact of sports gambling on the NCAA or its

9      member institutions?

10   A   I did not.

11   Q   And at any point relating to this case, have you

12      taken any steps to search for studies relating

13      to the impact of sports gambling on the NCAA or

14      its member institutions?

15   A   No.  Because the NCAA study is enough data and

16      information, I believe, for purposes of this

17      case.

18   Q   Does the NCAA have any estimate of how much

19      legal sports gambling on NCAA sporting events

20      would occur in the United States if New Jersey

21      moves forward with legalizing sports gambling?

22   A   We have not conducted a study on that, no.  I

23      can tell you that there would have been student

24      athletes from the state of New Jersey included

25      as part of the NCAA study, but because that

1    study is anonymous there would be no way to know

2    which teams from which schools participated.  I

3    just know that there have been teams from those,

4    from that state included.

5  Q  And because the students were not broken out by

6    state, it would be impossible to know from that

7    survey about the specific level of gambling in

8    New Jersey, correct?

9  A  Correct.  There would be no way to do that on a

10    regional basis.  We would just be able to show

11    in total that there's a high percentage of

12    involvement by our student athletes overall.

13  Q  So just to be clear, the NCAA does not have any

14    estimate about how much legal sports gambling on

15    NCAA sporting events would occur in the

16    United States after New Jersey moves forward

17    with legalizing sports gambling?

18  A  We do not have any numbers, to my knowledge, no.

19  Q  Does the NCAA have any estimate of how much

20    illegal sports gambling on NCAA sporting events

21    would occur in the United States if New Jersey

22    moves forward with legalizing sports gambling?

23  A  Seeing as how I don't have a reference point

24    because I don't have a number for illegal

25    gambling, I don't think I can answer that

1       question either.

2   Q   So the NCAA has no estimate; is that correct?

3   A   Not to my knowledge.

4   Q   Does the NCAA have any estimate of how much

5       sports gambling total would occur on NCAA

6       sporting events in the United States if

7       New Jersey moves forward with legalizing sports

8       gambling?

9   A   I'm sorry, can you repeat the question?

10          MR. SIGLER:  Would you mind reading that?

11      Thank you.

12          (The previous question was read back by the

13      reporter as follows:  "Does the NCAA have any

14      estimate of how much sports gambling total would

15      occur on NCAA sporting events in the United

16      States if New Jersey moves forward with

17      legalizing sports gambling?")

18  A   No, I do not.

19  Q   Is the NCAA currently undertaking any analysis

20      or study to try to estimate what impact there

21      would be on the level of sports gambling on NCAA

22      sporting events if New Jersey moves forward with

23      legalizing sports gambling?

24  A   Not to my knowledge.

25  Q   Does the NCAA have any studies or analyses

1     regarding the level of sports gambling in the

2     United States on NCAA sporting events that would

3     exist if any state moves forward with legalizing

4     sports gambling?

5          MR. DREYER:  Just one second.  You can

6     answer.

7  A  I'm sorry, that's a long question.  Can you read

8     that back, or could I have it repeated?

9          (The previous question was read back by the

10    reporter as follows:  "Does the NCAA have any

11    studies or analyses regarding the level of

12    sports gambling in the United States on NCAA

13    sporting events that would exist if any state

14    moves forward with legalizing sports gambling?")

15 A  Yes, I believe our study covers that, because it

16    asks our student athletes about their sports

17    wagering activities specific to NCAA sports.

18 Q  And you're referring to the studies the NCAA has

19    performed of student athlete gambling levels?

20 A  Correct.

21 Q  Does the NCAA have any studies regarding the

22    estimated impact on overall sports gambling

23    levels if any state were to move forward with

24    legalizing sports gambling?

25 A  No, not to my knowledge.

1    Q    Does the NCAA have any studies or analyses

2         regarding how much sports gambling on NCAA

3         sporting events occurs in Las Vegas?

4    A    No, I do not believe that we have any.  I'm

5         pausing because I want to make sure -- I don't

6         have our study questions in front of me.  There

7         may be a question in that study that

8         specifically asks student athletes about placing

9         bets in the state of Nevada, but I can't recall

10        with a hundred percent certainty.

11   Q    You are referring to the student athlete study

12        the NCAA has performed?

13   A    Correct.

14   Q    And just to confirm, the NCAA doesn't have any

15        studies regarding the level of sports gambling

16        in Las Vegas overall, correct?

17             MR. DREYER:  Objection to the form of the

18        question, asked and answered, but you can

19        answer.

20   A    I'm not aware of any other studies other than

21        our student athlete study that asks questions

22        specific to potentially placing bets in the

23        state of Nevada.

24   Q    Does the NCAA have any estimate of how much

25        sports gambling on NCAA sporting events would

1    occur in Las Vegas if New Jersey moves forward

2    with legalizing sports gambling?

3  A  Not to my knowledge, no.

4  Q  Does the NCAA have any information about whether

5    legalizing sports gambling in New Jersey would

6    cause the level of sports gambling in Nevada to

7    go down?

8  A  Do we have any studies, did you say?

9  Q  Any information.

10 A  No.  I actually would opine that it would not

11    have an impact on Nevada.

12 Q  What's the basis for that opinion?

13 A  That it's just adding another opportunity for

14    sports betting, which would not eliminate people

15    using or going other places to do it, it would

16    just provide an additional avenue.

