# Exhibit 14

**REDACTED PURSUANT TO PROTECTIVE ORDER**