# Exhibit 15

**REDACTED PURSUANT TO PROTECTIVE ORDER**