# Exhibit 22

**REDACTED PURSUANT TO PROTECTIVE ORDER**