# Exhibit 23

**REDACTED PURSUANT TO PROTECTIVE ORDER**