# Exhibit 28



PLAINTIFFS' 00004066



PLAINTIFFS' 00004067



3
PLAINTIFFS' 00004068



PLAINTIFFS' 00004069

**YAHOO!'S RESERVATION OF RIGHTS**

Yahoo! expressly reserves the right to immediately modify, suspend or terminate your account and refuse current or future use of any Yahoo! service, including the Fantasy Hockey Service, if Yahoo!, in its sole discretion: (a) believes you have violated or tried to violate the rights of others; (b) becomes aware of information indicating a safety concern for you, other Yahoo! users, or the general public, or (c) believes that you have acted inconsistently with the spirit or letter of the TOS, these Additional Terms, or the Official Game Rules. Yahoo! Sports Fantasy Hockey and its related benefits are offered at the discretion of Yahoo!, and Yahoo! has the right to modify or discontinue, temporarily or permanently, the Yahoo! Sports Fantasy Hockey Service, in whole or in part for any reason, with or without notice to you. You agree that Yahoo! will not be liable to you or to any third party for any modifications or discontinuance of the Service.

**INDEMNITY**

You agree to indemnify and hold harmless Yahoo!, and its subsidiaries, affiliates, officers, agents, or other partners, and employees, from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising out of your use of, or participation in, Fantasy Hockey, your connection to the Fantasy Hockey Service, your violation of the TOS, these Additional Terms, the Official Game Rules, or of any rights of another person or entity.

**INVALIDITY OF SPECIFIC TERMS**

If any provision of these Additional Terms or any document incorporated by reference is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision, and the other provisions of such documents remain in full force and effect.

**LOCATION OF LAWSUIT**

The Yahoo! Terms of Service, which apply to your use of Fantasy Hockey, provide that both you and Yahoo! agree to submit to the personal and exclusive jurisdiction of the courts located within the county of Santa Clara, California, USA. The Yahoo! Terms of Service, these Additional Terms and the relationship between you and Yahoo! will be governed by the laws of the State of California, without regard to its conflicts of law provisions.

**WHAT TO DO IF YOU WITNESS A VIOLATION**

If you witness any user activity in Yahoo! Sports Fantasy Hockey that violates the Terms of Service, these Guidelines or the Yahoo! Sports Fantasy Hockey Official Game Rules then in effect, please notify us of the activity via the feedback form located at http://help.yahoo.com/l/us/yahoo/hockey/general.html. Yahoo! cannot guarantee that any action will be taken as a result of your email, but we appreciate your help in making the service a fun place for everyone.

Thanks for participating in Yahoo! Sports Fantasy Hockey.

Copyright © 2012 Yahoo! Inc. All rights reserved. Terms of Service - Additional Terms of Service - Send Feedback - Help
Portions Copyright © 2012 STATS LLC. All rights reserved.
Portions Copyright © 2012 AccuScore. All rights reserved.
NOTICE: We collect personal information on this site. To learn more about how we use your information, see our Privacy Policy - About Our Ads.

2

PLAINTIFFS' 00004070