# Exhibit 29

# REDACTED PURSUANT TO PROTECTIVE ORDER