# Exhibit 30

# REDACTED PURSUANT TO PROTECTIVE ORDER