# Exhibit 32

**REDACTED PURSUANT TO
PROTECTIVE ORDER**