# Exhibit 35

**REDACTED PURSUANT TO PROTECTIVE ORDER**