# Exhibit 36

**REDACTED PURSUANT TO PROTECTIVE ORDER**