# Exhibit 37

# REDACTED PURSUANT TO PROTECTIVE ORDER