# Exhibit 38

# REDACTED PURSUANT TO PROTECTIVE ORDER