# Exhibit 39

**REDACTED PURSUANT TO PROTECTIVE ORDER**