# Exhibit 40

# REDACTED PURSUANT TO PROTECTIVE ORDER