# Exhibit 41

# REDACTED PURSUANT TO PROTECTIVE ORDER