# Exhibit 42

# REDACTED PURSUANT TO PROTECTIVE ORDER