# Exhibit 45

**REDACTED PURSUANT TO PROTECTIVE ORDER**