# Exhibit 46

# REDACTED PURSUANT TO PROTECTIVE ORDER