Exhibit 3

Page 1

1
2    UNITED STATES DISTRICT COURT
     DISTRICT OF NEW JERSEY
3
     Civil Action No. 3:12-cv-04947-MAS-LHG
4    ----------------------------------x
5    NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,
     an unincorporated association; NATIONAL
6    BASKETBALL ASSOCIATION, a joint venture;
     NATIONAL FOOTBALL LEAGUE, an unincorporated
7    association; NATIONAL HOCKEY LEAGUE, an
     unincorporated association; and OFFICE OF
8    THE COMMISSIONER OF BASEBALL, an
     unincorporated association, doing business
9    as MAJOR LEAGUE BASEBALL,
10                              Plaintiffs,
11            -against-
12   CHRISTOPHER J. CHRISTIE, Governor of the
     State of New Jersey; DAVID L. REBUCK,
13   Director of the New Jersey Division of
     Gaming Enforcement and Assistant Attorney
14   General of the State of New Jersey; and
     FRANK ZANZUCCKI, Executive Director of
15   the New Jersey Racing Commission,
16                              Defendants.
17   ----------------------------------x
18                         200 Park Avenue
                           New York, New York
19
                           November 12, 2012
20                         12:12 p.m.
21
                    DEPOSITION OF
22
              ROGER S. GOODELL
23
24
25

Page 9

```
                              - R. GOODELL -
 1
 2        A.     Of the NFL, no.
 3        Q.     How about education, Commissioner?
 4   Do you have any responsibilities concerning
 5   the education of players and staff and
 6   referees on the antigambling policies of the
 7   NFL?
 8        A.     Yes.  Our staff goes and meets with
 9   each of those individuals or groups on an
10   annual basis to make sure they understand the
11   policy and make sure that they understand the
12   policy and that they abide by it.
13        Q.     Is that the same staff as the
14   security staff?
15        A.     Primarily.
16        Q.     And, Commissioner, are you
17   responsible ultimately for any sanctions that
18   are levied against someone for a violation of
19   the NFL's antigambling policies?
20        A.     I would be, yes.
21        Q.     What duties, if any, do you have,
22   Commissioner, concerning the policies of the
23   NFL for advertising relationships with
24   casinos?
25        A.     I'm sorry, I'm not sure I
```

Page 14

1                    - R. GOODELL -
2    prevent game-fixing?
3         A.    I believe they're similar to what I
4    described in London.
5         Q.    Okay.  And is your answer the same
6    in terms of whether there is anything harmful
7    to the NFL's reputation that results from
8    playing a game in a country that permits
9    sports wagering?
10        A.    Again, we have to play by the rules
11   that are established and the laws.
12        Q.    My question, Commissioner, is:  In
13   your view, does that cause any harm to the
14   reputation of the NFL to have a game played in
15   a country that permits sports wagering?
16        A.    Our reputation where?
17        Q.    Reputation in the United States.
18        A.    I don't think the people in the
19   United States are aware of those laws.
20        Q.    Okay.  How about reputation in
21   Canada?
22        A.    I'm not sure.  A lot of our fans in
23   the United States are aware of the laws in
24   Canada.
25        Q.    How about Canadians, though?

