Exhibit 11

Page 1

1

2    UNITED STATES DISTRICT COURT
     DISTRICT OF NEW JERSEY
3
     Civil Action No. 3:12-cv-04947-MAS-LHG
4    - - - - - - - - - - - - - - - - - - - -x
     NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,
5    an unincorporated association, NATIONAL
     BASKETBALL ASSOCIATION, a joint venture,
6    NATIONAL FOOTBALL LEAGUE, an unincorporated
     association, NATIONAL HOCKEY LEAGUE, an
7    unincorporated association, and OFFICE
     OF THE COMMISSIONER OF BASEBALL, an
8    unincorporated association doing business
     as MAJOR LEAGUE BASEBALL,
9
                              Plaintiffs,
10
              -against-
11
     CHRISTOPHER J. CHRISTIE, Governor of the
12   State of New Jersey, DAVID L. REBUCK,
     Director of the New Jersey Division of
13   Gaming Enforcement and Assistant Attorney
     General of the State of New Jersey, and
14   FRANK ZANZUCCKI, Executive Director of
     the New Jersey Racing Commission,
15
                              Defendants.
16   - - - - - - - - - - - - - - - - - - - -x
17                       November 19, 2012
18                       1:26 p.m.
19           Deposition of DANIEL T. MULLIN,
20   taken by attorneys for Defendants, pursuant to
21   Rule 30(b)(6) notice, held at the offices of
22   Gibson Dunn & Crutcher, 200 Park Avenue, New
23   York, New York, before Helen Mitchell, a
24   Shorthand Reporter and Notary Public.
25

Page 7

1                          D. MULLIN

2    responsibilities at the Department of

3    Investigations has to do with gambling.

4                    Can you describe a little bit more

5    what your job entails in terms of gambling?

6          A    Well, since the Black Sox scandal,

7    I guess, Baseball -- scandal has always been

8    something that Baseball is focused on,

9    preventing another scandal, and we're always

10   worried about the integrity of our game as it

11   relates to the dangers of gambling.  So within

12   our department we monitor gambling trends, we

13   monitor blogs, we monitor Twitter, we have a

14   hotline for tips, and we try to monitor what's

15   going on with gambling in sports.

16         Q    Now, you just mentioned you

17   monitor gambling trends.

18                    How does the Department of

19   Investigations monitor gambling trends?

20         A    Well, I have several analysts.

21   One of my analysts puts out a monthly report

22   on -- an internal gambling newsletter to talk

23   about prosecutions, about arrests around the

24   country.

25                    For example, there was an arrest

Page 8

D. MULLIN

1
2  in New York, a large-scale gambling ring was --
3  a big indictment, so that would be something we
4  would analyze in that report.
5           Q     So it sounds like you monitor
6  gambling trends, you're monitoring various
7  sources of media for any news relating to sports
8  wagering; is that fair?
9           A     Partially, yes, that is fair,
10  yeah.
11           Q     And other than monitoring media
12  reports, what other sources do you look at in
13  terms of monitoring gambling trends?
14           A     Well, we stay in close contact
15  with law enforcement, both city, state and
16  federal law enforcement.
17           Q     As part of the monitoring of
18  gambling trends, does the Department of
19  Investigations talk to sports books in Las
20  Vegas?
21           A     Not directly.  We do annual
22  seminars with the other professional leagues,
23  the NCAA, and we do have speakers come to our
24  seminars from sports books to speak about sports
25  betting in Vegas.

```
 1                    D. MULLIN
 2         Q      Other than those seminars, any
 3   other contact with Las Vegas sports books?
 4         A      No.
 5         Q      Now, you also mentioned that the
 6   Department of Investigations has a hotline for
 7   tips.  When was that set up?
 8         A      About six months after the
 9   formation of the department.
10         Q      And I'm not sure you can give me a
11   precise number, but do you have any estimate of
12   how many tips you've received via that hotline?
13               MS. LENT:  Object to the form,
14         vague.
15               You can answer.
16         A      I guess 20 or so.
17         Q      So approximately 20 tips in the
18   last, oh, three and a half to four years; is
19   that accurate?
20         A      Yes.
21         Q      Of those 20 tips, how many of
22   those has the Department of Investigations
23   actually investigated?
24         A      We investigate all of them.
25         Q      And for any of those tips you
```

                      D. MULLIN

1   received, did any of them involve alleged game

3   fixing?

