# Exhibit 23

Copernicus·

Marketing Consulting
and Research

# The Emerging Role of the Web for the NFL

prepared for:



This report is solely for the use of client  personnel. No part of it may be circulated, quoted, or reproduced for distribution
outside the client organization without prior written approval from Copernicus: The Marketing Investment Strategy Group, Inc.
Copyright 2002 COPERNICUS, all rights reserved

March 25, 2002

HIGHLY CONFIDENTIAL MATERIAL – NFL

PLAINTIFFS' 00003300

Copernicus



# Agenda

| I. | Approach |
| II. | Market Sizing |
| III. | NFL.com Users |
| IV. | Football Website Selection Criteria |
| V. | Team Website Users |
| VI. | Fantasy Football |
| VII. | NFL.com Fantasy Football Users |
| VIII. | Fantasy Football Website Selection Criteria |
| IX. | NFL Television Viewing |
| X. | Willingness-to-Pay |
| XI. | Findings and Implications |
| XII. | Appendix |

1

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003301

Copernicus 

# Approach

## Objectives

- What drives people to NFL.com?
  - Who uses the site and why
  - Who does not use the site and why
- What drives people to NFL.com fantasy football?
  - Who uses the site and why
  - Who does not use the site and why
- What is the role of Interactive viewing
- What impact do NFL.com and fantasy football have on football viewing?

2

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003302

Copernicus



# Approach

## Data

- **On-line survey of 1407 18-49 year old men who are at least casual football fans and who use sports websites**
  - 872 NFL.com Users
  - 508 Other Sports Website Users (Non-NFL.com)
  - 322 Fantasy Football Users (Non-NFL.com)
  - 369 NFL.com Fantasy Football Players
- **Incidence survey of 500 18-49 year old men used to assess "true" market penetration of football related web activities**
- **Data collected right after the Super Bowl**

4

Copernicus 

# NFL.com Users

➤ The "brand name" and TV spots/mentions are the biggest reasons users report visiting NFL.com for the first time.



**Reason Visited NFL.com for First Time**

| Reason | Percent |
|---|---|
| BRAND NAME | 32% |
| TV SPOT/MENTION | 30% |
| SEARCH ENGINE | 15% |
| RCMD FROM FRIEND | 14% |
| CBS EXPOSURE | 9% |
| CLUB SITE EXPOSURE | 8% |
| OTHER MEDIA (I.E. RADIO) | 5% |
| AOL EXPOSURE | 4% |
| HOST OF FANTASY GAME | 3% |

24

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003304

Copernicus 

# NFL.com Users

> Real-time scoring and info on favorite teams are the two favorite features of NFL.com



**Favorite Feature of NFL.com**

| | |
|---|---|
| REAL TIME SCORING | 23% |
| INFO ON FAVORITE TEAMS | 21% |
| OFFICIAL STATUS | 11% |
| FEATURES/ARTICLES | 8% |
| STATISTICS | 7% |
| NEWS/INJURY RPRTS | 7% |
| FANTASY FOOTBALL | 3% |
| DEPTH CHARTS | 3% |

25

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003305

Copernicus



# Football Website Selection Criteria



**Motivating Power of Attributes Sought in Sports Websites for Football**

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003306

Copernicus



# Fantasy Football

46

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003307

Copernicus 

# Fantasy Football

A little less than 20% of sports website users play fantasy football. Almost 1/3 of passionate fans play fantasy football.

### % Playing Fantasy Football by Fan Level



47

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003308

Copernicus



# Fantasy Football

> In general, fantasy players are a little younger than non-fantasy players.

## Demographics

|  | Fantasy Player | Non-Fantasy Player |
|---|---|---|
| Age | 29.8 | 33.3 |
| Household Income | $63,700 | $62,400 |
| Have Kids at Home | 37% | 42% |
| Full Time Employed | 65% | 66% |

48

HIGHLY CONFIDENTIAL MATERIAL – NFL

PLAINTIFFS' 00003309

Copernicus



# Fantasy Football

✦ Fantasy players are a somewhat more likely to utilize a high speed Internet connection.

## Media Access

|  | Fantasy Player | Non-Fantasy Player |
|---|:---:|:---:|
| __Internet Connection__ | | |
| High Speed (Net) | 56% | 48% |
| Dial Up/Telephone Modem | 41% | 50% |
| Don't Know | 3% | 2% |
| __Television Connection__ | | |
| Standard Cable | 48% | 45% |
| Digital Cable | 25% | 23% |
| Standard Broadcast TV | 8% | 15% |
| Satellite Television | 19% | 16% |
| NFL Sunday Package* | 32% | 27% |

*  Among those receiving television broadcasts through satellite television

49

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003310

Copernicus 

# Fantasy Football

✦ Fantasy players are more likely to access the Internet at school or work in addition to accessing it at home.

