

December 4, 2012

VIA ECF

Hon. Michael A. Shipp, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ  08608

Honorable Lois H. Goodman, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ  08608

William J. O'Shaughnessy
Partner
T. 973.639.2094
F. 973.297.3722
woshaughnessy@mccarter.com

Re:  *National Collegiate Athletic Association, et al. v. Christopher J. Christie, et al.*
Civil Action No. 12-cv-4947 (MAS)(LHG)

Dear Judge Shipp and Judge Goodman:

We write on behalf of Plaintiffs to request an extension of time, until December 7, 2012, to submit the supplemental filing in further support of Defendants' motion to seal [document 77].  Defendants have consented to this request.

Pursuant to the Court's December 3, 2012 Text Order [docket entry 92], Plaintiffs' Reply Brief in further support of the motion for summary judgment and in opposition to Defendants' cross-motion for summary judgment is due Friday, December 7.  Pursuant to the Court's November 28, 2012 Order [docket entry 87], Plaintiffs' supplemental filing in further support of Defendants' motion to seal, however, is due tomorrow, December 5.  Plaintiffs' request for the time to file their supplement to Defendants' motion to seal to be extended by two days would permit a streamlining of filings and avoid duplication on the docket.

Thank you for your consideration of this request.

Respectfully submitted,

*s/William J. O'Shaughnessy*

William J. O'Shaughnessy

cc:   All Parties of Record (via ECF)

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 14489646v.1