17 Q  And what's the basis for that view?

18 A  Just based on my ten years of experience at the

19    NCAA dealing with these issues and seeing the

20    cases of our student athletes, coaches,

21    administrators, and numbers from our study that

22    continue to increase with our student athletes'

23    involvement in gambling, sports wagering

24    specifically.

25 Q  Anything else?

1  A    No.

2  Q    Does the NCAA know how much sports gambling on

3       NCAA sporting events occurs currently in

4       New Jersey?

5  A    I do not know.

6  Q    Does the NCAA have any information about how

7       much sports gambling on NCAA sporting events

8       occurs in New Jersey?

9  A    I do not know.

10 Q    Does the NCAA have any estimate of how much

11      sports gambling on NCAA sporting events would

12      occur in New Jersey if New Jersey moves forward

13      with legalizing sports gambling?

14           MR. DREYER:  Before you answer that, can

15      you just let me know which 30(b)(6) topic you

16      think this line of questioning relates to?

17           MR. SIGLER:  Let's get an answer to the

18      pending question.

19           MR. DREYER:  No, there's an objection.  So

20      can you tell me which 30(b)(6) topic this

21      relates to?

22           MR. SIGLER:  It relates to a number of

23      them, Mr. Dreyer.  Let's continue.

24           MR. DREYER:  Can you identify any of them?

25 Q    Ms. Baker, could you please answer my question?

```
 1            MR. DREYER:  There's a standing objection.

 2            MR. SIGLER:  Are you directing her not to

 3       answer?

 4            MR. DREYER:  There's an objection, standing

 5       objection.

 6            MR. SIGLER:  Are you directing her not to

 7       answer?

 8            MR. DREYER:  If it is not within a 30(b)(6)

 9       topic, I am.  So can you please direct me to the

10       30(b)(6) topic or topics you believe this is

11       relevant to?

12            MR. SIGLER:  Topic 2.  All right.  Let's

13       continue.  Can you read the question back,

14       please.

15            MR. DREYER:  You have an objection.  She

16       can answer the question, but you have my

17       objection.  I think you have gone far afield of

18       the topic, but you have my objection.  The

19       witness can answer if she is able to, if the

20       court reporter would read back the question.

21            (The previous question was read back by the

22       reporter as follows:  "Does the NCAA have any

23       estimate of how much sports gambling on NCAA

24       sporting events would occur in New Jersey if New

25       Jersey moves forward with legalizing sports
```

1      gambling?")

2   A  I don't have any information to be able to

3      answer that question.

4   Q  So the NCAA doesn't have any studies, analyses,

5      or other information that would contain such an

6      estimate, correct?

7   A  Not that I'm aware of.

8   Q  Ms. Baker, earlier in the deposition you said

9      that the NCAA is alleging that one of the harms

10      it would experience from legalizing sports

11      gambling in New Jersey is that it would affect

12      the integrity of the NCAA's competitions,

13      correct?

14   A  Correct.

15   Q  Is the concern that legalizing sports gambling

16      in New Jersey would cause match fixing?

17          MR. DREYER:  Object to the form of the

18      question.  You can answer.

19   A  I think that's one of the concerns.  And the

20      term we use is more often point shaving issues.

21      And we've seen that occur even within the state

22      of Nevada, obviously, where gambling is legal.

23   Q  And is point shaving a type of match fixing?

24   A  Yes.

25   Q  Okay.  So when I refer to match fixing, I mean

# REDACTED PURSUANT TO
# PROTECTIVE ORDER

# REDACTED PURSUANT TO PROTECTIVE ORDER

# REDACTED PURSUANT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL

Page 61

1       relying on to contend that New Jersey's

2       legalization will result in match fixing?

3    A  No, I'm just relying on the work that I do in

4       this area, and the conversations and

5       relationships that I have built with those folks

6       in order to be considered someone that has a lot

7       of knowledge in this particular area.  So I'm

8       just relying on conversations and my job

9       responsibilities.

10   Q  So does the NCAA have any surveys or analyses

11      regarding the level of match fixing

12      internationally?

13   A  No surveys.

14   Q  Does the NCAA have any analyses regarding the

15      incidence of match fixing internationally?

16   A  Not that I'm aware of.

17   Q  Other than the examples that we talked about

18      earlier, Toledo, San Diego State, Arizona State,

19      Auburn and Hawaii, are there any other examples

20      of cases involving the NCAA relating to match

21      fixing on which the NCAA is relying?

22          MR. DREYER:  Same objection as to what the

23      NCAA is relying on in this case.  I don't think

24      that's one of the 30(b)(6) topics.  I think

25      that's a standing objection.  I just want to

HIGHLY CONFIDENTIAL

Page 66

1    A    Case Management System.

2    Q    Does the NCAA have an estimate of how many match

3         fixing cases it would have next year if

4         New Jersey moves forward with legalizing sports

5         gambling?

6              MR. DREYER:   Objection to the form, to the

7         term match fixing cases, but you can answer if

8         you are able to.

9    A    I don't have any estimates related to the, to

10        next year.   I can tell you that for the last two

11        years we've had four cases.

12   Q    And those four cases related to match fixing?

13   A    Those were the four cases we just reviewed.

14   Q    Does the NCAA rely on self reporting by

15        institutions to identify allegations of match

16        fixing?

17   A    Self reporting is one way that violations can be

18        uncovered, but it is not the only way.