Page 15

```
 1                      - R. GOODELL -
 2        A.     What about Canadians?
 3        Q.     Do you think it's harmful to the
 4   NFL's reputation that it plays a game in a
 5   venue that permits sports wagering?
 6        A.     Well, again, it's their country.  I
 7   think they're used to those laws and they
 8   understand what the laws are.
 9        Q.     Okay.  Commissioner, I'd like then
10   to show you what's been previously marked as
11   NFL 35.  This is a new one, I'm sorry.
12              (Exhibit 35: Declaration of Roger
13        Goodell, was marked for identification.)
14   BY MR. WEGNER (continuing):
15        Q.     Commissioner, have you had a chance
16   to look at the document which we have marked
17   as NFL 35?
18        A.     Sitting here?
19        Q.     Yes, sir.
20        A.     Yes, I see that.
21        Q.     Okay.  When was the last time you
22   saw that document?
23        A.     I looked at at least the top few
24   pages last week.
25        Q.     Did you draft that document
```

```
1                    - R. GOODELL -
2        A.    I don't know the specifics behind
3   it.
4        Q.    All right.  So the three that we've
5   identified, Commissioner, they either didn't
6   or you don't know if they involved
7   game-fixing.  Have there been any incidences
8   that you're aware of where the NFL's games
9   were violated by game-fixing resulting from
10  gambling?
11       A.    Those three incidents were
12  involving violations of our policy in
13  association with gambling.  And the reason we
14  have those is to make sure that game-fixing
15  doesn't occur.  They're preventative, they're
16  to avoid this.  That's a serious threat to our
17  game and to the integrity of our game.
18       Q.    What I'm trying to establish,
19  Commissioner, is I think--and I'll ask you if
20  this is true--that the NFL has not had a
21  recorded incident of game-fixing as a result
22  of gambling.  Is that true?
23       A.    I don't know.
24       Q.    Can you think of any incidents, as
25  the Commissioner of the NFL, where there has
```

```
 1                  - R. GOODELL -
 2   been game-fixing involved in an NFL game?
 3              MR. MISHKIN:  It's been asked and
 4        answered.  You can answer it again.
 5        A.    I can't think of a specific
 6   incident off the top of my head.
 7        Q.    Is it fair to say that would be
 8   sufficiently significant that you would
 9   remember it if one had occurred?
10              MR. MISHKIN:  I object to the form
11        of the question.
12        A.    Again, I've been involved with the
13   NFL for 30 years, 30-plus years.  There's a
14   history that the NFL goes over 90 years now,
15   so there's a long history of the NFL prior to
16   my involvement.  I don't -- I can't speak to
17   all those issues.
18        Q.    But as you sit here today, you
19   can't recall any incident where there was
20   game-fixing in an NFL game?
21              MR. MISHKIN:  Asked and answered.
22        A.    I've given you my best answer.  I'm
23   sorry if that's not good enough.
24        Q.    No, it's not that it's not good
25   enough, Commissioner.  But the answer, I take
```

Page 26

1                    - R. GOODELL -
2    it then, is you can't recall any?
3         A.    That's correct.
4         Q.    Okay.  Would you attribute the
5    apparent lack of any game-fixing in the NFL
6    because you can't remember any instances of it
7    to the NFL's antigambling policies?
8         A.    I think that's clearly a very
9    strong factor, yes.
10        Q.    Any other factors?
11        A.    I think that's the most important.
12        Q.    Okay.  Commissioner, looking at the
13   same exhibit which is NFL 35, could you please
14   look at paragraph 4 also on page 2.  And feel
15   free to read the whole paragraph, but I'm
16   going to draw your attention to the end of
17   that paragraph.
18        A.    Okay.
19        Q.    Okay.  And specifically,
20   Commissioner, look at the part of the
21   paragraph where it states that:
22             "The NFL owners and players have
23        worked diligently since the League's
24        inception nearly 90 years ago to protect
25        the NFL's integrity and maintain the

1                          - R. GOODELL -

2        Q.    Okay.  Commissioner, the NFL's

3    antigambling policies apply to both legal and

4    illegal gambling, correct?

5        A.    Yes.  I mean, the policies are

6    clear.  You have a copy of the policies.

7        Q.    Right.  Commissioner, are you aware

8    of the estimates that are in the public domain

9    that illegal sports gambling in the United

10   States is between an 80 and $380 billion-a-

11   year market?

12       A.    I've read numbers before.  I can't

13   recall the specific numbers, but I know

14   they're big numbers.

15       Q.    They were in the range of perhaps

16   80 to $380 billion a year?