4         A      No.

5         Q      Can you generally describe what

6   the -- what the tips involved if they didn't

7   involve game fixing?

8         A      General categories would be --

9   probably the most common one is performance

10  enhancing drugs, and then after that I would say

11  improper player assignings, assigning players as

12  a competitive business, and we get tips on a

13  club that may have acted improperly in

14  recruiting or signing a player.

15        Q      Did any of the approximately 20

16  tips you referred to involve gambling?

17        A      No.  That really hasn't been the

18  focus of that hotline.  We have cards and

19  posters, and to this point the hotline has

20  really been focused more on performance

21  enhancing drugs than anything else.

22        Q      Now, aside from monitoring

23  gambling trends through the media and through

24  your law enforcement contacts, does the

25  Department of Investigations conduct any other

```
                                         Page 11
 1                     D. MULLIN
 2    sort of research into gambling trends?
 3            A      Other than our analysts doing
 4    their research, no.
 5            Q      And the analysts who do the
 6    research -- I know you mentioned media, and I
 7    assume that those analysts also talk to law
 8    enforcement officials; is that correct?
 9            A      They do, and that's been the best
10    source of information.  We've had two fairly
11    large-scale gambling investigations that we've
12    done in the last several years, and both of
13    those came out of law enforcement contacts.
14            Q      I want to talk a little bit about
15    the two large-scale investigations you just
16    referred to.
17                   What were those large-scale
18    investigations?
19                   MS. LENT:  I'm just going to
20            caution the witness that -- certainly be
21            responsive, but if we need to designate
22            this as highly confidential, let me
23            know.
24                   Matt, you also just be cautious
25            about confidentiality concerns.  If you
```

```
                                        Page 12
 1                  D. MULLIN
 2           can ask more general questions, that
 3           would be better.
 4                  MR. HOFFMAN:  Sure.
 5                  Let's start on the general level,
 6           and then depending on what the answer is
 7           we can figure out whether or not we need
 8           to designate anything as highly
 9           confidential.
10                  MS. LENT:  Great.
11                  THE WITNESS:  Okay.
12           A      The first one I'll talk about came
13    from a law enforcement tip that was an organized
14    crime investigation in New York that was focused
15    on a large-scale organized crime back bookmaking
16    operation, and they were focusing on one figure
17    in particular, and his phones were being
18    wiretapped, and seven of our Major League scouts
19    were picked up gambling on a wiretap.
20           Q      So this first large-scale
21    investigation involved illegal gambling with
22    organized crime in New York?
23           A      Yes -- not in New York, no, in
24    different states on the east coast.  It was a
25    New York-based investigation, but it involved
```

```
                                          Page 13
 1                    D. MULLIN
 2    scouts in a number of different cities up and
 3    down the east coast, and it was all sports
 4    wagering.
 5            Q     And as part of that investigation
 6    were any of these scouts wagering on Major
 7    League Baseball games?
 8            A     Not that we found, no.
 9            Q     You mentioned a second large-scale
10    investigation.  Tell me a little bit more about
11    that.
12                  THE WITNESS:  This would be more
13          highly confidential.
14                  MS. LENT:  Okay.
15            A     This would be more of the highly
16    confidential nature.
17                  A club -- a team club house
18    manager -- actually, a club house manager,
19    traveling secretary, a lot of responsibility, we
20    found from a law enforcement source that he was
21    betting up to $30,000 a week -- a lot of
22    money -- and so we focused our resources on him.
23    His salary wouldn't support that kind of weekly
24    betting amount, and we found that he was
25    involved in wide-scale fraud.  He was stealing
```

```
                                        Page 22
 1                    D. MULLIN
 2              MS. LENT:  I have the same
 3        objection.  That's not what number two
 4        says.  And in fact, I think the court --
 5              MR. HOFFMAN:  You can answer.
 6              MS. LENT:  I'm sorry.
 7              In fact, I think the court
 8        specifically stated that the 30(b)(6)
 9        deponents would not be testifying about
10        irreparable harm.
11              MR. HOFFMAN:  Okay.  Well, let's
12        do it this way.
13        Q     Are you prepared today,
14   Mr. Mullin, to testify about Major League
15   Baseball's alleged harm by the New Jersey
16   gambling law?
17              MS. LENT:  I'm going to object
18        again.
19              I mean, number two says "the
20        impact or potential impact of sports
21        gambling," and it goes on.  It's a
22        specific -- there is specific language
23        right here in front of us, so I don't
24        know why you're trying to paraphrase it.
25        You could just read it.
```

Page 23

1                    D. MULLIN

2              MR. HOFFMAN:  Okay.  I thought

3         that was deposition topic number three,

4         but -- do I have an old version of this?