## Location of Internet Access

|  | Fantasy Player | Non-Fantasy Player |
|---|---|---|
| Location of Internet Access |  |  |
| Home | 90% | 92% |
| Work | 54% | 42% |
| School | 24% | 13% |

50

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003311

Copernicus 

# Fantasy Football

✦ Fantasy play seems to be a driver of interactive behavior.

## Interactive Behavior

|  | **Fantasy Player** | **Non-Fantasy Player** |
|---|---|---|
| Can Watch TV and Access Internet | 78% | 79% |
| Interactive Participation |  |  |
| Never | 24% | 54% |
| Light | 45% | 36% |
| Heavy | 31% | 10% |

51

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003312

Copernicus 

# Fantasy Football and Fan Avidity

Clearly there is a relationship between playing fantasy football and fan avidity. What is not perfectly clear is whether bigger fans are more likely to play fantasy, playing fantasy increases fan avidity, or both.



52

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003313

Copernicus



# Fantasy Football and Fan Avidity

- We can look at tenure as an indicator of causation
- If fantasy football increases fan avidity, we would expect to see fan avidity increasing with the number of years that someone has played fantasy football

53

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003314

Copernicus



# Fantasy Football and Fan Avidity

> Based on this analysis, it appears that fantasy football is a significant driver of fan avidity.



**Average Fan Rating**

**% Diehard Fans**

54

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003315

Copernicus 

# Fantasy Football

> ✦ Fantasy football players are very heavy sports website and football website users.



## On-Line Activity in Typical Week
### Fantasy Players

Sports (Non-Football) 2.2 hrs

Non-Sports 10.6 hrs

Football (Non-NFL.com) 1.6 hrs

NFL.com 1.7 hrs

14%

10%

11%

65%

Total Hours On-Line/Week: 16

55

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003316

Copernicus



# Fantasy Football

> Fantasy players spend over 20% of their time on-line at football sites.



**Online Activity in Typical Week**

Fantasy Player — 16 Total Hours; Non-Fantasy Player — 16 Total Hours

| | Fantasy Player | Non-Fantasy Player |
|---|---|---|
| NFL.com | 1.7 | 1.3 |
| Sports Non-Football | 2.2 | 1.4 |
| Football (Non-NFL.com) | 1.6 | 0.1 |
| Non-Sports | 10.6 | 13.1 |

56

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003317

Copernicus 

# Fantasy Football

> ✦ Yahoo is the most frequently used site for fantasy football among respondents.



**Websites Used for Fantasy Football**

57

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003318

Copernicus 

# Fantasy Football

> NFL.com is the second favorite fantasy football site behind Yahoo.



**Favorite Website for Fantasy Football**

| | |
|---|---|
| YAHOO | 36% |
| NFL | 17% |
| SANDBOX | 15% |
| CBS SPORTSLINE | 14% |
| ESPN | 9% |

58

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003319



Copernicus

# Fantasy Football

More than half of fantasy football players played with multiple teams last season. Those playing with multiple teams often played on more than one site.



**1.8 Different Sites Used**

**# Teams Played Last Year**

59

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003320

Copernicus



# Fantasy Football

- Fantasy players make very heavy use of ESPN.com and NFL.com each week, and make heavier than average use of all major sports websites.



**Sites Visited Each Week for Football by Fantasy Players**

- ESPN — 72%
- NFL — 61%
- CBS SPORTSLINE — 41%
- YAHOO — 38%
- NFL TEAM SITES — 34%

60

PLAINTIFFS' 00003321

Copernicus 

# NFL.com Fantasy Football

> ✦ Over 2/3 of NFL.com fantasy players consider themselves a diehard fan.



66

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003322

Copernicus 

# NFL.com Fantasy Football

✦ NFL.com fantasy players spend almost 40% of their time on-line for football.

## On-Line Activity in Typical Week
### NFL.com Fantasy Users



Total Hours On-Line/Week: 11

67

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003323

Copernicus



# NFL.com Fantasy Football

✦ While NFL.com fantasy players spend less time on-line in general, they spend about the same time on-line for sports and football.



**Online Activity in Typical Week**

68

HIGHLY CONFIDENTIAL MATERIAL – NFL

PLAINTIFFS' 00003324

Copernicus



# NFL.com Fantasy Football

> NFL.com fantasy football players rely heavily on team sites for information.