19   Q    What are some of the other ways?

20   A    Well, as part of my job responsibilities that we

21        went over in the beginning, our charge is to

22        develop information related to violations of

23        NCAA rules.

24   Q    Does the NCAA rely on sports gambling operators

25        in Las Vegas to identify potential instances of

HIGHLY CONFIDENTIAL

Page 67

1      match fixing?

2   A  We don't rely on that, no, but we have had

3      conversations with them before when they have

4      spotted information that they believe could be a

5      possible point shaving issue.

6   Q  So you have had discussions with sports gambling

7      operators in Las Vegas initiated by those sports

8      operators?

9          MR. DREYER:  Geoff, let me interpose an

10     objection here.  I think there was previously a

11     30(b)(6) topic on relationships with sports

12     gambling entities, and the judge ruled that was

13     impermissible.  So I'll let the witness answer

14     this question yes or no, but I think we've gone,

15     not only have gone far afield of designated

16     topics, we've gone into an area the magistrate

17     has previously ruled on.

18         MR. SIGLER:  We'll note your objection.  I

19     disagree but note your objection.

20         MR. DREYER:  The magistrate has ruled.  You

21     can answer the question yes or no.  You can read

22     it back, and we'll move on.

23         THE WITNESS:  Can you please read it back?

24         (The previous question was read back by the

25     reporter as follows:  "So you have had

Page 68

1    discussions with sports gambling operators in

2    Las Vegas initiated by those sports operators?")

3  A  Yes.

4  Q  Did any of those discussions initiated by sports

5    gambling operators in Las Vegas lead to any of

6    the five cases we discussed earlier?

7        MR. DREYER:  You have my objection, Geoff.

8    I don't know what purpose you think you're

9    serving by violating the magistrate's ruling in

10   this case.  It is not a 30(b)(6) topic, and was

11   expressly stricken by the magistrate.  You can

12   answer yes or no, but that's the last question

13   on this line.

14       THE WITNESS:  Can you please read it back?

15       (The previous question was read back by the

16   reporter as follows:  "Did any of those

17   discussions initiated by sports gambling

18   operators in Las Vegas lead to any of the five

19   cases we discussed earlier?")

20  A  I actually don't recall.

21       THE WITNESS:  I don't know if we're

22   switching subjects, but if we are, can we take a

23   bathroom break?

24       MR. SIGLER:  Let me ask one more question

25   and we can do that.

Page 69

```
 1
 2
 3
 4
 5
 6
 7                        * * *
 8         MR. SIGLER:  All right.  We can take a
 9    break.
10         THE WITNESS:  Thank you.
11         (A recess was taken.)
12  Q  Ms. Baker, earlier today we were discussing the
13      harms that the NCAA alleges would result from
14      New Jersey's legalization of sports gambling,
15      correct?
16  A  Yes.
17  Q  And one of those harms that you mentioned was
18      that it would create the perception among the
19      public that the NCAA's contests are being
20      influenced by sports gambling, correct?
21  A  Correct.
22  Q  Does this perception that you described already
23      exist for some portion of the public?
24  A  It, yes, it very well could.
25  Q  Does the NCAA know whether that perception
```

1          exists in some portion of the public?

2     A    I don't think I can speak for the entire general

3          public, but I do know that as director of AGA, I

4          have received emails from the general public

5          when something has happened in a contest

6          questioning the integrity of the game.

7               And obviously if there were additional

8          avenues to place bets, it would seem realistic

9          that that could only increase.

10    Q    You believe the number of emails you would get

11         regarding that perception would increase?

12    A    I believe the number of people questioning when

13         something happens in a game where an 18-year-old

14         kid that is playing in front of a hundred

15         thousand screaming fans accidentally drops a

16         pass or makes a mistake, as a 17, 18, 19,

17         20-year-old kid is going to do, that people in

18         the general public could potentially, with an

19         increase in betting, view that as something

20         intentional on behalf of the student athlete.

21    Q    But you don't know whether the number of people

22         with that perception would increase, correct?

23    A    I would assume that it would, yes.

24    Q    You would assume it, but you don't know it,

25         correct?

```
                                          Page 71
 1    A    Correct.
 2    Q    What's the basis for that assumption, other than
 3         the emails that you described earlier?
 4    A    I think also a lot of the media questions that I
 5         field as it specifically relates to gambling on
 6         NCAA contests.
 7    Q    Anything else?
 8    A    The cases themselves that we've had, the sports
 9         wagering, point shaving cases that we've had as
10         well.
11    Q    The five cases we discussed earlier?
12    A    Correct.
13    Q    Does the NCAA have any consumer surveys or
14         studies regarding the level of public perception
15         of match fixing?
16    A    Not that I can recall, no, nothing that comes to
17         mind.
18    Q    Does the NCAA have any studies or analyses
19         regarding the level of that perception in the
20         public that would exist if New Jersey moves
21         forward with legalizing sports gambling?
22    A    Nothing that I can, that I'm aware of, no.
23    Q    For people who currently have the perception
24         that NCAA matches are being fixed, does the NCAA
25         know where they get that perception?
```

```
 1   A   I don't know that I could speak on behalf of
 2       people that I don't know.
 3   Q   Does the NCAA have any studies, focus groups, or
 4       analyses regarding where people get that
 5       perception?
 6   A   Not that I can recall.  I would say that when
 7       people have a lot of money on the line, that
 8       that is one of the immediate conclusions that
 9       they draw when something in a game doesn't go
10       their way.  And that's just based on my years of
11       experience being a director, as well as watching
12       and observing people involved in gambling over
13       the years.
14   Q   You're saying that people with the perception
15       that matches are being fixed are often people
16       who have bets placed on the matches?
17   A   I would guess that, yes, that could be, a
18       percentage of people that have that perception
19       are people that have a large amount of money on
20       the game and a call doesn't go their way or a
21       play doesn't go their way.
22   Q   Does the NCAA have any studies or analyses or
23       focus groups to support that belief?
24   A   No.  I have the emails that I have received over
25       the years from people in the general public that
```

1       are complaining because they have lost amounts,

2       certain amounts of money on a game because of a

3       particular player or particular call.