17       A.    Is that a question?

18       Q.    Yes, sir.

19       A.    I don't recall the specific number,

20   as I said before.

21       Q.    But they're very large numbers?

22       A.    Yes.  As I said, yes.

23       Q.    Would you agree that they're

24   billions of dollars?

25                 MR. MISHKIN:  He doesn't recall.

Page 29

1                  - R. GOODELL -

2        Well --

3        A.    I think it's fair to say it's a

4   billion dollars plus.

5        Q.    And, Commissioner, are you aware

6   that over the last 20 years at least, the

7   amount of both legal and illegal sports

8   gambling in the United States has increased?

9             MR. MISHKIN:   I'm going to object

10      to the question as lacking in foundation.

11      You can answer.

12       A.    What's increased?  The amount of

13  dollars?  The number of players?

14       Q.    The amount of dollars that

15  individuals in the country bet on sports

16  events.

17       A.    I'm not familiar with that but it

18  wouldn't surprise me.

19       Q.    Okay.  If it doesn't surprise you,

20  Commissioner, is it true that the NFL has been

21  able to protect the integrity of its games

22  notwithstanding the increase in both legal and

23  illegal sports wagering?

24       A.    Again, because we have very strict

25  rules to protect the integrity of the game and

```
                                          Page 30
 1                    - R. GOODELL -
 2    we enforce it very strictly and we work to
 3    make sure that the right public policy is in
 4    place also.
 5          Q.    But today anyway the NFL has been
 6    successful in using its policies to prevent
 7    incidences that would harm the integrity of
 8    the NFL, correct?
 9               MR. MISHKIN:  Objection.  I think
10          that leaves out part of his answer, so I
11          object to the form of the question.
12               MR. WEGNER:  Actually, I'm not
13          incorporating his answer.  I'll ask the
14          question.  It's a standalone question.
15    BY MR. WEGNER (continuing):
16          Q.    So, Commissioner, in the face of an
17    increasing volume of sports wagering in this
18    country, both legal and illegal, the NFL has
19    been successful in protecting the integrity of
20    the NFL by the implementation of its policies
21    and also its policies against gambling,
22    correct?
23               MR. MISHKIN:  Well, it's a lack of
24          foundation.  I'm obviously I'm not going
25          to engage in a substantive debate on the
```

```
 1                   - R. GOODELL -

 2          basis of the question but I think, as you

 3          asked it, it lacks a foundation.  That's

 4          my objection.

 5                  If you'd like the question read

 6          back, you can answer it.

 7                  MR. WEGNER:  Would you like it read

 8          back?

 9                  (Requested portion read.)

10          A.    It's a constant battle to make sure

11   that we keep our game safe from any kind of

12   outside influences, whether that's gambling,

13   whether that's drugs.  We continually modify

14   our policies.  We continue to put focus on

15   this because once there is an incident, that's

16   irreparable harm and we want to prevent that

17   from happening.

18                  So we make sure that we do

19   everything possible to make sure people

20   understand that this is a violation of a

21   policy that we take very seriously and it

22   should not be violated.

23          Q.    But to date, Commissioner,

24   concerning gambling, the NFL has been

25   successful in preventing any incidences
```

```
                                              Page 32
 1                  - R. GOODELL -
 2    involving gambling that would harm the
 3    integrity of the NFL, correct?
 4         A.    To date, yes.
 5         Q.    Okay.  Commissioner, will the NFL
 6    continue to implement the same measures that
 7    it has in the past concerning sports gambling
 8    if it is made lawful in New Jersey?
 9         A.    That's a hypothetical question.
10    It's against the law, isn't it?
11         Q.    I said if it's made lawful in New
12    Jersey.
13         A.    That's a hypothetical question.  We
14    support the law, we think it's the correct
15    law, and we don't believe it should be lawful
16    and it's not.
17         Q.    Commissioner, let me ask it this
18    way, then:  If it ultimately is lawful to have
19    sports gambling in New Jersey, does the NFL
20    plan to implement any additional or new
21    procedures to protect the integrity of the
22    NFL?
23         A.    Well, we'd have to take that into
24    consideration if it occurs.  We don't believe
25    it's going to occur and we don't think it
```

```
                                            Page 33

 1                    - R. GOODELL -
 2   should occur.
 3        Q.    As you sit here today, are you
 4   having any contingency plans put in place at
 5   the NFL in the event it is lawful?
 6        A.    No, we don't, because we don't
 7   believe it will be lawful.  It's not now and
 8   it won't be in the future.
 9        Q.    Commissioner, if we could now look
10   at the second part of your statement in the
11   last paragraph of paragraph 4.  You mentioned
12   public confidence.  Will you take a look at
13   that paragraph, please.
14            MR. MISHKIN:  The last sentence of
15        paragraph 4?
16            MR. WEGNER:  Yes.
17        A.    This is the same sentence you were
18   pointing to before; is it not?
19            MR. MISHKIN:  Yes, it is.
20        Q.    Commissioner, has the NFL performed
21   any analysis or studies or focus groups
22   regarding the public's confidence in the
23   League?
24        A.    When you say "public confidence,"
25   what do you mean by that?
```

```
                                                    Page 34
 1                     - R. GOODELL -
 2         Q.     Has the NFL performed any studies
 3    or analysis or focus groups to determine what
 4    the public's perception of gambling and the
 5    NFL is?
 6         A.     I don't believe so.
 7         Q.     Commissioner, again, looking at the
 8    same exhibit, NFL 35, in the first sentence
 9    here in paragraph 5, you say:
10              "The spread of sports betting
11              including the introduction of sports
12              betting as proposed by the State of New
13              Jersey, threatens to damage irreparably
14              the integrity of and the public
15              confidence in NFL football."
16              Do you see that?
17         A.     I do.
18         Q.     On what do you base the statement
19    that the legalization of gambling in New
20    Jersey will threaten to damage irreparably the
21    integrity of the public confidence in NFL
22    football?
23         A.     It's a very strongly held view in
24    the NFL, it has been for decades, that the
25    threat that gambling could occur in the NFL or
```