5              MS. LENT:  You must.  You must.

6         What we're looking at --

7              MR. HOFFMAN:  My apologies.

8              MS. LENT:  -- is different.

9         Q     Mr. Mullin, are you prepared to

10   testify as Major League Baseball's designee on

11   Major League Baseball's -- the impact or

12   potential impact of sports gambling on Major

13   League Baseball?

14         A     Yes.

15         Q     Now, you understand this means

16   that you must testify about information known or

17   reasonably available to Major League Baseball on

18   these topics; correct?

19         A     Yes.

20         Q     Other than conversations with

21   counsel, what did you do today to prepare for

22   your deposition?

23         A     Just reviewed some notes.

24         Q     And what notes were those?

25         A     I looked at the notes from our

Page 24

```
 1                    D. MULLIN
 2   recent gambling seminar.
 3          Q     Do you know if those notes were
 4   produced in this litigation?
 5          A     I believe they were.
 6          Q     Did you review any other
 7   documents, other than the notes you just
 8   referred to, in preparation for today's
 9   deposition?
10          A     No.
11          Q     Did you speak to anyone other than
12   counsel?
13          A     Well, both counsel -- I spoke to
14   in-house counsel also, Tom Ostertag, and Chris
15   Brumm.
16          Q     Other than your outside counsel
17   and your in-house counsel, did you speak to
18   anyone else about today's deposition?
19          A     No.
20          Q     Now, in terms of preparation for
21   today's deposition, did you find any studies by
22   Major League Baseball regarding the impact of
23   sports gambling on Major League Baseball?
24          A     No.
25          Q     Do you know if Major League
```

Page 27

D. MULLIN

1    representative from MGM Sports Book, so that's a

2    number that they used and agreed upon.  It's an

3    approximation, but that seems to be a number

4    that the industry agrees on.

5         Q     And does Major League Baseball or

6    the Department of Investigations have any of

7    their own studies regarding how much sports

8    gambling on Major League Baseball games occurs

9    in Las Vegas?

10        A     No.

11        Q     Now, have these Las Vegas industry

12   groups ever assisted Major League Baseball in

13   identifying gambling incidents?

14        A     No.

15        Q     Does Major League Baseball's

16   Department of Investigations have any contacts

17   in Las Vegas for that purpose?