## Other Sites Used by NFL.com Fantasy Users for Professional Football Material



69

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003325

Copernicus 

# NFL.com Fantasy Football

✦ At least in NFL.com's case, playing fantasy football stimulates use of the host website.



**Average Visits/Week to NFL.com**

* Before and after playing fantasy football on NFL.com

70

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003326

Copernicus



# Fantasy Football

> Over half of fantasy football players say that they chose their site because it was free.



**Main Reason Chose Site for Fantasy Football ***

FREE OF CHARGE — 54%
PICKED BY FRIEND — 12%
OTHER FANTASY SITE — 7%
BEST GAME RULES — 5%
CUSTOM RULES — 3%
USE FOR SPORTS — 3%

\* Site used this past season.  If more than one site was used, refers to favorite site.

71

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003327



Copernicus

# Fantasy Football Selection Criteria



## Motivating Power of Attributes Sought in Fantasy Football Websites

| | |
|---|---|
| **Game is free** | 85 |
| **Easy to Use** | |
| Easy to navigate | 83 |
| Easy to use transactions | 73 |
| Best transaction rules | 68 |
| **Up-to-date Info** | |
| Realtime scoring | 80 |
| Provides most accurate information | 77 |
| Up to date player news | 76 |
| Up to date injury reports | 68 |
| Most detailed player statistics | 66 |
| **Game Options** | |
| Player draft options | 69 |
| Ability to customize game rules | 64 |
| **Gives Good Advice/Feedback** | |
| Expert fantasy football advice | 49 |
| Message boards | 39 |
| **Prizes / Rewards** | 45 |

Legend:
- > 79
- 70-79
- 60-69
- < 60

73

PLAINTIFFS' 00003328

Copernicus



# NFL Television Viewing

Fantasy players watch almost 2 hours more football each week than non-fantasy players.



**Hours Watching NFL Games in Typical Week**

87

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003329

Copernicus 

# NFL Television Viewing

> ◆ NFL.com fantasy players also watch more football than other fantasy football players.



**Total Hours Watching NFL Games in a Typical Week by Fantasy Football Users**

| | |
|---|---|
| NFL.COM | 10.3 |
| CBS SPORTSLINE | 9.0 |
| SANDBOX | 8.9 |
| ESPN | 8.7 |
| YAHOO | 8.0 |

88

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003330

Copernicus



# NFL Television Viewing

- NFL.com users watch more football
  - About 3 hours more than non-users
- Fantasy football players watch more football
  - About 2 hours more than non-players
- NFL.com use and fantasy football use are both correlated with fan level
- Are the increases in viewing due to NFL.com and fantasy games or are they just a byproduct of higher fan levels among the two groups?

100

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003331

Copernicus



# **Web Influence on NFL Viewing**



When asked directly, fantasy football players say they watch over 3 hours more per week as a result of playing fantasy football.



**Frequency Watching an NFL game to Monitor Fantasy Performance**

- EVERY WEEK — 21%
- ALMST WKLY — 19%
- EVRY OTH WK — 9%
- SEV TIMES — 29%
- ONCE/SEASON — 5%
- NEVER — 18%



**Additional Hrs Viewing NFL Games b/c of Fantasy Football**

- NFL.com — 4.8
- ESPN — 3.7
- YAHOO — 3.2
- CBS SPORTSLINE — 3.7
- SANDBOX — 3.5

Average: 3.5 hours

102

HIGHLY CONFIDENTIAL MATERIAL - NFL                                      PLAINTIFFS' 00003332

Copernicus 

# Web Influence on NFL Viewing

Based on this analysis, we find that NFL.com users watch about ½ game more *as a result of NFL.com* and fantasy football players watch about 20 minutes more *as a result of playing fantasy football*.

**Additional Hours Watching NFL Games As a Result of Sports Website Behavior**



96 minutes

18 minutes

**NFL.com Use**          **Fantasy Football Use**

104

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003333

Copernicus



# Interactive Viewing

➤ Almost ¾ follow the scores on-line while watching games on TV.  Almost ½ use game related statistics.



**Interactive Viewing Behaviors ***

| | |
|---|---|
| **FOLLOWED SCORES** | 73% |
| **FOLLOWED GAME STATS** | 46% |
| **LIVE POLLS** | 35% |
| **ANSWERED TRIVIA** | 29% |
| **FOLLOWED FANTASY TEAM** | 23% |
| **ENHANCED GRAPHICS** | 18% |
| **INTERACTIVE GAMES** | 15% |

110

* Among those with the ability to watch television while simultaneously surfing the Internet at home.