4    Q  Are you relying on that emails to support the

5       belief that this perception would increase if

6       New Jersey legalizes sports gambling?

7    A  I'm relying on those emails as an example of how

8       public perception or how individuals may

9       perceive the game based on money that they have

10      at risk on the game.

11   Q  Do you still have those emails?

12   A  Not that I can -- I don't intentionally save

13      them, no, if they are just from the general

14      public and there is no specific allegation of

15      the NCAA rules.

16   Q  Do you believe that you still have them, or not?

17   A  No.

18   Q  If the NCAA is concerned about the public

19      perception that match fixing is occurring, then

20      do you know why the NCAA has not conducted any

21      focus groups, studies or surveys on this issue?

22   A  Well, I wouldn't say "if the NCAA," the NCAA is

23      concerned about the public perception of match

24      fixing, and I think we spend an inordinate

25      amount of time trying to educate both our

1     institution?

2  A   Worked for the athletics department, yes.

3  Q   How were the bets being placed in that case?

4  A   Well, I don't know that there were bets being

5     placed.

6  Q   Is it the NCAA's contention that if New Jersey

7     legalizes sports gambling, that there will be

8     increases in student athlete sports gambling?

9  A   Yes.

10  Q   And it's because of those alleged increases that

11     the NCAA contends that student athlete welfare

12     would be impacted?

13  A   Yes.  The more avenues and opportunities where

14     student athletes and coaches and athletic

15     administrators can participate, the more

16     concerned we are about that having a negative

17     impact on their welfare.

18  Q   Does the NCAA know how much sports gambling

19     involving student athletes occurs in the

20     United States?

21  A   We know information from our studies that were

22     conducted.  We didn't survey every student

23     athlete.  But we have a general sense based on

24     the 22, approximately 22 thousand Division 1, 2

25     and 3 student athletes, what those results

```
 1        football games where you have a hundred thousand
 2        people in the stands to watch, no, I don't have
 3        any information about that.
 4     Q  Is it possible that some of those people are
 5        there because they had a rooting interest
 6        because they have placed a bet on the game?
 7     A  It could, could be.
 8     Q  And the NCAA doesn't have any studies, analyses
 9        or surveys regarding the number of people who
10        have rooting interest because of their team or
11        because of gambling or because of something
12        else, correct?
13     A  No.
14     Q  So I believe you just described a fourth harm
15        that the NCAA alleges.  Is there -- are there
16        any other harms that the NCAA alleges would
17        result from New Jersey's legalization of sports
18        gambling?
19           MR. DREYER:  Same objection that the
20        pleadings speak for themselves, but you can
21        answer.
22     A  That harm, no, that's all that I can think of.
23     Q  The NCAA is not alleging that New Jersey's
24        legalization of sports gambling would result in
25        any financial loss to the NCAA or its member
```

```
 1        institutions, correct?
 2             MR. DREYER:  Objection to the form of the
 3        question.  You can answer.
 4   A    I don't think that we are.  Our championships
 5        are still going to occur, they are just not
 6        going to occur in the State of New Jersey.
 7   Q    And the NCAA doesn't have any studies or
 8        analyses regarding any estimated financial loss
 9        resulting from New Jersey's legalizing sports
10        gambling, correct?
11   A    Not that I'm aware of.
12   Q    And the NCAA is not alleging that New Jersey's
13        legalization of sports gambling would result in
14        any loss of viewership to the NCAA or its
15        membership, correct?
16             MR. DREYER:  Objection to the form of the
17        question.  You can answer the question.
18   A    Not that I can recall.
19   Q    Does the NCAA have any studies, surveys or
20        analyses regarding the impact on viewership of
21        New Jersey legalizing sports gambling?
22   A    Not that I'm aware of.
23   Q    Does the NCAA have any studies, analyses or
24        surveys regarding the impact on TV ratings of
25        New Jersey legalizing sports gambling?
```

Page 85

1    A    Not that I'm aware of.

2    Q    And the NCAA is not alleging that New Jersey's

3         legalization of sports gambling would affect TV

4         ratings, correct?

5              MR. DREYER:  Same objection, allegations in

6         the case.  You can answer.

7    A    Not that I'm aware of.

8    Q    The NCAA is not alleging that New Jersey's

9         legalization of sports gambling would result in

10        any loss of attendance to NCAA or its member

11        institutions, correct?

12             MR. DREYER:  Same objections as to

13        allegations in the case.  You can answer.

14   A    Not that I know of.

15   Q    And the NCAA doesn't have any surveys, studies

16        or analyses regarding any decline in attendance

17        that it alleges would result from legalizing

18        sports gambling in New Jersey, correct?