Page 35

```
 1                    - R. GOODELL -
 2    fixing of games or that any outcome could be
 3    influenced by the outside could be very
 4    damaging to the NFL and very difficult to ever
 5    recover from.  That's why we take the
 6    positions that we do with our policies and
 7    education and make sure that people understand
 8    that we'll enforce it vigorously.
 9         Q.    Commissioner, other than the
10    concern about the threat, does the NFL have
11    any evidence that the legalization of sports
12    wagering in New Jersey will harm the integrity
13    of the NFL?
14         A.    Evidence in what sense?
15         Q.    Well, you mentioned it's a threat.
16    Is it fair to say that the threat of harm to
17    the integrity of the NFL is a concern?
18              THE WITNESS:  I'm sorry, could you
19         read that back.
20              (Requested portion read.)
21         A.    Of course, yes.
22         Q.    Okay.  Other than the concern about
23    the threat, does the NFL have any evidence to
24    support the assertion that legalizing gambling
25    in New Jersey will harm the integrity of the
```

1             - R. GOODELL -

2    NFL?

3              MR. MISHKIN:  The question is any

4         other evidence?  You know, we have

5         testimony.

6         A.    We have a very strongly held view,

7    as I said, and other sports have adopted it

8    also.  It's not unique to the NFL.  I'm not

9    aware of a major professional sports league

10   that hasn't taken the threat of gambling very

11   seriously and all believe that it's

12   fundamental to what we do, and that a

13   violation of that is very damaging to the game

14   and may be irreparable for a very long period

15   of time.  If people lose public confidence in

16   our game, that is incredibly damaging and may

17   be irreparable.

18        Q.    So, Commissioner, other than the

19   NFL's concern about the threat that sports

20   wagering may have to the integrity of the NFL,

21   do you have any other evidence to support that

22   contention?