18        A     No.

19        Q     Now, I'm paraphrasing, but I

20   believe Mr. Ostertag testified in his deposition

21   that the Department of Investigations will

22   sometimes get a call or a tip from a legal

23   sports book in Nevada, but there's no formal

24   arrangement.

```
                                            Page 29
 1                    D. MULLIN
 2          A     I imagine it's very close to the
 3    number I cited before, because Vegas is the only
 4    state where that -- sports gambling is legal.
 5          Q     Now I'm going to switch gears a
 6    little bit, I'm going to talk about illegal
 7    sports gambling.  Okay?
 8          A     Yes.
 9          Q     Do you, Mr. Mullin, as the head of
10    the Department of Investigations, know how much
11    illegal sports gambling occurs in New Jersey?
12          A     I don't.
13          Q     Does the Department of
14    Investigations have any studies or surveys
15    regarding how much illegal sports gambling
16    occurs in New Jersey?
17          A     Studies, no, I do not.
18          Q     Does the Department of
19    Investigations have any estimate regarding how
20    much illegal sports gambling occurs in New
21    Jersey?
22          A     Based on anecdotal knowledge or on
23    a study -- I don't have anything based on a
24    study.  But based upon prosecutions and
25    indictments like the one that occurred last
```

```
                                      Page 30
 1                   D. MULLIN
 2   month, I would say hundreds of millions of
 3   dollars.
 4          Q     In terms of illegal sports
 5   gambling in New Jersey, which you just referred
 6   to as being in the hundreds of millions of
 7   dollars, does the Department of Investigations
 8   have any sense of whether illegal sports
 9   gambling in New Jersey is larger than legal
10   sports wagering in Nevada?
11                 MS. LENT:  Object to the form.
12                 You can answer.
13          A     Well, I think -- I think any study
14   you read, any expert would tell you that the
15   percentage of illegal gambling is greater than
16   the percentage of legal gambling.
17          Q     And is that true for -- I'm
18   focusing here just on New Jersey.  Would that be
19   true for the State of New Jersey as compared to
20   the State of Nevada?  And what I mean by that is
21   the amount of illegal sports gambling in New
22   Jersey that currently goes on as compared to the
23   amount of legal sports gambling in Nevada.
24          A     You're asking me to compare Nevada
25   to New Jersey?
```

```
                                              Page 31
 1                      D. MULLIN
 2        Q      I'm asking you to compare -- if
 3   you have any estimate or any basis for any
 4   estimate comparing the amount of illegal sports
 5   gambling that currently is going on in New
 6   Jersey as compared to the amount of legal sports
 7   gambling going on in Nevada.
 8        A      I couldn't quantify it other than
 9   to say that, again, any study would indicate
10   that the percentage of illegal gambling is
11   higher than the percentage of legal gambling.
12   So taking into consideration per capita and the
13   size of the state, I could say generally that
14   there is more illegal gambling -- higher amount
15   of illegal gambling than there is --
16   number-wise -- than there is legal in Las Vegas.
17        Q      Now, you mentioned that your
18   estimates of illegal sports gambling in New
19   Jersey are based on anecdotal evidence,
20   including some of the criminal investigations
21   that you referred to.
22               Is that estimate based on anything
23   else?
24        A      Such --
25               MS. LENT:  I'm going to object to
```

```
                                          Page 33
 1                    D. MULLIN
 2   Investigations have any studies or surveys
 3   regarding how much illegal sports gambling
 4   occurs in the United States as a whole?
 5            A     No.
 6            Q     Does the Department of
 7   Investigations have any estimate of how much
 8   illegal sports gambling occurs in the United
 9   States as a whole?
10            A     It's -- there is no exact number
11   on that.  I mean, I think people cite, you know,
12   anywhere from ten to 50 times the legal volume,
13   but, no, I don't have any information based on a
14   study.
15            Q     The numbers that the -- the size
16   of the illegal sports gambling market in the
17   United States is ten to 50 times higher than the
18   legal sports gambling market in the United
19   States, where did you derive those numbers?
20            A     Well, there are multiple sources.
21   It's not an exact science, no one knows for sure
22   what the volume of illegal sports gambling is,
23   but experts have estimated that illegal gambling
24   is significantly higher than legal gambling, and
25   that's some of the numbers that are cited from
```

```
                                        Page 35
 1                    D. MULLIN
 2    what percentage, I couldn't say.
 3            Q      And what do you base your
 4    statement that the amount of legal sports
 5    gambling would increase on?
 6            A      Could you repeat the -- the amount
 7    of legal sports gambling?
 8            Q      Sure.  That was a poor question.
 9                   Your testimony was that you
10    thought that legal sports gambling on Major
11    League Baseball games would increase in the
12    United States if New Jersey implements its
13    sports wagering law; correct?
14            A      Yes.
15            Q      And my question is, what is the
16    basis for that belief?
17            A      Well, if you look at the universe
18    of people that legally bet on baseball, that
19    occurs now only in Las Vegas, and if you add a
20    second state, New Jersey, where you could now
21    bet legally on baseball, I think it's a valid
22    assumption that the numbers of legal baseball
23    gamblers would increase.
24            Q      Other than your assumption,
25    anything else you're basing that on?
```

```
                                              Page 41
 1                     D. MULLIN
 2   diminishment of fan loyalty, what I hear you're
 3   saying is that could have a financial impact on
 4   Major League Baseball; correct?
 5           A       Correct.
 6           Q       So aside from the harms you've
 7   just testified to, any other harms?
 8           A       Well, just to expand on the first
 9   point, I think when gamblers become involved in
10   sports -- organized crime is extensively
11   involved in gambling, and people in organized
12   crime, in my experience, don't limit themselves
13   to one kind of crime.  Organized criminals are
14   involved in gambling and prostitution and any
15   kind of corrupt behavior you can think of.  So
16   whenever you increase the risk that -- when you
17   increase the risk of more gambling, you
18   encourage organized crime behavior, and
19   organized criminals bring with them all that
20   other bad behavior.
21           Q       Any other harms that you haven't
22   already mentioned?
23                   MS. LENT:  I'm going to object,
24           that's a little vague.
25                   Could you just be more specific in
```

```
                                            Page 42
 1                    D. MULLIN
 2          the question you're asking him?
 3                  MR. HOFFMAN:  Sure.
 4          Q     Other than the harms that you've
 5   already testified to, is Major League Baseball
 6   alleging any other harm as the result of New
 7   Jersey implementing its sports gambling law?
 8                  MS. LENT:  Object, that calls for
 9              a legal conclusion to the extent you're
10              asking him what we're alleging.
11                  I think you can talk about how it
12              might impact Major League Baseball, but
13              he doesn't necessarily need to be
14              talking about our allegations.
15                  MR. HOFFMAN:  Sure.  I can
16              restate.
17                  MS. LENT:  Okay.
18          Q     Other than the impacts on Major
19   League Baseball that you've already testified
20   to, Mr. Mullin, any other impact to Major League
21   Baseball as a result of the implementation of
22   New Jersey's sports gambling law?
23          A     I think some -- it would invite
24   some skepticism about the results.  I think,
25   going back to baseball's tradition, people have
```