PLAINTIFFS' 00003334

Copernicus 

# Interactive Viewing

There are minor differences in the type of interactive behavior based on connection speed.



**Interactive Viewing Behaviors ***

FOLLOWED SCORES — 78% (Dial Up), 68% (High Speed)

PLAYED LIVE INTERACTIVE GAMES — 11% (Dial Up), 19% (High Speed)

FOLLOWED FANTASY TEAM — 19% (Dial Up), 26% (High Speed)

Legend: □ Dial Up ■ High Speed

111

\* Among those with the ability to watch television while simultaneously surfing the Internet at home.

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003335

Copernicus 

# Findings and Implications

## Key Finding

- Fantasy football is a significant issue
  - 20% play it, including 30% of diehard fans
  - Adds to TV viewing
  - Encourages NFL.com usage
- Key competitor is Yahoo
  - Yahoo is free
  - No other compelling advantage
- No site "easy to use"

## Implications

- NFL.com should investigate how to make "easier to use"
- Investigate whether "enhanced" pay game is worthwhile, or whether it should simply be given away

121

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003336

Copernicus 

# Football Website Selection Criteria

## Average Ratings Among Site Users*

| | Motivating Power | NFL | ESPN | CBS SPORTSLINE | YAHOO |
|---|---|---|---|---|---|
| **Easiest site to navigate** | H | 68 | 63 | 68 | 72 |
| **Detail Statistics/Info.** | | | | | |
| Detailed info on fav. team | H | 76 | 72 | 73 | 59 |
| Easy access to statistics | H | 73 | 68 | 71 | 64 |
| Every statistic I could possibly want | M | 70 | 66 | 69 | 56 |
| **Get Latest Updates** | | | | | |
| Up to the minute scores | H | 77 | 72 | 73 | 72 |
| Up to the minute breaking news | H | 71 | 66 | 69 | 68 |
| Game recaps | H | 76 | 71 | 74 | 68 |
| Up to the minute injury updates | M | 69 | 63 | 66 | 55 |

124

* Indexed on a 0-100 scale where 0=Does not describe the supplier at all and 100=Describes the supplier completely.

HIGHLY CONFIDENTIAL MATERIAL – NFL PLAINTIFFS' 00003337

Copernicus



# Football Website Selection Criteria

## Average Ratings Among Site Users*

| | Motivating Power | NFL | ESPN | CBS SPORTSLINE | YAHOO |
|---|---|---|---|---|---|
| **Can Follow Live Action** | | | | | |
| Place to follow games in progress | M | 70 | 65 | 67 | 64 |
| Place to listen to radio broadcasts | L | 59 | 55 | 59 | 60 |
| **Good Articles to Read** | | | | | |
| Columns/articles with expert analysis | M | 65 | 61 | 66 | 57 |
| Humorous articles/info | L | 46 | 43 | 44 | 42 |
| **Best Audio/Visual Clips** | | | | | |
| Best video clips | M | 61 | 57 | 60 | 49 |
| Best audio clips | L | 58 | 54 | 58 | 47 |
| **Information about sports other than NFL** | L | 33 | 32 | 32 | 82 |

125

* Indexed on a 0-100 scale where 0=Does not describe the supplier at all and 100=Describes the supplier completely.

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003338

Copernicus



# Football Website Selection Criteria

## Average Ratings Among Site Users*

| | Motivating Power | NFL | ESPN | CBS SPORTSLINE | YAHOO |
|---|---|---|---|---|---|
| **Place to Get Good Stuff** | | | | | |
| Best contests/sweepstakes | L | 45 | 43 | 43 | 34 |
| Place to buy NFL merchandise | VL | 76 | 74 | 74 | 53 |
| **Forum to Communicate** | | | | | |
| Interactive features to go with TV broadcasts | L | 56 | 52 | 54 | 41 |
| Forum to communicate with NFL experts | VL | 52 | 50 | 53 | 45 |
| Forum to communicate with player/coaches | VL | 48 | 47 | 48 | 36 |
| Forum to communicate with other fans | VL | 49 | 47 | 50 | 65 |
| **Best fantasy games** | VL | 50 | 46 | 49 | 58 |

126

* Indexed on a 0-100 scale where 0=Does not describe the supplier at all and 100=Describes the supplier completely.

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003339

Copernicus 

# Fantasy Football

✦ Team website visitors are more likely to be fantasy players.

**% Playing Fantasy Football**



140

HIGHLY CONFIDENTIAL MATERIAL - NFL

PLAINTIFFS' 00003340