19   A    Can you repeat that question?

20             MR. SIGLER:  Sure.  I'll do it.

21   Q    Does the NCAA have any studies or analyses

22        showing any estimated decline in attendance that

23        would result from New Jersey's legalizing sports

24        gambling?

25   A    Not that I'm aware of.  I'm still not a hundred

```
                                            Page 86
 1        percent sure I understand the question, though.
 2   Q    Well, let's make sure you do.
 3             Does the NCAA --
 4   A    Go ahead.  Sorry.
 5   Q    Do you have a question about the question?
 6   A    I do, but I'll wait and listen to what you're
 7        going to ask me.
 8   Q    Does the NCAA have any studies or analyses
 9        showing the impact on attendance of New Jersey's
10        legalization of sports gambling?
11   A    No studies or analyses.
12   Q    Does the NCAA have any information about the
13        impact on attendance of New Jersey's
14        legalization of sports gambling?
15             MR. DREYER:  Objection to the form of the
16        question.  You can answer.
17   A    Here's where I'm getting confused:  The impact
18        on attendance is that there will not be any
19        championships in New Jersey, so attendance for
20        that is zero.  So that's where I might be
21        confusing myself.
22   Q    Those championships would be held somewhere
23        else, correct?
24   A    Correct.
25   Q    So other than the loss of championships to
```

1        happened.

2    Q   Does the Pac-12 host its conference

3        championships in Las Vegas?

4    A   I don't know if -- I don't believe they have

5        previously hosted it there.  Well, I can't say

6        for sure.  I know, I believe they are going to

7        host their championship there this year.  But I

8        do not know if they have done it in the past.

9    Q   And just to be clear, that's their basketball

10       tournament, correct?

11   A   Is that what you were referring to, the

12       basketball tournament?

13   Q   Let me ask a clearer question.  The Pac-10 will

14       host its next several basketball championships

15       at, in Las Vegas, correct?

16   A   The Pac-12 will, yes.

17   Q   The Pac-12 will host its next several

18       championships in Las Vegas, correct?

19   A   I don't know about several.  I know they are

20       planning on coming this year.  I don't know what

21       the length of the contract or what the questions

22       are.  I know they are planning on being in Vegas

23       this year, yes.

24   Q   The Mountain West Conference, the Western

25       Athletic Conference, and the --

1          THE REPORTER:  Wait, slow it down.

2          MR. DREYER:  I would also suggest that you

3     can ask any way you want, but we do these one at

4     a time so we have a clear record, as the court

5     reporter indicated.  But it is your deposition.

6  Q  The Mountain West Conference has hosted

7     conference championships in Las Vegas, correct?

8  A  Yes, and we have had staff that have gone out

9     there to present and speak to the teams

10     participating in the tournament.

11  Q  Have you had any sports gambling related

12     problems from that?

13  A  None that I can recall.  It was just last year

14     that we participated -- we went out there and

15     spoke to the teams.

16  Q  The Western Athletic Conference has hosted its

17     conference championship in Las Vegas, correct?

18  A  Yes, I believe the WAC has also hosted, and I

19     believe that was also another conference

20     championship that we attended.

21  Q  And has the NCAA had any sports gambling related

22     problems from that conference tournament?

23          MR. DREYER:  Objection to the form of the

24     question.  You can answer.

25  A  None that have come to light.

1    Q    The West Coast Conference has held its

2         conference tournament in Las Vegas, correct?

3    A    Yes, I believe so.

4    Q    Has the NCAA had any sports gambling related

5         problems from that tournament?

6              MR. DREYER:  Same objection.  You can

7         answer.

8    A    Again, none that have come to light, but I do

9         know that institutions that have gone to compete

10        in those conference tournaments have reached out

11        to us to talk about proactively educating their

12        student athletes that would be participating in

13        those conference championships because they

14        obviously knew of what some of the inherent

15        risks to their participation there in that type

16        of setting could be.

17   Q    And to your knowledge, those education efforts

18        worked, correct?

19   A    I can't sit -- I can't speak for every student

20        athlete that sat in there, but it was an effort

21        that we gave in conjunction with the schools to

22        try and provide that education.

23             MR. SIGLER:  Let's go off the record.

24             (A discussion was held off the record.)

25             (A lunch recess was taken.)

1  A   They didn't tell us how.  They just said figure

2      it out and do it.

3  Q   So how did the NCAA monitor point spreads in

4      response to that recommendation?

5  A   Well, there were various ways.  One was by

6      establishing relationships with law enforcement,

7      establishing relationships with folks in the

8      industry.

9  Q   What industry?

10  A   In the gambling industry; by monitoring what was

11      taking place online with the point spread, with

12      internet sports books; and I'm not going to get

13      all of them.  There were several.

14  Q   And with respect to establishing contacts with

15      the gambling industry, does that mean that the

16      NCAA was communicating with gambling operators

17      in Nevada?

18          MR. DREYER:  Before you answer the

19      question, you're obviously getting into an area

20      we previously objected to as beyond the scope of

21      the 30(b)(6).  I'll give you some latitude, but

22      so the record is clear, the witness is

23      testifying on her own behalf and not on behalf

24      of the NCAA, since it's not within the scope of

25      the 30(b)(6) categories the judge allowed.

1           MR. SIGLER:  I disagree, but I appreciate

2      the latitude, so we can move on.

3           MR. DREYER:  No need form attitude either,

4      just so the record's clear.  Let's try and be

5      civil.  You can answer the question.