23             MR. MISHKIN:  Object to the form of

24        the question.

25        A.    I think I've answered it.  I'm not

1                    - R. GOODELL -

2        Q.    So, Commissioner, other than your,

3    meaning the NFL's, belief and the belief of

4    other leagues that you've articulated here, do

5    you have any other evidence to support the

6    assertion that the legalization of sports

7    wagering in New Jersey will harm the integrity

8    of the NFL?

9             MR. MISHKIN:   Object to the form of

10            the question and it's been asked and

11            answered.

12       A.    As I've repeated to you, we will do

13   everything we can to protect the integrity of

14   the NFL and we monitor that closely, however

15   we can.  We do research, we do other facts

16   about the integrity of our game and that's

17   important to us.

18             And so we will continue to do

19   whatever we can to uphold that and make sure

20   people have confidence in our game but more

21   importantly believe that the NFL's doing the

22   right things.

23       Q.    Commissioner, I'm trying to tie the

24   concern that you've articulated about the

25   threat of the integrity to the NFL to the New

```
 1                  - R. GOODELL -
 2    Jersey gaming statute that's the issue in this
 3    case.  Other than what you've articulated
 4    today which is your concern and the concerns
 5    of other leagues about the threat gambling
 6    presents to the integrity of the sport, do you
 7    have any other evidence to support the
 8    assertion that legalizing gambling in New
 9    Jersey will harm the integrity of the NFL?
10              MR. MISHKIN:  Asked and answered.
11        A.    We believe that that is -- we
12    believe that over the years, that this is very
13    clearly a threat to our game and to every
14    other professional sports league that
15    considers themselves credible and that that's
16    why we all have a very strong view towards
17    this position.
18        Q.    Just to move on, Commissioner, but
19    the NFL, I believe it's your testimony, has
20    not conducted any focus groups, independent
21    analysis, empirical studies to confirm the
22    NFL's concern that the legalization of sports
23    wagering in New Jersey will harm the integrity
24    of the NFL.  Is that correct?
25              MR. MISHKIN:  Object to the form of
```

```
                                         Page 41
 1                 - R. GOODELL -
 2        the question.  You can answer it.
 3        A.    I am not aware of any specific
 4   research of New Jersey law.
 5        Q.    Okay.  Now, to save some time,
 6   Commissioner, if you look at the next sentence
 7   in your declaration that states:
 8              "An increase in State-promoted
 9         sports betting would wrongly and unfairly
10         engender suspicion and cynicism toward
11         every on-the-field NFL event that affects
12         the betting line.  If gambling is freely
13         permitted on sporting events, normal
14         incidents of the game such as bad snaps,
15         drop passes, turnovers, penalties and
16         play-calling inevitably will fuel
17         speculation, distrust and accusations of
18         point-shaving or game-fixing."
19              Other than what you've testified to
20   so far, do you have any other evidence to
21   support that statement?
22        A.    I think it's very clear and
23   commonsense that if you interject gambling in
24   a way that would start to question the
25   athletes' ability on the field when they
```

```
                                        Page 42
 1              - R. GOODELL -
 2  perform and something happens on the field,
 3  that's now causing people to question the
 4  motives.  That's not -- our athletes are out
 5  playing the best they can.  We do not want any
 6  outside influence into that.  We do not want
 7  anyone to perceive there's an outside
 8  influence to that.  That's why we're opposed
 9  to gambling.
10      Q.    Commissioner, do you have any
11  evidence other than what you've testified to
12  so far today to support this statement?
13          MR. MISHKIN:  It's been asked and
14      answered.  Commissioner, if there's
15      anything further you can add to that.
16      A.    I don't have anything further.
17      Q.    Okay.  Commissioner, this concern
18  that individuals speculate about normal
19  incidents of the game like play-calling and
20  that they're concerned that there's
21  point-shaving or game-fixing involved, that
22  exists today, doesn't it?
23      A.    What do you mean by play calling?
24  I'm sorry.  People call plays every -- that's
25  what the game of football is.
```

Page 43

1                  - R. GOODELL -

2        Q.    Well, in your view, Commissioner,

3   today is there a concern among the public that

4   certain plays may be called a certain way

5   because there's game-fixing or point-shaving

6   going on?