Page 43

D. MULLIN

1

2  such faith in the legitimacy in the outcome of

3  games, I think the more gambling there is, the

4  more fans would call into question umpires'

5  calls and errors and strike-outs, thinking that

6  there was some nefarious reason why things

7  happened the way they did.

8          Q     Any other impact that you haven't

9  already testified about?

10         A     No.

11         Q     I'm going to try to break that

12 apart and let's talk about those.

13               I think the first one you talked

14 about, the danger of an increase of game fixing,

15 does the Department of Investigations know how

16 much game fixing on Major League Baseball occurs

17 in the United States?

18         A     In Major League Baseball?  Game

19 fixing on Major League Baseball?

20         Q     Correct.

21         A     None.

22         Q     Have there been any incidents of

23 game fixing in Major League Baseball since the

24 1919 Black Sox incident?

25         A     Not that I'm aware of.

```
 1                    D. MULLIN
 2          Q      Does the Department of
 3   Investigations have any studies or surveys of
 4   how much game fixing on Major League Baseball
 5   games would occur in the United States if New
 6   Jersey implemented its sports wagering law?
 7          A      No.
 8          Q      Does the Department of
 9   Investigations have any estimate of how much
10   game fixing on Major League Baseball games would
11   occur in the United States if New Jersey
12   implemented its sports wagering law?
13          A      No.
14          Q      I'm going to talk a little bit
15   about the last impact you talked about in your
16   list, which was, I think, skepticism -- public
17   skepticism about the results of Major League
18   Baseball games, or another way to put that would
19   be an increased public perception that game
20   fixing is going on; is that fair?
21                 MS. LENT:  Object to the form.
22                 Go ahead.
23          A      If I could, you keep on talking
24   narrowly about game fixing, but I would say for
25   us there are other issues.  You mentioned
```

Page 46

1              D. MULLIN

2        A      Could you repeat it?  I'm sorry.

3        Q      Sure.

4               MR. HOFFMAN:  Actually, if the

5        court reporter could read the question

6        back.

7               (Record read)

8        A      Yes, I do.

9        Q      And what is the basis for that

10 belief?

11       A      Well, with the widespread

12 knowledge that people are gambling on baseball,

13 I think necessarily people with that knowledge

14 would then call into question the results

15 because they know that people have a financial

16 stake in what's happening, a gambling stake in

17 what's happening.

18       Q      Does the Department of

19 Investigations have any studies of the public

20 perception of Major League Baseball regarding

21 game fixing or other gambling activities?

22       A      No.

23       Q      Now, do you believe that a

24 perception that game fixing is going on in Major

25 League Baseball already exists for some portion

```
                                        Page 47

 1                    D. MULLIN
 2   of the public?
 3         A     Not that I'm aware of.
 4         Q     Does the Department of
 5   Investigations have any estimate of what portion
 6   of the public would have a perception that Major
 7   League Baseball games are being fixed if New
 8   Jersey implements its sports gambling law?
 9               MS. LENT:  Objection.  I think
10          that's been asked and answered.
11               But you could try.
12         A     I don't.
13         Q     I think you referred to fan
14   loyalty earlier, and that you believe that the
15   implementation of New Jersey's sports gambling
16   law will damage the bonds of loyalty between
17   fans and teams.
18               Is that correct?
19         A     Yes.
20         Q     What is the basis for that belief?
21         A     Well, I think if you look at our
22   fans -- again, I'll use the Cardinals as an
23   example, but there are other teams -- it's a
24   generational thing, it's something they're born
25   with and they're loyal to that team no matter
```

Page 48

D. MULLIN

1   what.   The best fans are fans of their team even

2   when the team is terrible, but I think once

3   winning a wager becomes more important, rather

4   than being blindly loyal to your team, whether

5   they're good or bad, whether they win or lose,

6   winning a wager becomes more important.   So if

7   betting against your team, even though they're

8   your team, is a better way to win, I think some

9   percentage of fans will do that.