6           MR. WEGNER:  I think he said latitude, not

7      attitude.

8           MR. DREYER:  No, I said there's no need for

9      an attitude for Mr. Sigler.  I'm trying to be

10      professional here, and I'd appreciate the same

11      courtesy.

12           THE WITNESS:  Counsel, would you repeat the

13      question?

14           (The previous question was read back by the

15      reporter as follows:  "And with respect to

16      establishing contacts with the gambling

17      industry, does that mean that the NCAA was

18      communicating with gambling operators in

19      Nevada?")

20   A   Not at that time, no.

21   Q   So who in the industry, if not gambling

22      operators?

23   A   Well, at the time that the request, or at the

24      time that we were, it was suggested that that

25      was an avenue to do it, we weren't doing it.

```
 1      Yeah, if that answers the question.
 2  Q   In response to the recommendation or request,
 3      did the NCAA in fact establish contacts with
 4      gambling operators in Nevada?
 5  A   Yes.  I did.
 6  Q   And did those operators help the NCAA monitor
 7      point spreads?
 8  A   I think that those operators and the NCAA
 9      understood that we were very much coming at this
10      from two very different positions, and while our
11      preference would be that there not be any
12      wagering on sports in the state of Nevada or
13      Vegas, that we were going to try and make the
14      best of a bad situation.
15          And there have been -- this is one area
16      where we both have an interest but for very
17      different reasons -- and because of that, we
18      have tried to have conversations about what's
19      going on in the world of gambling, sports
20      wagering.
21  Q   So was that a yes?  Let me ask the question
22      again just to make sure.
23          Did sports gambling operators in Nevada
24      help the NCAA monitor point spreads?
25  A   Yes, they have.
```

1   Q   And did that assistance lead to the NCAA being

2       able to identify any instances of gambling

3       misconduct?

4   A   I think we talked about this this morning

5       related to the point shaving incidents.  And I

6       don't recall whether any of those instances

7       started with Vegas or started actually with law

8       enforcement and then Vegas getting involved.

9   Q   Do you recall getting any leads from gambling

10      operators in Nevada?

11  A   I recall having conversations with gambling

12      operators about potential issues, yes.  I just

13      don't know the timing of when those occurred.

14  Q   Okay.  And which gambling operators were those?

15  A   There have been several, Robert Walker at the

16      MGM Mirage, Jay Kornegay at the Hilton, and

17      Kenny White with Las Vegas Sports Consultants.

18  Q   You're not getting any similar assistance from

19      illegal gambling operators, correct?

20          MR. DREYER:  Object to the form of the

21      question.  You can answer.

22  A   I'm not sure how I would answer that, because,

23      well, first off, if you consider the cases that

24      we've worked on where our student athletes have

25      been involved in illegal gambling activities,

1   A   I do.

2   Q   And that fantasy sports participation among

3       student athletes is generally higher in 2008

4       than in 2004.  Do you see that?

5   A   I do.

6   Q   And the primary fantasy sport of interest is the

7       NFL, but a substantial number of student

8       athletes reported participating in collegiate

9       fantasy sports, correct?

10  A   Yes.

11  Q   Now, was the increased participation in fantasy

12      sports by student athletes viewed as a concern

13      of the NCAA as a result of these survey results?

14  A   I think all of the increases in gambling

15      behaviors were viewed as a concern, so as part

16      of that, yes.

17  Q   And participation in a fantasy football league

18      with an entry fee and prize money is considered

19      gambling by the NCAA, correct?

20  A   Yes, that would be a violation of our rule.

21  Q   Looking down at the bottom of the page, there is

22      a slide that summarizes participation in fantasy

23      sports.  Do you see that?

24  A   I do.

25  Q   And do you see that the percentage who -- of

1      males -- who reported participating in a fantasy

2      league with entry fee and prize money was 17

3      percent in 2008?

4  A   Yes.

5  Q   And from the slide at the top of the page, is it

6      fair to say that the largest portion of student

7      athletes participating in fantasy sports were

8      participating in an NFL fantasy football league?

9  A   That's actually on the slide, the next page, it

10     breaks out the NFL.

11  Q  Thank you.  The next page, 3728, reflects that

12     64 percent of males reported participating in an

13     NFL fantasy league in the past twelve months,

14     correct?

15  A  Yes, that's what it says.

16  Q  Is the NCAA equally concerned with student

17     athletes' participation in fantasy sports

18     leagues to its level of concern relating to

19     legal sports betting at a sports book?

20        MR. DREYER:  Object to the form of the

21     question.  You can answer.

22  A  Because it is a violation of our rules if they

23     are paying something to participate with the

24     opportunity to win something in the end, then

25     yes, we would be concerned about that because

1           that would directly impact their eligibility,

2           and that would be of great concern.

3   Q       And in the NCAA's view, are the two types of

4           sports gambling equivalent in terms of the level

5           of concern, legal gambling in a casino and legal

6           participation in a fantasy sports league?

7   A       They are both violations of our rule if our

8           student athletes or coaches or administrators

9           engage in it.

10  Q       What steps has the NCAA taken to discourage

11          participation in fantasy sports leagues?

12  A       We have provided an inordinate amount of

13          education on the topic.  Obviously with 400,000

14          student athletes, it is impossible for us to

15          individually interact with every single one of

16          them.  So we work very hard to educate our

17          compliance folks that are on all of our campuses

18          at the Division 1, 2, and 3 level about

19          specifically what the NCAA rules are.