7        A.    No.  I believe that our fans--and

8   this goes to the public confidence--believe

9   that they are calling plays, to use your term,

10  in the best interests of winning that game.

11       Q.    Let me just talk about an example

12  or two, Commissioner, and get your view on

13  them.  You're familiar that on October 18th,

14  2012, the game between the San Francisco 49ers

15  and the Seattle Seahawks -- do you recall that

16  game?

17       A.    Not off the top of my head, no.

18       Q.    You've only got 36 teams to keep

19  track of.

20       A.    Thirty-two.

21       Q.    Thirty-two, okay.

22             Well, in that game--maybe this will

23  refresh your recollection--the 49ers declined

24  a penalty that would have given them a nine

25  point, two possession lead with 43 seconds to

```
                                        Page 47
 1                  - R. GOODELL -
 2    motivated by game-fixing?
 3             MR. MISHKIN:  Would you read that
 4        back again?
 5        Q.    Are you aware of any accusations by
 6    the public that the outcome of that game was
 7    motivated by game-fixing?  Not that they're
 8    correct, Commissioner, but just that there
 9    were accusations.
10        A.    "The public" is a broad term.  If
11    you're asking me did somebody out there think
12    that that -- they could have made that
13    accusation, they could have made that
14    accusation.
15        Q.    Commissioner, in your view has
16    legal sports gambling in Las Vegas fueled
17    speculation, distrust and accusations of
18    point-shaving or game-fixing based upon normal
19    incidents of the game such as bad snaps,
20    dropped passes, turnovers and call playing?
21        A.    I think you just referenced that
22    before, is that people out there will make
23    those accusations because of that influence.
24    One of the reasons that we believe that we are
25    beyond that is because we -- we enforce our
```

```
                                          Page 48
 1                    - R. GOODELL -
 2    policies very strictly to make sure that
 3    people understand that is not permitted in the
 4    NFL.
 5              So we take that -- that's why we
 6    keep a distance from gambling and we oppose
 7    gambling and we think it's wrong for the game,
 8    because that is a threat that we want to make
 9    sure does not influence the outcome of our
10    games.
11        Q.    In your view, then, does the
12    legalization of sports gambling in Las Vegas
13    undermine the public's confidence in the
14    character of the games, the NFL games?
15        A.    We would certainly take the
16    position that we would rather not have it
17    happen, yes.
18        Q.    Because in your view, legalized
19    sports gambling in Las Vegas undermines the
20    public's confidence in the character of the
21    games?
22        A.    It creates more gambling, it
23    creates more gamblers, and it creates the more
24    likelihood that people are going to perceive
25    it as being an influence.
```

```
                                              Page 49
 1                  - R. GOODELL -
 2        Q.    Has the NFL considering having a
 3   franchise in Las Vegas?
 4        A.    Not when I'm been Commissioner.
 5        Q.    Are you aware if they ever have?
 6        A.    I'm not aware of it, no.
 7        Q.    Commissioner, has legal sports
 8   gambling in Canada, in your view, fueled
 9   speculation and distrust in the integrity of
10   the NFL games?
11        A.    We only play one game there.
12        Q.    I mean, does the existence of
13   gambling in Canada, in your view, harm the
14   integrity of the NFL?
15             MR. MISHKIN:  Well, if the witness
16        has a view.  Read the question back,
17        please.
18             (Requested portion read.)
19        A.    I haven't looked at it from the
20   Canadian perspective.  I look at it from the
21   NFL's perspective.  And I think people
22   understand that we have very strong policies
23   and that we protect outside influences from
24   our game.
25        Q.    Let me ask you this, then,
```

```
                                        Page 51
 1                   - R. GOODELL -
 2    integrity of the game.
 3         Q.    In the last 20 years, has
 4    spectatorship at NFL games increased?
 5         A.    At NFL games?
 6         Q.    Yes.
 7         A.    I don't know what our total
 8    attendance is versus 20 years ago.  Stadium
 9    size evolves and changes.
10         Q.    Let's just make it ten,
11    Commissioner.  Has spectatorship in NFL games
12    increased in the last ten years?
13         A.    It's roughly the same based on
14    stadium sizes.
15         Q.    In your view, Commissioner, in the
16    last let's stick with ten years, in your view
17    does the public have confidence in the
18    integrity of the NFL football games?
19         A.    Because we've -- yes, I believe
20    they do because we have worked hard to earn
21    that.
22         Q.    Let's look at the last sentence in
23    paragraph 5 on page 3 of your declaration
24    which is NFL 35.  In that paragraph you -- the
25    declaration states that you were aware that in
```

```
                                              Page 53

 1                  - R. GOODELL -

 2        that New Jersey proposes would also

 3        greatly increase the likelihood that the

 4        allegiance of certain fans will be turned

 5        from team players and high-level athletic

 6        competition toward an interest first and

 7        foremost in winning a bet.

 8        A.    That was not correctly read, just

 9   for the record.

10        Q.    Shall I read it again?  Why don't I

11   read it again.

12        A.    You can read it but that was not

13   correct.  It says "will be turned from teams,

14   players," not "team players."

15        Q.    Okay.  Let me withdraw the question

16   and restate it then.

17              In paragraph 6 on page 3 of your

18   declaration, you state that:

19              "The new sports gambling scheme

20        that New Jersey proposes would also

21        greatly increase the likelihood that the

22        allegiance of certain fans will be turned

23        from teams, players, and high-level

24        athletic competition, toward an interest

25        first and foremost in winning a bet."
```