10       Q     Mr. Mullin, what evidence do you

11  have as the basis for that belief?

12       A     Well, I know my interaction with

13  gamblers.   Gamblers care about winning.   If you

14  see gamblers that watch professional football,

15  their only interest in the outcome is whether

16  they win their bet or not.

17       Q     Gamblers who only care about

18  winning a bet, would you consider them to be

19  fans?

20       A     Would I consider them to be fans?

21  I guess if you enjoy watching the game, if

22  you're watching a game -- not my kind of fan,

23  but I guess they are a fan of some sort, yes.

24  My kind of fan is a 70-year-old lady who has

Page 49

                    D. MULLIN

1  been to her fiftieth Cardinals opening day;

2  that's my kind of fan.

3          Q     Is it possible, Mr. Mullin, that a

4  fan could have both loyalty to his team and also

5  want to win a bet?

6                MS. LENT:  Objection.  Object to

7          the form.

8          A     Is that possible?  Yes.

9          Q     Do you have any estimate of how

10  many people who gamble on Major League Baseball

11  are avid fans of Major League Baseball?

12          A     I don't.

13                MS. LENT:  Matt, can we take a

14          break?

15                MR. HOFFMAN:  Sure.

16                (Recess taken)

17  BY MR. HOFFMAN:

18          Q     Has Major League Baseball

19  conducted any research about why fans watch

20  Major League Baseball games?

21          A     I can't -- not that I'm aware of.

22                MS. LENT:  I'm going to object

23          that that's outside the scope of the

24          30(b)(6).

```
                                        Page 51
  1                    D. MULLIN
  2        A       No.
  3        Q       Can you tell me generally what
  4   those investigations were about?
  5        A       One involved a Major League player
  6   who was in debt to an offshore online gambling
  7   site for a substantial amount of money.
  8        Q       You mentioned six or seven
  9   investigations.  Can you tell me generally what
 10   the other investigations were about?
 11        A       The other one involved -- the
 12   other ones involved -- all involved Major League
 13   players who had associations with gamblers who
 14   had organized crime ties that we were concerned
 15   about.
 16        Q       During your time at the Department
 17   of Investigations have any of your
 18   investigations involved legal gambling?
 19        A       Only to the extent it came up in
 20   the context of a bigger investigation.  For
 21   example, with the clubhouse manager I mentioned,
 22   he did some legal gambling, so his legal
 23   gambling activities came up in the context of
 24   the bigger investigation, but not an
 25   investigation solely focused on legal gambling,
```

```
                                              Page 53
 1                    D. MULLIN
 2         positions that the lawyers are taking in
 3         the case.
 4         Q     Let me ask it this way,
 5  Mr. Mullin.  In terms of the impact that you
 6  think the New Jersey sports gambling law will
 7  have on Major League Baseball, is your belief
 8  based upon the investigations you've conducted
 9  in your role as the head of the Department of
10  Investigations?
11         A     It's based on both.  It's based
12  upon my role as head of the Department of
13  Investigations, but also my law enforcement
14  career.
15         Q     To your knowledge, Major League
16  Baseball has not performed any studies regarding
17  the impact or potential impact of legalized
18  sports gambling in New Jersey on Major League
19  Baseball; correct?
20                MS. LENT:  Objection, asked and
21         answered.
22                Go ahead.
23         A     No.
24         Q     And to your knowledge, Major
25  League Baseball has not performed any studies
```

```
                                              Page 54

 1                        D. MULLIN
 2    regarding the impact or potential impact of
 3    legalized sports gambling in any state on Major
 4    League Baseball; correct?
 5            A       Correct.
 6                    MR. HOFFMAN:  I have no further
 7            questions.
 8                    MS. LENT:  I have no questions.
 9                    Thanks.
10                    THE WITNESS:  Thanks.
11                    (Time noted:  2:35 p.m.)
12
13            _____
14            DANIEL T. MULLIN
15
16    Signed and subscribed to before me
17    this _____ day of _____, 2012.
18
19    _____
20            Notary Public
21
22
23
24
25
```