20              Because as the research will continue to

21          show you, that does matter with whether or not

22          student athletes participate, they want to know

23          what the rules are, and they want to know what

24          the consequences are, and that can have an

25          impact on their decision.

```
 1          Do you see that?
 2   A   I do.
 3   Q   Is that an accurate quote --
 4   A   Yes.
 5   Q   -- that you gave in connection with this press
 6       release?
 7   A   Yes.
 8   Q   And in what way did you find that the 2008
 9       survey showed that the NCAA's efforts with
10       respect to education of student athletes were
11       impactful?
12   A   Particularly Division 1 student athletes who
13       were the target of some of our most intensive
14       educational efforts, they were more likely to
15       report familiarity with the NCAA rules than what
16       was reported in 2004, and approximately 90
17       percent of the men and 95 percent of the women
18       across all divisions had received some type of
19       educational NCAA messaging.
20   Q   Do the 2008 NCAA survey results show that
21       education efforts by the NCAA can be effective
22       in reducing the levels of student athlete
23       gambling?
24   A   I think the 2008 study showed that we have a lot
25       of work to do, but in the areas where we had
```

Page 199

1    tried to drill down, that it did make a

2    difference, yes.

3  Q   And those efforts were men's basketball and

4    men's football, correct?

5        MR. DREYER:  Object to the form of the

6    question.  You can answer.

7  A   I would also say women's basketball, as well as,

8    there's a multitude of educational initiatives

9    that we've undertaken even in Division 1 in the

10   form of newsletters, in the form of in-services,

11   in-person presentations, videos, brochures.

12   There were a variety of ways that we tried to

13   provide that education for that population,

14   posters.

15  Q   And the areas of focus for your education

16   efforts between the '04 study and '08 study

17   included Division 1 men's basketball and

18   Division 1 men's football, correct?

19  A   Yes, those were two sports included.

20  Q   And those were two areas that you found those

21   education efforts to be impactful, correct?

22  A   Yes.

23       (Deposition Exhibit 17 was marked for

24   identification.)

25  Q   Ms. Baker, you have been handed a document

# REDACTED PURSUANT TO
# PROTECTIVE ORDER

Page 213

```
 1        question.
 2   A    Not to my knowledge.
 3   Q    Mr. Dreyer wasn't there?
 4   A    No.
 5   Q    Was there discussion about the lawsuit against
 6        New Jersey state officials at the summit?
 7   A    Not to my knowledge, no.
 8   Q    Were there representatives from any Nevada
 9        gambling operators at the summit?
10   A    Gambling operators?
11   Q    Were there representatives from any casinos?
12   A    Let me think -- I can't recall -- none from the
13        casinos, that I can remember specifically.
14   Q    Do you recall anyone being there from the MGM
15        Mirage?
16   A    Yes.  I'm getting two of them confused because
17        we also host our own in-service, and I know that
18        we had casino representatives at our own
19        in-service.  So I can't remember if Robert was
20        there at the pro league or not, unfortunately.
21   Q    Robert Walker?
22   A    No.  What is the guy's name?  Jay, Jay Rood.
23   Q    Jay Rood?
24   A    Jay Rood runs the sports book.  At one point an
25        administrator, an executive was supposed to have
```

1   Q   Do you agree with the trends listed at the

2       bottom of 2316?

3   A   I agree that based on the cases that our staff

4       has been involved in, that those have been some

5       recurring themes, yes.

6   Q   Turning on to 2317, do you see the list at the

7       top of "Sports Wagering Major Infractions

8       Cases"?

9   A   Yes, I see that.

10   Q   And the print is somewhat small.  This is the

11       only copy that we got.  But the first example

12       appears to be from University of Missouri,

13       correct?

14   A   Missouri St. Louis.

15   Q   Missouri St. Louis.  And it involved a fantasy

16       league.  Do you see that?

17   A   Involved a head coach who actually owned and

18       operated a fantasy league.

19   Q   Okay.  So it did not involve gambling at a

20       casino or other legal sports book, correct?

21   A   Not that I can recall.

22   Q   And the next example is from University of

23       Washington.  Is that the Neuheisel example?

24   A   That is, yes.

25   Q   And it refers to March Madness pools.  So this

Page 219

```
 1        one also did not involve sports gambling at a
 2        sports book or casino, correct?
 3   A    That is correct.
 4   Q    And the third example from University of
 5        Nebraska at Lincoln refers to a student
 6        bookmaker.  Do you see that?
 7   A    Yes.
 8   Q    So this one also did not involve a casino or
 9        other illegal sports book, correct?
10   A    Correct.  These were only the major infractions
11        cases, and do not account for the total number
12        of cases that have been processed by the staff.
13   Q    Do you know who put this slide together on
14        "Sports Wagering Major Infractions Cases"?
15   A    I do not know for certain, no.
16   Q    Do you know what time period this slide is
17        supposed to cover?
18            MR. DREYER:  Objection to the form of the
19        question.
20   A    I do not.
21            (Deposition Exhibit 19 was marked for
22        identification.)
23   Q    Ms. Baker, you have been handed a document
24        marked Exhibit 19.  Do you recognize this
25        document?
```

1   A   It appears that it is a copy of the survey

2       questions from the 2012 study.

3   Q   Have you seen this document before today?

4   A   I'm sure I have.  I don't recall it.  I'm

5       somewhat a little more removed.