Page 54

```
 1                  - R. GOODELL -
 2             What support do you have for that
 3   statement, Commissioner?
 4        A.    I think that's common sense.
 5        Q.    And common sense in what way?
 6             MR. MISHKIN:  Object to the form of
 7        the question.
 8        A.    I only know one with common sense
 9   but --
10        Q.    Thomas Payne?
11             When you say common sense, connect
12   the dots for me, Commissioner, what do you
13   mean by common sense?
14        A.    If you're making a bet, you're
15   making a bet on a particular outcome, that's
16   what your interest is.  Right?
17        Q.    And that's the common sense?
18        A.    It may not be commons sense to you
19   but it is to me.
20        Q.    No, I'm not questioning that,
21   Commissioner.  I'm just trying to understand
22   it.  So has the NFL conducted, again, any
23   studies, empirical analysis or focus groups to
24   support this assertion?
25        A.    We don't do studies on common
```

```
                                              Page 55
 1                   - R. GOODELL -
 2    sense.  We make that analysis.  We think we
 3    have enough experience that we understand
 4    this.
 5         Q.    Okay.  Commissioner, so that I'm
 6    sure I understand this, though, is it the
 7    NFL's position that if a spectator -- withdraw
 8    the question.
 9              Is it the NFL's position that a
10    fan, an NFL fan, that bets on an NFL game
11    loses its allegiance to the team that it
12    supports?
13         A.    Well, there's conflicting
14    statements in there.  Is your support for
15    the -- what he's betting on or what he's
16    looking for as an outcome?
17         Q.    Well, let me break it down.  That's
18    fair, Commissioner.  Let me break it down.
19              So you have a fan, let's say that
20    it is a 49er fan and they've placed a bet on a
21    game.  And is it the NFL's position that a fan
22    betting on a game will eliminate that fan's
23    allegiance to their team?
24         A.    Let me state it the way I would
25    tell you.
```

Page 56

- R. GOODELL -

1

2       Q.     Okay.

3       A.     Because if you're a 49er fan, we

4   want you rooting for the 49ers to win, not win

5   by a certain number of points, not to lose but

6   I win my bet.  We want you rooting for that

7   team to win.