6   Q   Do you know when the survey relating to the 2012

7       study went out to the member institutions?

8   A   I don't remember the specific date, no.

9   Q   Approximately, do you remember when?

10  A   I do not.

11  Q   Do you remember whether it was over the summer

12      or more recently in the fall?

13  A   I don't remember.

14  Q   Okay.  Do you know what the current status of

15      the 2012 study is?

16  A   Yes.

17  Q   What is the current status?

18  A   Our research staff is trying to finalize the

19      results.

20  Q   So the surveys, completed questionnaires have

21      been submitted at this point to the NCAA?

22  A   That's my understanding, yes.

23  Q   And the research team is --

24  A   Let me clarify.  I don't believe the responses

25      are sent directly to the NCAA.  I believe

```
1    A    I don't think we've ever had to remove anything,
2         because they've always had sports betting, which
3         has always applied to our policy.
4    Q    Do you know anything else about this provision
5         in the New Jersey law regarding prohibited
6         sports events, other than what you have already
7         described?
8    A    I do not.  It just appears to be a recognition
9         that there's some harm that could come,
10        otherwise why wouldn't those be included.
11   Q    That's just your speculation, correct?
12   A    Yes.
13             (Deposition Exhibit 23 was marked for
14        identification.)
15   Q    Ms. Baker, you have been handed a document
16        marked Exhibit 23.  I'd like you to take a look
17        at it, and tell me whether you recognize it.
18   A    Yes, I do.
19   Q    What is this document?
20   A    It looks like it is results from a baseball
21        umpire survey that was conducted specific to
22        gambling, wagering or betting activities.
23   Q    Do you know what time frame this survey was
24        conducted in?
25   A    It's been several years.  I can't remember the
```

# REDACTED PURSUANT TO PROTECTIVE ORDER

# REDACTED PURSUANT TO PROTECTIVE ORDER

# REDACTED PURSUANT TO PROTECTIVE ORDER

1      of sports gambling, fantasy sports, and/or March
2      Madness on the NCAA or its member institutions?
3    A  I'm not, not that I recall, no.
4          MR. SIGLER:  Let's take a break.
5          MR. DREYER:  Sure.
6          (A recess was taken.)
7    Q  Ms. Baker, are you aware of any studies that
8      quantify the impact on the NCAA or its member
9      institutions of New Jersey's legalization of
10     sports gambling?
11   A  Not that I can recall.
12   Q  Are you aware of any studies regarding the
13     impact on the NCAA or its member institutions of
14     any state legalizing sports gambling?
15         MR. DREYER:  Objection, asked and answered.
16     You can answer.
17   A  None that immediately come to mind.
18   Q  Has the NCAA had any discussions with the NFL
19     about its promotion of fantasy sports leagues?
20         MR. DREYER:  Objection, asked and answered.
21   A  I have not had any discussions with the NFL
22     about its promotion.
23   Q  Are you aware of any discussions by anyone from
24     the NCAA with the NFL about its promotion of
25     fantasy football?

Page 246

```
 1   Q   For this litigation.
 2   A   No, I don't recall.  I have received holds
 3       before, but nothing that I remember specifically
 4       to this.
 5   Q   Have you -- strike that.
 6           Earlier today you mentioned receiving
 7       emails from the public expressing a view that
 8       match fixing could be occurring or could be a
 9       problem, correct?
10   A   I have in the past.
11   Q   When did you most recently receive an email like
12       that?
13   A   Oh, I haven't received one in a while.
14   Q   Has it been years since you received one of
15       those?
16   A   Yes.
17   Q   Ms. Baker, you're aware that the NCAA has an
18       agreement with CBS and Turner Sports about the
19       broadcast of March Madness, correct?
20   A   I am.
21   Q   And are you aware that it's a 14-year agreement
22       for eleven billion dollars?
23   A   Yes.
24   Q   Are there any provisions that you're aware of,
25       or policies that the NCAA has, restricting CBS
```

## ERRATA SHEET

I, RACHEL NEWMAN BAKER, do hereby certify that I have read the transcript of my October 30, 2012 deposition testimony, and further certify that it is a true and accurate record of my testimony (with the exception of the corrections listed below):

| PAGE | LINE | CHANGE FROM | CHANGE TO |
|------|------|-------------|-----------|
| 8 | 3 | past | part of |
| 14 | 13 | the | The |
| 15 | 22 | patient | position |
| 17 | 7 | tab | tap |
| 20 | 7 | Dina | Deana |
| 53 | 13 | illegal | legal |
| 57 | 4 | San Diego State | San Diego |
| 58 | 5 | San Diego State | San Diego |
| 58 | 12 | San Diego State | San Diego |
| 96 | 7 | internet through | internet, through |
| 97 | 10 | Correct. | The reference to "bookmaker" refers to both legal and illegal gambling. |
| 104 | 13 | get | bet |
| 109 | 9 | ballgames | bowl games |
| 109 | 11 | ballgames | bowl games |
| 112 | 13 | post | host |
| 216 | 12 | Dina | Deana |

Rachel Newman Baker

Case 3:12-cv-04947-MAS-LHG   Document 76-18   Filed 11/21/12   Page 57 of 57 PageID: 1781

SUBSCRIBED AND SWORN TO BEFORE ME

THIS **20th** DAY OF **November**, 2012.

(Notary Public)

9/27/2017

MY COMMISSION EXPIRES