8       Q.     Could I be rooting to have my team

9   win, my 49ers win and also win my bet at the

10  same time?

11      A.     That's a hypothetical but of

12  course.  If you -- if your bet is simply that

13  my team's going to win and you want your team

14  to win, those are consistent.

15      Q.     Let me ask you this hypothetical

16  then, Commissioner.  If given the size of the

17  illegal gambling market in the United States

18  there are a lot of NFL fans that are betting

19  on NFL games, is it your position that those

20  bettors don't have an allegiance to a team?

21      A.     I can't answer that question.

22      Q.     I think we're almost done with your

23  declaration but let's go -- let's do this,

24  Commissioner.  We've been going for more than

25  an hour.  I only have a paragraph or two more

```
                                            Page 66
 1                  - R. GOODELL -
 2        gambling, thereby allowing casino
 3        operators and other sports betting
 4        operations to trade unfairly on the NFL's
 5        goodwill and image of fairness."
 6             So my question is:  What evidence do
 7   you have to support the statement that state
 8   sponsorship of sports gambling threatens to
 9   confuse fans into believing that the NFL
10   supports sports gambling?
11        A.   This is why I was trying to use the
12   example before about licensing and
13   sponsorship.  People want to associate
14   themselves with the NFL without paying for it
15   and without having any association because
16   that's how they ambush, that's how they get
17   that association.  And this is an example of
18   it.
19             If you are allowed to have sports
20   gambling at any one of your facilities,
21   whether they be casinos or -- they will say
22   that the NFL -- you can come here and gamble
23   on the NFL.  That will appear to the consumer,
24   the average consumer, that we are sponsoring
25   that.  That is not in our best interest of the
```

```
                                          Page 67

 1                  - R. GOODELL -

 2      National Football League.

 3           Q.    Well, there's nothing that prevents

 4      the NFL from making it very clear that it

 5      doesn't support gambling, correct?

 6           A.    So I have to spend money to now

 7      tell the consumers exactly what you're trying

 8      to get?

 9           Q.    Well, sports wagering, let's put

10      it, is permitted in Las Vegas, correct?

11           A.    Yes.

12           Q.    Do you have any evidence that

13      consumers believe that the NFL supports sports

14      wagering because it's legal in Las Vegas?

15           A.    We don't have a team there.  We are

16      very open about our position with respect to

17      gambling, and we have to work every day to try

18      to do that.  If it is now expanded to another

19      state and then potentially other states beyond

20      that, it is very difficult to beat that.

21           Q.    But as we sit here today, the NFL

22      has successfully made it clear that even

23      though sports wagering is legal in Las Vegas,

24      the NFL does not support sports wagering,

25      correct?
```

1                    - R. GOODELL -

2        A.    I can't say that with every

3    consumer.  That's an ongoing battle.  That's

4    what we're fighting.  We're fighting to make

5    sure people don't see that association.  I

6    can't tell you that every consumer in the

7    United States doesn't see it the way you're

8    proposing.  There very well may be consumers

9    that believe that.  That's why we have to work

10   every day to make sure they understand that is

11   not our position.

12       Q.    Commissioner, what is your basis

13   for believing that fans do think that State-

14   sponsored sports wagering means that the NFL

15   supports sports wagering?

16       A.    Again, because you will use that

17   association if it's permissible.  If it's the

18   law, you will use that to attract people into

19   your facilities to bet on our games.  That

20   will try to drive an association.  That's what

21   people do.  In the other instance when I was

22   describing the other commercial agreements,

23   that's what they try to do.

24       Q.    So if I understand the concern,

25   Commissioner, it's that some fans may think