**Exhibit 4**

---

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Civil Action No. 3:12-cv-04947-MAS-LHG
-------------------------------------------x
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,
an unincorporated association; NATIONAL
BASKETBALL ASSOCIATION, a joint venture;
NATIONAL FOOTBALL LEAGUE, an unincorporated
association; NATIONAL HOCKEY LEAGUE, an
unincorporated association; and OFFICE OF
THE COMMISSIONER OF BASEBALL, an
unincorporated association, doing business
as Major League Baseball,

                              Plaintiffs,

         -against-

CHRISTOPHER J. CHRISTIE, Governor of the
State of New Jersey; DAVID L. REBUCK,
Director of the New Jersey Division of
Gaming Enforcement and Assistant Attorney
General of the State of New Jersey; and
FRANK ZANZUCCKI, Executive Director of
the New Jersey Racing Commission,

                              Defendants.

-------------------------------------------x
                         200 Park Avenue
                         New York, New York

                         November 6, 2012
                         9:45 a.m.


         30(b)(6) DEPOSITION OF
OFFICE OF THE COMMISSIONER OF BASEBALL
         and its Representative
         THOMAS OSTERTAG

---

Page 2

1
2
3
4
5
6
7         30(b)(6) DEPOSITION of OFFICE OF
8    THE COMMISSIONER OF BASEBALL and its
9    Representative THOMAS OSTERTAG, taken
10   by the Defendants, pursuant to Notice,
11   held at the aforementioned time and
12   place, before Sherri Flagg, a Registered
13   Professional Reporter, Certified LiveNote
14   Reporter, and Notary Public.
15
16
17
18
19
20
21
22
23
24
25

---

Page 3

1
2    A P P E A R A N C E S:
3
4    Attorneys on Behalf of Plaintiff(s):

5    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
         Four Times Square
         New York, New York 10036
6    BY:  JEFFREY A. MISHKIN, ESQ.
         jeffrey.mishkin@skadden.com
7        KAREN HOFFMAN LENT, ESQ.
         karen.lent@skadden.com
8
9
10   Attorneys on Behalf of Defendant(s):

11   GIBSON DUNN & CRUTCHER,
         333 South Grand Avenue
         Los Angeles, California 90071-3197
12   BY:  MATTHEW A. HOFFMAN, ESQ.
         mhoffman@gibsondunn.com
13       WILLIAM E. WEGNER, ESQ.
         wwegner@gibsondunn.com
14
     -and-
15
         1050 Connecticut Avenue, N.W.
16       Washington, D.C. 20036-5306
     BY: JENNIFER A. NELSON, ESQ.
17       jnelson@gibsondunn.com
18
19
20
21
22
23
24
25

---

Page 4

1
2         *    *    *
3    T H O M A S   O S T E R T A G,
4         first duly sworn/affirmed,
5         was examined and testified as
6         follows:
7    EXAMINATION BY
8    MR. HOFFMAN:
9         Q.   Good morning, Mr. Ostertag.  How
10   are you?
11        A.   Good.
12        Q.   My name is Matt Hoffman.  I am
13   counsel for Christopher Christie and the State
14   of New Jersey.
15             Can we get your full name for the
16   record, please.
17        A.   Thomas Ostertag.
18        Q.   And I understand you work for the
19   Office of the Commissioner of Baseball; is
20   that correct?
21        A.   Yes.
22        Q.   Now, throughout the deposition
23   today, I may be referring to Major League
24   Baseball or MLB.  Is it your understanding
25   that when I use those terms, I'll be referring

Page 5

```
 1            - T. OSTERTAG -
 2  to the Office of the Commissioner of Baseball?
 3  Is that okay with you?
 4       A.    That's fine with me.
 5       Q.    All right.  Mr. Ostertag, what is
 6  your current position at Major League
 7  Baseball?
 8       A.    Senior vice president and general
 9  counsel.
10       Q.    And can you briefly describe for me
11  your job responsibilities.
12       A.    I have responsibility for legal
13  work in the Commissioner's office other than
14  labor, employment matters, employee relations,
15  that type of thing.
16       Q.    And as part of your job
17  responsibilities, are you responsible for
18  gambling education to the employees of Major
19  League Baseball?
20            MR. MISHKIN:  Object to the form of
21       the question.  You can answer.
22       A.    I wouldn't say gambling education.
23  Gambling and integrity questions come to me,
24  but the education part, I don't think I could
25  say exactly that.
```

Page 7

```
 1            - T. OSTERTAG -
 2  supervise responsible for doing any research
 3  on gambling activities?
 4       A.    I'm not sure what you mean by
 5  "research on gambling activities."  If you're
 6  talking about the possibility of gamblers
 7  affecting our game, again, that's more the
 8  primary responsibility of our department of
 9  investigations.
10       Q.    What about conducting any surveys,
11  studies, analyses or either legal or illegal
12  gambling?  Is that something you would be
13  responsible for, or is that again something
14  that the department of investigations would be
15  responsible for?
16            MR. MISHKIN:  I object to the form
17       of the question.  If you have the
18       question in mind, you can answer it.
19       A.    I'm not sure I understand it
20  either.  Maybe you could try a different
21  wording of that.
22       Q.    Well, let me ask it this way:  Have
23  you or your department conducted any survey/
24  analyses/studies of gambling in let's say the
25  last ten years?
```

Page 6

```
 1            - T. OSTERTAG -
 2       Q.    Okay.  When you say gambling and
 3  integrity questions, can you describe for me
 4  what your job entails when it comes to those
 5  issues?
 6       A.    When a question arises as far as
 7  interpretation of our gambling rules and
 8  policies, they normally come to me.
 9       Q.    Are you responsible for any
10  antigambling enforcement activities?
11            MR. MISHKIN:  Object to the form of
12       the question.  But you can answer.
13       A.    We have a department of
14  investigations, we also have a security
15  department.  It's more centrally within their
16  responsibilities.
17       Q.    For example, when a gambling
18  incident arises, would you be responsible for
19  monitoring what your department investigation
20  does in terms of enforcement activities?
21       A.    Depending on exactly what happened,
22  I would be clearly in communication with them,
23  or there may be some situations where they
24  would just handle it themselves.
25       Q.    Now, are you or somebody that you
```

Page 8

```
 1            - T. OSTERTAG -
 2       A.    We have -- we have a lot of
 3  experience in our sport, not recent with
 4  gambling; and we consider that to be, in a
 5  way, our ongoing study and survey because it
 6  is still, in our minds, very important history
 7  and in some ways very recent.  We've had as
 8  you know, a gambling scandal involving the
 9  World Series, we had one involving one of the
10  greatest players that ever played the game.
11  And we know all about gambling, thank you.
12       Q.    We'll come back to those specific
13  incidents a little bit later.
14            Now, Mr. Ostertag, do you work at
15  the Major League Baseball headquarters here in
16  New York?
17       A.    Yes.
18       Q.    How long have you been in your
19  current role of senior vice president and
20  general counsel?
21       A.    I've held that title since 2000.
22       Q.    Do you know who had the job of
23  general counsel before you did?
24       A.    I think I do know who had the title
25  before I had that, yes.
```

Page 9

```
 1              - T. OSTERTAG -
 2      Q.    And who would that be?
 3      A.    I believe his name was Jim Holland.
 4 He had it very, very briefly.
 5      Q.    And do you know who the general
 6 counsel was before Mr. Holland?
 7      A.    Yes.
 8      Q.    And who was he?
 9      A.    Ed Durso.
10      Q.    Can you spell that last name.
11      A.    D-U-R-S-O.
12      Q.    And, Mr. Ostertag, do you report
13 directly to the Commissioner, Mr. Selig?
14      A.    Yes.
15      Q.    Now, you mentioned in 2000 you
16 became general counsel of Major League
17 Baseball.
18      A.    No, I did not say that.
19      Q.    Oh, I'm sorry.  When did you become
20 general counsel of Major League Baseball?
21      A.    1990.
22      Q.    Now, Mr. Holland and Mr. Durso you
23 mentioned before.  Were there multiple general
24 counsels for Major League Baseball?  What was
25 their role?
```

Page 11

```
 1              - T. OSTERTAG -
 2      A.    Well, the Pete Rose incident
 3 occurred in 1989.
 4      Q.    Before you became assistant
 5 counsel, did you have any other previous roles
 6 at Major League Baseball?
 7      A.    Well, I joined in 1985 as a
 8 full-time employee.  I had been an intern six
 9 years before that.
10      Q.    Just real briefly, Mr. Ostertag,
11 can you tell us your educational background
12 starting with college?
13      A.    I attended Dartmouth College and
14 the University of Virginia Law School.
15      Q.    Do you have any special training on
16 gambling?
17      A.    Before coming to baseball?
18      Q.    You can start there.  Before coming
19 to baseball, did you have any training on
20 gambling?
21      A.    No.
22      Q.    Any formal training regarding
23 gambling after you arrived in 1985?
24      A.    I'm not sure there is such a thing,
25 but I certainly didn't have any formal
```

Page 10

```
 1              - T. OSTERTAG -
 2      A.    There was never more than one
 3 general counsel in the Commissioner's office.
 4 What I said was Jim Holland had the title very
 5 briefly, I think literally for a few months;
 6 and before that it was Ed Durso.  He had the
 7 title going back to 1985.
 8      Q.    Okay.  Prior to you becoming
 9 general counsel in 1990, what was your
10 previous role with Major League Baseball, if
11 you had one?
12      A.    I joined the office in 1985 as --
13 my title at the time was I believe assistant
14 counsel.  And I had many, many
15 responsibilities in both the Commissioner's
16 office and then quickly after also Major
17 League Baseball properties.
18      Q.    In your role as assisting counsel,
19 were you involved in, as you put it, gambling
20 and integrity issues?
21      A.    If anything arose during that time,
22 I would have been involved in it probably.
23 Probably.
24      Q.    Do you recall anything arising
25 during that time period between 1985 and 1990?
```

Page 12

```
 1              - T. OSTERTAG -
 2 training on gambling.  There might be for
 3 people that -- those who work in our
 4 department of investigations, and they had
 5 that kind of training as part of their careers
 6 and that's, you know, what they do.  But for
 7 lawyers, I'm not sure what it even means.
 8      Q.    Now, have you personally conducted
 9 any research on gambling?
10      A.    I'd have to say yes.
11      Q.    What kind of research have you
12 conducted on gambling?
13      A.    At various times I've looked back
14 over baseball's experience with gambling in
15 our files.
16      Q.    Have you published any papers on
17 gambling?
18      A.    I actually did.  I actually did.
19      Q.    And what was that paper and when
20 was it published?
21      A.    It was a Law Review article in the
22 early 1990s.
23      Q.    Was that the Law Review article at
24 the University of Virginia?
25      A.    No.
```

Page 13

- T. OSTERTAG -

2    Q.    Do you know which law review it was
3  in?
4    A.    I'm quite positive it was the Seton
5  Hall Law Journal or a name like that.
6    Q.    And do you recall the name of the
7  article that you wrote for the Seton Hall Law
8  Journal?
9    A.    I could not tell you the complete
10  name of the article, no.
11    Q.    Mr. Ostertag, have you been deposed
12  before?
13    A.    Yes.
14    Q.    Approximately how many times?
15    A.    I would say somewhere between ten
16  and twenty times.
17    Q.    Okay.  Now, were those depositions
18  as a representative of Major League Baseball?
19        MR. MISHKIN:  Well, object.  You
20    mean formally?
21    Q.    Were those depositions of you in
22  your role as an employee of Major League
23  Baseball?
24    A.    I believe all of them, yes.  I
25  can't think of any that weren't.

---

Page 14

- T. OSTERTAG -

2    Q.    Were any of the depositions related
3  to any gambling issues?
4    A.    I think at least one was.
5    Q.    Can you tell me what that case was
6  about?
7    A.    I recall being deposed in one of
8  the lawsuits that arose out of the George
9  Steinbrenner matter.
10    Q.    And when you say "George
11  Steinbrenner matter," what are you referring
12  to?
13    A.    He paid money to a gambler for
14  information on Dave Winfield, and that
15  occurred I believe in 1989 or '90.  And the
16  Commissioner took disciplinary action against
17  George Steinbrenner or, to be more accurate,
18  there was an agreement by which George
19  Steinbrenner accepted discipline and
20  thereafter litigation arose.
21    Q.    Was this litigation initiated by
22  Mr. Steinbrenner?
23    A.    There were three cases; at least
24  two of them were not formally brought by
25  Mr. Steinbrenner.  The third may have been.  I

---

Page 15

- T. OSTERTAG -

2  don't recall for sure.
3    Q.    Mr. Ostertag, have you testified in
4  court?
5    A.    Yes.
6    Q.    Approximately how many times?
7    A.    Three.
8    Q.    And, again, was that as an employee
9  or representative of Major League Baseball
10  that you testified in court?
11    A.    Yes.
12    Q.    Were any of the times you testified
13  in court related to any gambling issues?
14    A.    I don't believe so.
15    Q.    Now, Mr. Ostertag, you understand
16  you're here today as a representative of Major
17  League Baseball to testify about certain
18  topics?
19    A.    Yes.
20    Q.    I'd like to show you what we'll
21  mark as Major League Baseball Exhibit 1.  It's
22  the 30(b)(6) notice.
23        (Exhibit 1: 30(b)(6) Notice of
24    Deposition, was marked for
25    identification.)

---

Page 16

- T. OSTERTAG -

2  BY MR. HOFFMAN (continuing):
3    Q.    Do you want to take a minute and
4  review.
5    A.    (Examining document.)
6    Q.    Now, Mr. Ostertag, are you familiar
7  with this notice?
8    A.    I read it, yes.
9    Q.    Have you seen it before today?
10    A.    Yes.
11    Q.    Did you review this notice in
12  preparation for today's deposition?
13        MR. MISHKIN:  You can answer, of
14    course, excluding discussions with
15    counsel.
16    A.    I don't believe I read this -- I
17  don't recall reading this in preparation for
18  today's deposition, excluding discussions with
19  counsel.
20    Q.    Are you prepared to testify as
21  Major League Baseball's designee on all the
22  topics listed in this notice?
23    A.    Yes.
24    Q.    And you understand that this means
25  you are here to testify about information

Page 17

- T. OSTERTAG -

1
2  known or reasonably available to Major League
3  Baseball on these topics?
4       A.    Yes.
5       Q.    What did you do today to -- what
6  did you do to prepare for today's deposition?
7            MR. MISHKIN:  Excluding discussions
8       with counsel; is that correct?
9            MR. HOFFMAN:  That's correct.
10      A.    I read a couple of documents this
11  morning, and I don't know that I did anything
12  else to prepare.
13      Q.    Did you meet with counsel?
14      A.    Yes.
15      Q.    For how long?
16           MR. MISHKIN:  Objection.  I
17      instruct the witness not to answer.  I
18      think that intrudes upon the privilege.
19      Q.    Are you going to take his
20  instruction?
21      A.    Yes.
22      Q.    Did you speak to anyone other than
23  counsel in preparation for today's deposition?
24      A.    I don't believe I did, other than
25  to tell people I was being deposed today.

Page 18

- T. OSTERTAG -

1
2       Q.    Okay.  Did you speak to
3  Commissioner Selig?
4       A.    Yeah.  He's one of the people I
5  told I was being deposed today.
6       Q.    Did you talk about the substance of
7  today's deposition with Commissioner Selig?
8       A.    I don't think so.
9       Q.    Did you review any documents in
10  preparation for today's deposition?
11      A.    I read a couple this morning.
12      Q.    Okay.  Can you tell me what those
13  documents were?
14      A.    Yes.  I read -- there was a
15  document that was a decision involving a
16  former owner who was disciplined for gambling
17  and another document that was a decision
18  involving a former player who was disciplined
19  for gambling.
20      Q.    Okay.  Did you bring those
21  documents with you here today?
22      A.    No.
23      Q.    The decision involving the former
24  owner, can you tell me who was the former
25  owner?

Page 19

- T. OSTERTAG -

1
2       A.    William D. Cox.
3       Q.    And can you tell me about -- tell
4  me a little bit about what that case was
5  about.
6       A.    The Commissioner at the time
7  received information that William D. Cox had
8  been gambling on baseball and called him in
9  for a meeting or a hearing so that the
10  Commissioner could learn about the facts of
11  the matter.  And Mr. Cox declined to come in
12  and was declared permanently ineligible.
13      Q.    Which Major League Baseball club
14  did Mr. Cox own?
15      A.    The Philadelphia Phillies.  I don't
16  know that he owned the whole team, but he was
17  an owner of the Philadelphia Phillies.
18      Q.    Okay.  When did this incident
19  occur?
20      A.    1943.
21      Q.    And I believe you mentioned the
22  Commissioner determined that Mr. Cox gambled
23  on baseball.  Did he gamble on -- did he
24  gamble on the Philadelphia Phillies?
25      A.    The way the decision is written, it

Page 20

- T. OSTERTAG -

1
2  strongly implies that he did.
3       Q.    Do you know whether he gambled for
4  the Phillies?  In other words, did he bet
5  money that the Phillies would win or did he
6  ever bet against the Philadelphia Phillies?
7       A.    I don't think the decision had any
8  indication that he ever bet against the
9  Phillies.
10      Q.    And then I think you mentioned a
11  second document involving a decision regarding
12  a former player?
13      A.    Yes.
14      Q.    Can you tell me who that former
15  player was?
16      A.    Denny McLain.
17      Q.    And can you tell me what the
18  situation was there and what the decision was?
19      A.    He was -- he thought he was
20  involved in bookmaking, "he" meaning McLain,
21  thought he was involved in bookmaking.  There
22  was evidence that he may have been actually
23  duped and was just a stooge and was instead a
24  victim.  And the Commissioner suspended him
25  for a finite period of time.

Page 21

```
1              - T. OSTERTAG -
2       Q.    When you say he was duped and was a
3  victim, can you explain that to me?
4       A.    I don't think the decision had
5  anything more that would be helpful as an
6  explanation.  But it certainly implied that he
7  was involved with people he thought --
8  actually it said he thought he owned part of a
9  business, and I think the Commissioner
10 determined and maybe he determined he didn't
11 own part of that business, that instead he was
12 a victim.
13      Q.    Did Mr. McLain gamble on sports?
14      A.    The decision, I don't believe,
15 indicated one way or the other.
16      Q.    Okay.  So --
17      A.    I read it quickly.  I don't think
18 it said one way or the other.
19      Q.    Then I would presume if the
20 decision didn't say whether he gambled on
21 sports, then we don't know from the decision
22 whether he actually gambled on baseball?
23      A.    It most certainly was not a
24 situation where he gambled on baseball.  It
25 may have referred to another sport, but it did
```

Page 22

```
1              - T. OSTERTAG -
2  not refer to baseball.
3       Q.    When did this incident take place
4  involving Mr. McLain?
5       A.    In or about 1969.
6       Q.    Any other documents that you
7  reviewed today, reviewed in preparation for
8  today's deposition?
9       A.    No, other than, again, discussions
10 with counsel and I recall a document prepared
11 by counsel.
12      Q.    Now, if you look at the 30(b)(6)
13 notice in front of you, you'll notice that a
14 number of these topics refer to sports
15 gambling.  In Major League Baseball's view,
16 what constitutes sports gambling?
17      A.    I don't think I've ever heard a
18 precise definition of what constitutes sports
19 gambling.
20      Q.    How would you define "sports
21 gambling"?
22      A.    I would define sports gambling as
23 at least including gambling on games, the
24 results of games, involving sports.
25      Q.    In your mind does sports wagering
```

Page 23

```
1              - T. OSTERTAG -
2  mean the same thing as sports gambling?
3       A.    I can't think of a difference
4  sitting here today.
5       Q.    Okay.  In Major League Baseball's
6  view, does sports gambling include fantasy
7  sports leagues in which there's a payout to
8  the winner?
9       A.    No.
10      Q.    Why not?
11      A.    Fantasy games are an entirely
12 different thing.  It clearly does not include
13 that.
14      Q.    Can you explain that to me?  How is
15 fantasy sports an entirely different thing
16 from sports gambling?
17      A.    I've never played fantasy sports.
18 My understanding, however, is that you pay a
19 fee to enter a league and you put together
20 your own team with players.  You draft players
21 in a pretend sort of way, you put together a
22 team and you see how that team does compared
23 to many, many other people involved in that
24 league.
25            But my understanding also is that
```

Page 24

```
1              - T. OSTERTAG -
2  there's no gambling, per se.  You don't win an
3  amount of money that's based on your fee, and
4  in many cases there aren't even any fees.
5  MLB.com conducts a sports fantasy league where
6  there are no fees, I understand.
7            And it's just -- you know, fantasy
8  sports are not illegal.  They're not
9  considered gambling under PASPA, they're not
10 considered gambling under the Unlawful
11 Internet Gambling Enforcement Act.
12            I understand that a federal judge
13 in New Jersey considered this question
14 carefully, wrote an opinion--I actually read
15 that opinion a while back--taking apart the
16 argument that fantasy games were gambling and
17 they just aren't.  It's a whole different ball
18 of wax.  There's no threat to our sport from
19 fantasy games, none whatsoever.
20      Q.    Okay.  We'll come back to fantasy
21 sports.
22            Now, you would agree with me,
23 Mr. Ostertag, that sports gambling is legal
24 and some is illegal, correct?
25            MR. MISHKIN:  Object to the form of
```

Page 25

- T. OSTERTAG -

1
2     the question.
3         A.    If you're referring like Las Vegas,
4     sports gambling is clearly legal in Las Vegas,
5     yes.
6         Q.    And you're aware that illegal
7     sports gambling goes on in this country; are
8     you not?
9         A.    Did you say illegal?
10        Q.    Illegal.
11        A.    Yes.
12        Q.    Now, you mentioned Las Vegas.  So
13    one example of legal sports gambling would be
14    someone over 21 placing a bet at a sportsbook
15    in Las Vegas, correct?
16        A.    I don't know the legal age, but
17    somebody certainly can place a sports -- a bet
18    on a sport at a sportsbook in Las Vegas, yes.
19        Q.    And illegal sports gambling would
20    include someone betting with a bookie outside
21    of the state of Nevada, for example?
22        A.    I think that's a valid example,
23    yes.
24        Q.    Now, when I use the term "bookie,"
25    that means someone who's illegally taking bets

Page 27

- T. OSTERTAG -

1
2     could.
3         Q.    If government estimates are that
4     illegal sports gambling comprises a $380
5     billion industry, would you have any reason to
6     dispute that number?
7             MR. MISHKIN:  Object to the form of
8         the question.
9         A.    If you put something in front of me
10    that looks like a government document that
11    said that, I can think of no reason I would
12    have to dispute it other than sometimes people
13    get things wrong.  It's probably a very hard
14    market to estimate.
15            MR. HOFFMAN:  Why don't we grab the
16        -- I apologize for the size.  We'll go
17        to a specific page, I promise.  But I
18        wanted to make sure you had the complete
19        document.  We'll mark this as Major
20        League Baseball Exhibit 2.  This is the
21        National Gambling Impact Study Commission
22        Report from I believe 1999.  I believe
23        that's correct.
24            (Exhibit 2: National Gambling
25        Impact Study Commission Report 1999

Page 26

- T. OSTERTAG -

1
2     as opposed to a sportsbook in a casino in
3     Nevada.  Is that correct?
4         A.    Sounds good to me.
5         Q.    Now, is Major League Baseball aware
6     that there's a substantial illegal gambling
7     market in the United States?
8             MR. MISHKIN:  Object to the form of
9         the question.
10        A.    Clearly we're aware that there is
11    illegal betting going on.  You can
12    characterize it, I can characterize it.
13    There's no question there's illegal betting
14    going on.
15        Q.    How would you characterize the
16    scope of illegal gambling or illegal sports
17    gambling in the United States?
18        A.    I myself don't know, but more than
19    I would prefer.
20        Q.    Is Major League Baseball aware that
21    the illegal sports gambling market is larger
22    than the legal sports gambling market in the
23    United States?
24        A.    There are probably people who know
25    how to compare the two.  I'm not sure that I

Page 28

- T. OSTERTAG -

1
2     (#PLAINTIFFS' 00002333-2606), was marked
3         for identification.)
4     BY MR. HOFFMAN (continuing):
5         Q.    Now, there's a section in there --
6     actually, if you go to page 2-14 on the
7     bottom, I believe it's also if you have -- I
8     think you have a Bates number at the bottom, I
9     think it's Plaintiffs' 00002363.
10        A.    I've got it.
11        Q.    And there's a section there called
12    Sports Wagering and it starts at the bottom of
13    the first column.  It says:  Estimates of the
14    scope of illegal sports betting in the United
15    States range anywhere from 30 -- I'm sorry, 80
16    billion to 380 billion annually, making sports
17    betting the most widespread and popular form
18    of gambling in America."
19            If the National Gambling Impact
20    Study Commission made these estimates, do you
21    have any reason to dispute those estimates?
22            MR. MISHKIN:  Object to the form of
23        the question.  It clearly doesn't say
24        that, that the Commission's made that
25        estimate.

Page 29

- T. OSTERTAG -

1
2      Q.    If the Commission is reporting an
3  estimate of 80 billion to $380 billion
4  annually, any reason to dispute that?
5          MR. MISHKIN:  Object to the form.
6  Dispute what?
7      Q.    Dispute the range of illegal sports
8  gambling in the United States at this time, in
9  1999.
10     A.    Same answer as I gave before.  I
11 have no particular information that would be
12 contrary to this, but people sometimes get
13 things wrong and I would imagine this is a
14 very, very difficult market to estimate.
15     Q.    Would numbers of that size surprise
16 you at all, given your knowledge of sports
17 gambling?
18         MR. MISHKIN:  Object to the form.
19 Numbers of what size?  The range?
20     Q.    The range of 80 billion to $380
21 billion of illegal sports gambling in the
22 United States, would that surprise you?
23     A.    I'm not sure how to react one way
24 or the other.
25     Q.    I assume you would agree with me

---

Page 30

- T. OSTERTAG -

1
2  that there's both legal and illegal sports
3  gambling on sports, in general, in the United
4  States?
5          MR. MISHKIN:  It's been asked and
6  answered.  But you can answer it again.
7      A.    Yes.
8      Q.    Does Major League Baseball know how
9  much legal sports gambling occurs in the
10 United States?
11     A.    I personally do not.  I do not know
12 if we have that figure.
13     Q.    Does Major League Baseball have any
14 studies or analyses regarding how much legal
15 sports gambling occurs in the United States?
16     A.    Same answer.
17     Q.    Does Major League Baseball have any
18 estimate of how much legal sports gambling
19 would occur in the United States following New
20 Jersey's legalization of sports gambling in
21 New Jersey?
22     A.    We have --
23         MR. MISHKIN:  It's hypothetical, so
24 I object to the form of the question.
25     A.    Our department of investigations,

---

Page 31

- T. OSTERTAG -

1
2  which knows this area very well, believes
3  strongly that there would be a dramatic
4  increase in gambling if it were legalized in
5  New Jersey.
6      Q.    Do you know what your department of
7  investigations' belief is based upon?
8      A.    It's based on long careers of many
9  people who work there and who know this area.
10     Q.    Is your department of
11 investigations' belief that there will be a
12 dramatic increase in gambling following the
13 legalization of sports gambling in New Jersey
14 based on any empirical data?
15     A.    I don't think I've seen any
16 empirical data, but they have in their heads a
17 tremendous amount of information about the
18 world of gambling and the effects of gambling,
19 legal and illegal.
20     Q.    Does Major League Baseball know how
21 much legal sports gambling occurs in Las
22 Vegas?
23     A.    I think you asked that already.
24     Q.    Now I asked how much legal sports
25 gambling occurs in the United States.

---

Page 32

- T. OSTERTAG -

1
2      A.    Then I'll use the same answer.
3      Q.    And what is that answer, sir?
4          THE WITNESS:  Do you want to read
5  back that answer.
6          (A discussion was held off the
7  record.)
8  BY MR. HOFFMAN (continuing):
9      Q.    Let me ask the question again:
10 Does Major League Baseball know how much legal
11 sports gambling occurs in Las Vegas?
12     A.    I personally don't know.  There may
13 be somebody who has a very good idea.
14     Q.    Who in Major League Baseball would
15 have a good idea of how much legal sports
16 gambling occurs in Las Vegas?
17     A.    Maybe somebody in our department of
18 investigations.
19     Q.    Is there anyone in particular that
20 might have that knowledge?
21     A.    The head of the department perhaps,
22 somebody working for them perhaps.
23     Q.    Who is the head of your department
24 of investigations?
25     A.    His name is Dan Mullin.

Page 33

```
               - T. OSTERTAG -
1
2        Q.    How do you spell that last name?
3        A.    M-U-L-L-I-N.
4        Q.    Does Major League Baseball have any
5   studies or analyses regarding how much legal
6   sports gambling occurs in Las Vegas?
7        A.    Same answer.
8        Q.    When you say "same answer," you
9   don't personally know but someone in the
10  department of investigations may know?
11       A.    Again, in their minds -- you say
12  analyses.  If there had been a particular
13  study, we would have produced it.  I don't
14  think there's something in writing that you
15  refer to.  But in their minds, they have a
16  good sense for this area.
17       Q.    Does Major League Baseball agree
18  that legal sports gambling in Las Vegas has
19  gone up substantially over the last 20 years?
20            MR. MISHKIN:  Object to the form of
21       the question.
22       A.    Again, I don't personally know what
23  their business has been.  I read somewhere
24  that they were hit by the recession very badly
25  so I don't know.  But, again, that's got to be
```

Page 34

```
               - T. OSTERTAG -
1
2   a matter of almost public record.
3        Q.    Does Major League Baseball have any
4   estimate of how much legal sports gambling
5   would occur in Las Vegas following any
6   legalization of sports gambling in New Jersey?
7            MR. MISHKIN:  Object to the form of
8       the question as lacking in foundation.
9        A.    I'll give the same answer.
10       Q.    Which is you don't know?
11       A.    I personally don't know.
12       Q.    What is Major League Baseball's
13  position regarding legal sports gambling in
14  Las Vegas?
15       A.    We're opposed to it, strongly
16  opposed to it.
17       Q.    Has Major League Baseball tried to
18  make sports gambling in Las Vegas illegal?
19       A.    During the consideration of PASPA,
20  we were hoping very much to see that happen,
21  but it didn't happen.
22       Q.    Do you think Las Vegas does a good
23  job regulating sports gambling?
24       A.    I don't have any sense.
25       Q.    Does Major League Baseball know how
```

Page 35

```
               - T. OSTERTAG -
1
2   much legal sports gambling on Major League
3   Baseball games occurs in the United States?
4        A.    Again, these are very repetitive.
5   I'm going to incorporate the same answer about
6   the whole country, which I think I've answered
7   twice already.
8        Q.    Does Major League Baseball have any
9   studies or analyses regarding how much legal
10  sports gambling on Major League Baseball games
11  occurs in the United States?
12       A.    Same answer.
13       Q.    "Same answer" is you don't know?
14       A.    No.  Same answer that I gave
15  before.
16       Q.    Well, I think the answer you gave
17  before--and, again, I don't want to
18  mischaracterize your testimony--is that you
19  personally don't know but the department of
20  investigations may have a sense of how much
21  legal sports gambling occurs on Major League
22  Baseball games, but I don't think you're aware
23  of any formal studies or analyses written
24  down.
25       A.    That's pretty close.  You keep
```

Page 36

```
               - T. OSTERTAG -
1
2   saying studies or analyses in the same
3   question.  If there were a study that resulted
4   in something in writing, you would have it as
5   part of the discovery here.  But the analysis
6   or the analyses makes the question somewhat
7   different.
8        Q.    Okay.  Does Major League Baseball
9   have any estimate of how much legal sports
10  gambling on Major League Baseball games would
11  occur in the United States following the
12  legalization of sports gambling in New Jersey?
13       A.    It sounds so similar to the one
14  you've already asked me.  Again, our
15  department of investigations believes there
16  would be a very large increase if gambling
17  were -- sports gambling were legalized in New
18  Jersey.
19       Q.    I'm not sure that entirely answers
20  my question, Mr. Ostertag.  Does Major League
21  Baseball have an estimate of how much legal
22  sports gambling would increase on Major League
23  Baseball games?
24            MR. MISHKIN:  Beyond the answer
25       he's already given you?
```

Page 37

- T. OSTERTAG -

```
1              - T. OSTERTAG -
2       Q.    Right.  I understand you said that
3  they think a very large increase, I think, was
4  your testimony.  Any actual estimate of how
5  much it would increase?
6       A.    I'll use the same answer I used
7  before.  I personally don't have one.  It's
8  possible that our department of investigations
9  has a very good sense of it.
10      Q.    Does Major League Baseball know how
11 much legal sports gambling on Major League
12 Baseball games occurs in Las Vegas?
13      A.    Again, I feel like you've asked
14 that question before and I feel like I've
15 answered it.  So I'll repeat the previous
16 answer.
17      MR. MISHKIN:  The problem is just
18      the similarity in the questions and so
19      perhaps we're hearing what sounds like
20      the same question and you, in fact, have
21      a different question in mind.  You're
22      going to have to make it sound different
23      than this line of questions which is --
24      it's becoming very -- seemingly
25      repetitive.
```

Page 38

- T. OSTERTAG -

```
1              - T. OSTERTAG -
2       Q.    I'm using different words, believe
3  me.  Before I asked you about Major League
4  Baseball's knowledge and estimates about legal
5  sports gambling on sports.  Now I'm focusing
6  on Major League Baseball specifically.
7       A.    I thought you already had but...
8       Q.    Okay.
9       A.    Same answer as sports.
10      Q.    Does Major League Baseball know how
11 much legal sports gambling on Major League
12 Baseball games occurs in New Jersey?
13      A.    How much legal gambling on baseball
14 games occurs in New Jersey?
15      Q.    Correct.
16      MR. MISHKIN:  I'm going to object
17      to the question.
18      A.    It's illegal in New Jersey.
19      Q.    Does Major League Baseball know how
20 much illegal sports gambling occurs in the
21 United States?  I've shifted now from legal
22 sports gambling to illegal sports gambling.
23      A.    This is just a rewording of the
24 question you asked before about the range of
25 what it says here in front of me, 80 billion
```

Page 39

- T. OSTERTAG -

```
1              - T. OSTERTAG -
2  to 380 billion.  I personally don't.  There
3  may be somebody in our department of
4  investigations who has a very good sense of
5  it.
6       Q.    Does Major League Baseball have any
7  studies regarding how much illegal sports
8  gambling occurs in the United States?
9       MR. MISHKIN:  I'm quite sure it's
10      been asked and answered.  You're free to
11      ask the questions in as many ways as
12      you'd like, but I'm not sure you're going
13      to be able to elicit very much if the
14      questions continue to -- if they're
15      making any distinctions at all, they seem
16      to be making tiny distinctions.
17      Q.    Does Major League Baseball know how
18 much illegal sports gambling occurs in New
19 Jersey?
20      A.    Same answer.
21      Q.    "Same answer" is that you
22 personally don't know but someone in the
23 department of investigations may have thought
24 about this?
25      A.    Well, I don't think "thought about
```

Page 40

- T. OSTERTAG -

```
1              - T. OSTERTAG -
2  it" is the right way to put it; may have had
3  information and a good sense of the amount.
4       Q.    Does Major League Baseball have any
5  studies regarding how much illegal sports
6  gambling occurs in New Jersey?
7       MR. MISHKIN:  Asked and answered.
8       A.    I feel like it has been.  I mean,
9  you asked about studies and analyses, you
10 know, and I gave an answer to that and now
11 you're asking half that question.  Are you
12 going to ask analyses after that?  I'm not
13 sure I understand.
14      Q.    I'm asking about whether or not you
15 have any studies regarding how much illegal
16 sports gambling occurs in New Jersey.
17      A.    I'll incorporate the previous
18 answer.
19      Q.    Mr. Ostertag, you're a lawyer,
20 correct?
21      A.    Yes.
22      Q.    Do you know what standing is?
23      A.    Yes.
24      Q.    What does it mean to you?
25      A.    I didn't think I was here to answer
```

Page 41

- T. OSTERTAG -

```
1                - T. OSTERTAG -
2    legal questions.
3             MR. MISHKIN:  Yeah, as a 30(b)(6)
4        witness, you can give your understanding
5        of standing.
6        A.    My understanding is that it's the
7    legal ability to bring a lawsuit in a court.
8        Q.    Now, do you understand that to
9    satisfy standing requirements, the Major
10   League Baseball is required to show that it
11   has been harmed or would be harmed by the New
12   Jersey sports gambling law?
13            MR. MISHKIN:  Object to the form of
14       the question.
15       A.    That's what I understand the
16   exercise is and as part of this litigation.
17       Q.    You're prepared today to testify
18   about what harm the Major League Baseball
19   contends would result from New Jersey's sports
20   gambling law?
21       A.    Yes.
22            MR. HOFFMAN:  I'm going to
23       introduce Major League Baseball Exhibit 3
24       which is the Complaint.
25            (Exhibit 3: Complaint, was marked
```

Page 42

- T. OSTERTAG -

```
1                - T. OSTERTAG -
2        for identification.)
3    BY MR. HOFFMAN (continuing):
4        Q.    Now, feel free to review whatever
5    you want.  My question is going to be focused
6    on paragraphs 5 and 6 on page 3.
7             Mr. Ostertag, do you recognize this
8    document?
9        A.    Yes.
10       Q.    Have you seen it before today?
11       A.    Yes.
12       Q.    Did you review this document before
13   it was filed?
14       A.    Yes.
15       Q.    Were you involved in the decision
16   to sue New Jersey?
17       A.    Yes.
18       Q.    Did you review the Complaint in
19   connection with your preparation for today's
20   deposition?
21       A.    Apart from discussions with
22   counsel?
23            MR. MISHKIN:  Apart from
24       discussions with counsel.
25       A.    I'm asking for a clarification.
```

Page 43

- T. OSTERTAG -

```
1                - T. OSTERTAG -
2        Q.    Yes.
3        A.    No.
4        Q.    Again, if you could turn to page 3,
5    I'll focus your attention on paragraphs 5 and
6    6.  And if you haven't already, if you could
7    briefly or take the time to read those two
8    paragraphs.
9        A.    I read them.
10       Q.    Okay.  Now, do these two paragraphs
11   accurately summarize the harm that Major
12   League Baseball alleges in this case in
13   support of its standing to sue?
14            MR. MISHKIN:  Object to the form.
15       A.    The paragraphs are accurate.
16   Whether they are a summary, an accurate
17   summary, they certainly are accurate.
18       Q.    Well, let me ask it this way:  Is
19   Major League Baseball alleging any harms
20   resulting from the New Jersey gambling law
21   that aren't reflected in paragraphs 5 and 6 of
22   this Complaint?
23       A.    You know, I'd have to go through in
24   my mind all the harms that I think would be a
25   result of the gambling law and compare them to
```

Page 44

- T. OSTERTAG -

```
1                - T. OSTERTAG -
2    what's listed here.  There may be, there may
3    be other harms.
4        Q.    Well, let's do that.  Let's walk
5    through the harms alleged in these two
6    paragraphs.  Starting with paragraph 5, this
7    paragraph seems to be alleging two types of
8    alleged harm:  first, that sports gambling
9    causes participants in Major League Baseball
10   games to be involved in match-fixing; and,
11   two, that sports gaming causes the public to
12   perceive that Major League Baseball games are
13   being fixed?
14            MR. MISHKIN:  Object to the form.
15       You're completely restating it.  The
16       words are what they are, Mr. Hoffman.
17       Q.    Mr. Ostertag, is one form of harm
18   that Major League Baseball is alleging that
19   sports gambling causes participants in Major
20   League Baseball games to become involved in
21   match-fixing?
22            MR. MISHKIN:  Objection.
23       Q.    I'm asking apart from the
24       paragraph.
25            MR. MISHKIN:  Apart from the
```

Page 45

- T. OSTERTAG -

1
2  paragraph?
3      MR. HOFFMAN:  Yes.
4      MR. MISHKIN:  I'm sorry, let me
5  have the question again.
6      (Requested portion read.)
7  A.   Gambling on sports increases the
8  possibility that those participating will be
9  somehow involved in illicit activities
10 involving those games.
11 Q.   Is Major League Baseball alleging
12 that one of the harms that Major League
13 Baseball is alleging is that sports gambling
14 causes the public to perceive that Major
15 League Baseball games are being fixed?
16     MR. MISHKIN:  Again, what's alleged
17     in the lawsuit is really a matter for
18     counsel.  The witness can certainly be
19     asked his understanding of what's being
20     alleged.  So I'd object to the question.
21 Q.   Okay.  What is your understanding
22 of the harm being alleged by Major League
23 Baseball?
24 A.     The harm being alleged is that when
25 there's gambling on games--and this could be a

Page 46

- T. OSTERTAG -

1
2  long answer; I'll do my best and I don't think
3  I'll be able to cover all the harms--but the
4  public could perceive that the result of the
5  game has somehow been influenced by those
6  gambling on the game, that individual acts in
7  the game could somehow be influenced by those
8  gambling on the game.
9      And I can just point to the Black
10 Sox scandal where that actually happened in
11 baseball and was a very painful experience for
12 our sport.  Gambling creates the risk that
13 there is actually an effect and an influence
14 on the result of the game but also the
15 perception by the public that such an effect
16 has occurred.  It undermines and has the
17 potential to undermine the very product we put
18 out there, which is good, honest, fair
19 competition.
20     It also creates the possibility
21 that the public and members of the public and
22 in particular youth perceive the game as a
23 vehicle for winning money as opposed to,
24 again, good, honest competition where the
25 object is to win the game and for every player

Page 47

- T. OSTERTAG -

1
2  to do his best on the field in Major League
3  Baseball as opposed to the game being some
4  sort of device for others to win money.
5      It's also possible that gambling
6  will increase the possibility that gamblers
7  will seek inside information about the game,
8  players, the health of players, any type of
9  inside information that might be possible to
10 assist in winning a bet on the game.  The
11 possibility of obtaining insider information
12 can, in turn, cause corruption and involvement
13 with the gamblers involved in gambling on the
14 game who are often underworld figures and can
15 lead to other problems for our players and
16 others involved in the game, officials, et
17 cetera.  We have umpires, I see the word
18 "referee" in something you handed me before.
19 And that's just a partial list.
20 Q.   Let me ask you about -- if you look
21 at paragraph 6 of the Complaint, what is your
22 understanding of this harm?  It's the sentence
23 that says:  Once the reputations and goodwill
24 have been compromised and the bonds of loyalty
25 and devotion between fans and teams have been

Page 48

- T. OSTERTAG -

1
2  broken, Plaintiffs will have been irreparably
3  injured in a manner that cannot be measured in
4  dollars.
5      What is your understanding of that
6  allegation of harm?
7      MR. MISHKIN:  Well, object to the
8      form of the question because it follows
9      from several previous sentences.  But you
10     can answer the question if you can.
11 A.   I believe that statement is
12 absolutely true.  It's one of those things
13 where it only takes one problem to do enormous
14 damage to a sport that sells itself as honest
15 and whose product, again, is competition.  We
16 don't make widgets, we make competition.
17     The competition we make relies upon
18 the public believing that it is honest, on the
19 up and up, and involves everybody on both
20 teams trying as hard as they can to win the
21 game.  And if the public develops any sort of
22 doubt about that, it is the one thing that can
23 undermine our sport and perhaps undermine it
24 completely.
25     If there is a gambling scandal and

Page 49

- T. OSTERTAG -

2  the public no longer believes this sport is on
3  the up and up, I hate to think of the results
4  that could occur.
5       MR. HOFFMAN:  All right.  Well,
6  we've been going for a little over an
7  hour.  Is now a good time for maybe a
8  five-minute break?
9       (Recess taken:  10:36-10:43 a.m.)
10 BY MR. HOFFMAN (continuing):
11      Q.   All right.  Mr. Ostertag, before
12 the break, you gave me what you said was a
13 partial list of harms that Major League
14 Baseball is alleging.  Are there any other
15 harms that Major League Baseball is alleging,
16 other than the ones you identified in your
17 previous answer?
18      MR. MISHKIN:  And, Mr. Hoffman,
19 also anything -- I mean, there are other
20 documents.  There are affidavits, there
21 are declarations.  So I'm not -- when you
22 say beyond what Mr. Ostertag has
23 testified to, there are things already in
24 the record.
25      You're asking his understanding of

Page 50

- T. OSTERTAG -

2  what's being alleged may not -- again,
3  these are more legal issues.  I don't
4  object to your asking the 30(b)(6)
5  witness' understanding of them, but I
6  want to be clear that we're talking about
7  his understanding.
8       MR. HOFFMAN:  I understand.  We're
9  talking about his understanding.
10 BY MR. HOFFMAN (continuing):
11      Q.   You said you gave me a partial list
12 of the harm that will befall Major League
13 Baseball.  My question to you is:  Based on
14 your understanding -- I think we're entitled
15 to the full list of harm based on your
16 understanding.  My question to you is:  What
17 else, other than the harms you've identified,
18 do you understand to be harms that will befall
19 Major League Baseball if sports gambling is
20 legalized in New Jersey?
21      A.   We think there's just a negative
22 pall that it can cast over the sport through
23 the official government sanction of gambling.
24 You're talking about a situation where a
25 government gives its official approval to

Page 51

- T. OSTERTAG -

2  gambling on sports.  And we think that can
3  change the nature of the way the sport is
4  perceived.  We hope it doesn't change the
5  nature of the sport itself but that potential
6  always exists.
7       Again, we had a terrible and
8  painful incident in 1919 with a World Series
9  that was thrown by one of the teams
10 participating in it, and the sport was badly
11 hurt at the time, extraordinarily badly hurt.
12 And there were plenty of people who thought
13 these games aren't on the up and up, there's a
14 lot of gambling on them going on and, of
15 course, it led to the creation of the office
16 that I work for.
17      The idea that kids will get the
18 message it's okay to gamble on sports, that's
19 a horrible message to send to kids, absolutely
20 horrible, and it's okay to walk into a
21 gambling hall and place a bet on a
22 professional sport.  And whether there's an
23 age limit or not, you and I both know kids
24 will find a way to get in there.  And even if
25 they have to wait 'til a certain age, that age

Page 52

- T. OSTERTAG -

2  clearly won't be older than college age.  And
3  to have college kids, the kinds of fans we
4  want coming to our park to watch the game for
5  what it is today, which is good, hard, honest
6  competition and instead to watch it for the
7  purpose of making money, that damages the
8  sport.
9       It also can lead to other problems
10 for kids.  The people we want to become our
11 fans -- one of the presidents of a team in
12 baseball is a former chairman of an addiction
13 center.  And he believes strongly that
14 legalizing gambling will just cause more
15 people to become gamblers, and they may start
16 out gambling legally but they then will
17 graduate to illegal gambling inevitably
18 because the winnings can be greater, the odds
19 can be greater, you can receive credit through
20 illegal bookmakers, and you can also hide from
21 the tax authorities your winnings.
22      And to start kids down the road
23 and -- even if they are older teenagers or
24 young 20-something kids, to start them on the
25 road to gambling and the possibility of

Page 53

- T. OSTERTAG -

1
2    gambling addiction and then involvement with
3    illegal gambling and all the problems that can
4    lead to through, again, I referred to
5    undesirables before, it often leads to drugs
6    and other illegal activity.
7              We think the whole idea is
8    deplorable, absolutely deplorable, and we
9    oppose it with every ounce of strength that we
10   have.
11       Q.   You just mentioned as part of your
12   answer that one of the presidents of one of
13   the Major League Baseball clubs is a former
14   chairman of an addiction center; is that
15   correct?
16       A.   I think I've characterized that
17   organization right.  I don't have the exact
18   title with me.
19       Q.   Which baseball club is that?
20       A.   Toronto Blue Jays.
21       Q.   And what is the name of the
22   president that you claim is a former chairman
23   of an addiction center?
24       A.   Paul Beeston.
25       Q.   Can you spell that for me?

Page 54

- T. OSTERTAG -

1
2        A.   B-E-E-S-T-O-N.
3        Q.   Have you personally talked to Paul
4    Beeston about this?
5        A.   Yes.
6        Q.   And on what does he base his
7    assessment that legalizing gambling will
8    result in, I think in your words, kids
9    graduating from legal to illegal gambling?
10            MR. MISHKIN:  I object to the form
11       of the question.  I assume you're asking
12       him whether he told Mr. Ostertag his
13       basis.
14            MR. HOFFMAN:  That's correct.
15       A.   He referred to his experience as
16   the chairman of his organization and his firm
17   belief that would happen.
18       Q.   Other than his experience and
19   belief that it would happen, did he refer to
20   anything else?
21       A.   Well, his experiences and he made
22   it sound like it was a very clear and obvious
23   conclusion based on what he saw as chairman of
24   this organization.
25       Q.   But, again, let me ask it again:

Page 55

- T. OSTERTAG -

1
2        Other than referring to his experience and
3    belief that it would happen, did he refer to
4    anything else?
5        A.   I'm not sure what else he could
6    have referred to, other than his experience.
7    I mean, that covers an awful lot.
8        Q.   I'd like to go through the types of
9    harms you've alleged or Major League
10   Baseball's alleged and your understanding of
11   them.  The first type of harm that I'd like to
12   talk about is gambling allegedly causing
13   participants in Major League Baseball games to
14   become in match-fixing or inside information.
15            Can we -- if I use the term
16   "match-fixing," can we understand that to
17   include match-fixing and providing inside
18   information to gamblers related to
19   match-fixing?
20       A.   We play games, not matches.  But if
21   you want to try to group those two together,
22   I'll do my best.
23       Q.   If you'd prefer me to refer to it
24   as game-fixing, I'm happy to do so.  We can do
25   that.

Page 56

- T. OSTERTAG -

1
2            Mr. Ostertag, how would you define
3    game-fixing?
4        A.   I would define it as at least
5    including participants trying to affect the
6    outcome of the game other than through their
7    100 percent efforts to win the game.
8        Q.   Would you also define match-fixing
9    as any type of effort to influence the outcome
10   of a game or a single play within a game that
11   is related to gambling?
12       A.   I'm not sure that I understood the
13   end of that question.  I thought I understood
14   the first part of it.
15       Q.   Let me break that apart.
16            Would you define game-fixing as any
17   type of effort to influence the outcome of a
18   game that is related to gambling?
19       A.   The "related to gambling" part I'm
20   not sure I understand or need to answer the
21   question.  I view game-fixing as any effort to
22   influence the outcome of the game, again,
23   other than a total and complete effort to try
24   to win the game.
25       Q.   Okay.  Would you apply that same

Page 57

- T. OSTERTAG -

2  definition to a single play within the game?

3  So would you define game-fixing as a type of

4  effort to influence a single play within a

5  game?

6      A.   I mean, I'm not -- the term

7  "game-fixing" might not perfectly fit that,

8  but it's improper, it's clearly improper if

9  you're not doing your best on a certain play

10  as a player.

11     Q.   So, for example, the reason why I

12  asked for a single play, obviously there

13  are -- let me give you a hypothetical and I

14  want to see if you would include this in your

15  definition of game-fixing.

16          Let's say there is an over/under.

17  Do you understand the term over/under?

18     A.   Yes.

19     Q.   So total number of runs in a game.

20  And a particular player -- the outcome of the

21  game is not going to be affected.  Let's say

22  one team that this player plays on, they're

23  ahead by six runs, it's bottom of the ninth

24  and they decide to affect the outcome of a

25  single play to prevent the total number of

Page 58

- T. OSTERTAG -

2  runs from reaching the over, for example.

3          Do you understand my hypothetical?

4      A.   Yes.

5      Q.   Okay.  Would you consider that

6  example an example of game-fixing?

7      A.   I think in the broadest definition

8  -- well, I won't even say that.  I think it

9  probably does qualify as game-fixing.  One way

10  or the other, it is clearly improper, clearly

11  against our rules and clearly something that

12  we consider to be abhorrent.

13     Q.   Now, is it your understanding that

14  Major League Baseball's contention in this

15  case is that New Jersey's legalization of

16  sports gambling would cause match-fixing in

17  Major League Baseball games?

18          MR. MISHKIN:  Read the question

19  back.

20          (Requested portion read.)

21          MR. MISHKIN:  Objection, lacks

22  foundation.

23     Q.   You can answer.

24     A.   We believe that the legalization of

25  gambling in New Jersey would increase the

Page 59

- T. OSTERTAG -

2  possibility of such a thing and also increase

3  the possibility that the public perceives that

4  as something that might be going on and

5  therefore undermine, once again, the product

6  that we sell, which is good, honest, hard

7  competition that is always on the up and up.

8      Q.   Now, this is a hypothetical.  If

9  the amount of sports gambling stayed the same

10  following legalization of sports gambling in

11  New Jersey, do you believe there would be an

12  increased possibility of game-fixing?

13          MR. MISHKIN:  I'm going to object

14  because it is hypothetical.  But you can

15  answer the hypothetical.

16     A.   I don't believe that for a second,

17  so I don't know what to say.

18     Q.   Why do you not believe that?

19     A.   Because I believe legalized

20  gambling will create new gamblers in great

21  numbers and those gamblers will again

22  eventually become illegal gamblers in great

23  numbers.

24     Q.   Mr. Ostertag, what's your basis for

25  that contention?

Page 60

- T. OSTERTAG -

2      A.   It's the belief of our department

3  of investigations.  It's also the belief of

4  Paul Beeston.

5      Q.   Do you know if the belief that

6  legalizing sports gambling will create new

7  gamblers on any -- let me focus on

8  the department of investigations first.

9          Do you know whether the belief of

10  your department of investigations that

11  legalization of sports gambling will result in

12  or increase new gamblers, is that based on any

13  empirical data?

14     A.   My understanding is it's based on

15  their belief and their experience over their

16  entire careers and it's a fairly large

17  department.  I believe every one of them has

18  the same opinion.

19     Q.   And I think we already touched on

20  Mr. Beeston, but I think you already -- again,

21  correct me if I'm wrong.  But his belief that

22  the legalization of sports gambling would

23  increase the number of new gamblers is based

24  on, again, belief and experience, not

25  empirical data?

Page 61

- T. OSTERTAG -

1
2    A.    As far as I know.  He's also, I
3  should mention, the former president of Major
4  League Baseball so he has that experience
5  also.
6    Q.    Mr. Ostertag, does Major League
7  Baseball know how much game-fixing on Major
8  League Baseball games occurs in the United
9  States?
10    A.    We hope there's not any, and I
11  don't know that we believe that there is any.
12  I haven't heard of that.  But it is something
13  that we guard against with every ounce of
14  effort we have.
15    Q.    Does Major League Baseball have any
16  studies regarding how much game-fixing on
17  Major League Baseball games occurs in the
18  United States?
19    A.    You know, I'm not sure how to
20  answer that question.  But I just said we
21  don't believe anything -- I don't believe
22  anybody in our organization thinks any has
23  gone on since probably all the way back to the
24  1919 World Series.  That was bad enough.
25    Q.    Does Major League Baseball have any

Page 62

- T. OSTERTAG -

1
2  estimate of how much game-fixing on Major
3  League Baseball games would occur in the
4  United States if New Jersey legalized sports
5  gambling?
6          MR. MISHKIN:  Again, objection as a
7  hypothetical.
8    A.    I'm not sure anybody's thought
9  ahead that far.  Our purpose now is just to
10  oppose this measure by New Jersey, to uphold
11  -- see the statute that makes this illegal
12  upheld.
13    Q.    Does Major League Baseball have any
14  estimate of how much game-fixing on Major
15  League Baseball games would occur in the
16  United States if all states were to legalize
17  sports gambling?
18    A.    Heaven forbid.
19    Q.    I don't think that's an answer to
20  my question.  Are there any estimates of how
21  much game-fixing on Major League Baseball
22  games would occur?
23    A.    Same as I gave before.
24    Q.    Which is:  I'm not sure that
25  anybody's thought ahead that far?

Page 63

- T. OSTERTAG -

1
2    A.    Yes, that's the answer I was
3  referring to.
4    Q.    Mr. Ostertag, is it possible that
5  the amount of game-fixing would decrease by
6  displacing illegal gambling and making
7  gambling more transparent if sports gambling
8  is legalized in New Jersey?
9    A.    We think that notion is
10  preposterous.
11    Q.    Why do you say that?
12    A.    Because the people who know about
13  this in our office believe that it will
14  increase the number of gamblers by large
15  numbers.
16    Q.    Just to confirm, Mr. Ostertag,
17  Major League Baseball does not have any study
18  in its possession showing one way or the
19  other?
20          MR. MISHKIN:  Again, it's entirely
21          up to you but I think the answer you've
22          gotten several times is if there were a
23          study in the way I assume you mean it, it
24          would have been produced.  So the absence
25          of any such production would kind of

Page 64

- T. OSTERTAG -

1
2          necessarily answer all of those
3          questions.
4          MR. HOFFMAN:  Okay.  I'd still like
5          to get an answer.
6    A.    You know, it makes no sense
7  whatsoever that people who are betting
8  illegally earning more in their winnings,
9  getting better odds or get better credit or
10  credit at all and hiding their winnings from
11  IRS and state tax authorities would switch to
12  something that produces lower winnings and
13  worse odds and no credit and income, if there
14  is any income, that is fully taxable.  It
15  makes no sense whatsoever.
16    Q.    I don't think that was my question,
17  Mr. Ostertag.  My question --
18          MR. MISHKIN:  Counsel, it was his
19          answer.
20    Q.    Which did not answer my question.
21  Let me reask the question.
22          I didn't ask whether or not you
23  thought illegal gamblers would suddenly become
24  legal gamblers if sports gambling was
25  legalized in New Jersey.

Page 65

- T. OSTERTAG -

1
2    A.    You asked if they would be replaced
3  or displaced.
4    Q.    No, I asked if -- is it possible
5  that the amount of game-fixing would decrease
6  by New Jersey legalizing sports gambling.
7    A.    That wasn't the question you asked,
8  but I recall hearing about a set of illegal
9  gamblers being displaced by legal gamblers.
10 And, again, I think the notion is
11 preposterous, is my answer.
12   Q.    The question I didn't get an answer
13 to was:  There is no study in Major League
14 Baseball's possession showing one way or the
15 other whether the amount of game-fixing would
16 decrease if New Jersey legalized sports
17 gambling?
18   A.    I'll incorporate the previous
19 answer that not having thought that far ahead,
20 our purpose is to oppose what's going on here.
21   Q.    Let's talk about the 1919 Black Sox
22 incident.  Can you describe for me what
23 happened in 1919 related to what's referred to
24 as the Black Sox.
25   A.    It was unfortunately quite simple,

Page 66

- T. OSTERTAG -

1
2  something that can be repeated.  Some gamblers
3  who had money on the outcome of the World
4  Series approached eight members of the Chicago
5  White Sox when it won the American League
6  pennant, were playing in the World Series, and
7  offered them money to throw the series.  And
8  the series was thrown; the White Sox lost the
9  series.
10        They were the far superior team
11 people seemed to think at the time and they
12 lost the series.  And the series was lost
13 because they didn't try their best, and it was
14 a matter of connection to gamblers that caused
15 that to happen.
16   Q.    Now, this connection to gamblers,
17 were these illegal gamblers?
18   A.    Well, certainly some of the
19 gambling they were doing was illegal.  I don't
20 know if there was any that was legal or not.
21 I don't even know if there was legal gambling
22 in the United States at the time.
23   Q.    And is it accurate that at least
24 reports I've read of the incident, that part
25 of the reason that the eight members of the

Page 67

- T. OSTERTAG -

1
2  White Sox agreed to this, to these payments,
3  was because they were motivated by their
4  dissatisfaction with their own compensation?
5    A.    That's certainly part of the lore
6  of that incident.  Do I know that personally?
7  I don't know.  But certainly that's often
8  said.
9    Q.    Other than the 1919 Black Sox
10 incident, can you identify any other specific
11 incidents of game-fixing caused by sports
12 gambling within the last 90 years?
13   A.    I cannot, and we hope that none has
14 occurred.
15   Q.    Now I want to talk a little bit
16 about a few of the other, I think, incidents
17 you mentioned earlier that don't sound like
18 they're related to game-fixing but they're
19 related to gambling.
20        One is you referred to I think Pete
21 Rose.  Now, Pete Rose -- is it correct to say
22 that Pete Rose gambled on baseball and
23 admitted to betting on Reds games when he was
24 the manager of the Reds, but there's no
25 evidence that he bet against the Reds?

Page 68

- T. OSTERTAG -

1
2    A.    I believe both those statements are
3  true.
4    Q.    Any evidence that Pete Rose was
5  involved in any game-fixing, as we've defined
6  it earlier?
7    A.    I don't think there was any
8  evidence whatsoever that he was involved in
9  game-fixing.
10   Q.    Do you know whether Pete Rose was
11 involved in legal gambling or illegal
12 gambling?
13   A.    Certainly much of his gambling was
14 illegal.  I believe -- I can't sit here and
15 tell you that all of it was, however.
16   Q.    Let me focus the question a little
17 bit more.  Do you know whether Pete Rose's
18 sports gambling was legal or illegal?
19   A.    Same answer.
20   Q.    Another incident you mentioned was
21 -- or another player you mentioned was Denny
22 McLain.  And I believe he thought he was
23 involved in gamblers, but I think, as you put
24 it, he may have been duped.  Was Mr. McLain
25 involved in any game-fixing?

Page 69

- T. OSTERTAG -

```
1                - T. OSTERTAG -
2        A.    I don't believe there was any
3   finding at all that he was involved in
4   game-fixing or even any evidence.  I read the
5   decision this morning and I read it quickly,
6   but my recollection of having looked at that
7   file in the past is what I just said.  I don't
8   think there was any evidence whatsoever.
9        Q.    Okay.  Now, you touched briefly
10  earlier on a matter involving George
11  Steinbrenner and his payment of money to a
12  gambler for information on Dave Winfield.  Can
13  you tell me a little bit more about that,
14  please.
15       A.    George Steinbrenner sought negative
16  information about Dave Winfield or was offered
17  negative information about Dave Winfield and
18  for whatever reason he decided he would try to
19  obtain it.  And he did pay $40,000 to someone
20  for what was purported to be negative
21  information about Dave Winfield.
22       Q.    Any evidence that Mr. Steinbrenner
23  or Mr. Winfield were involved in any game-
24  fixing?
25       A.    No, no, no.  This whole matter did
```

Page 71

- T. OSTERTAG -

```
1                - T. OSTERTAG -
2   the 1943 season at a time when he said he
3   didn't know it was against the rules.
4        Q.    And, again, for that incident, no
5   evidence that Mr. Cox was involved in any
6   game-fixing?
7        A.    There was no reference to that at
8   all in the decision, and I don't know of any
9   evidence, again, that he or anybody else at
10  that time was involved in game-fixing.
11             Again, I don't believe we have any
12  evidence, going back to 1919 to the Black Sox
13  scandal, that any games were fixed or even
14  attempted to be fixed.
15       Q.    And during that time period, at
16  least part of that time period--I apologize, I
17  don't know exactly when sports gambling became
18  legal in Nevada--but you would agree with me
19  that at least for part of that period of time
20  between 1919 and the present day, gambling was
21  legal in Nevada?
22       A.    Yes.
23       Q.    During your tenure at Major League
24  Baseball, have you been involved in any
25  investigations into game-fixing?
```

Page 70

- T. OSTERTAG -

```
1                - T. OSTERTAG -
2   not involve gambling at all.  It involved an
3   incident with a gambler.
4        Q.    Do you know if that gambler was --
5   was he involved in legal gambling or illegal
6   gambling?
7        A.    You know, my recollection is
8   illegal, but I don't recall for sure.
9        Q.    One other incident we briefly
10  touched on earlier was William D. Cox.  I
11  believe you said he was the owner or at least
12  part owner of the Philadelphia Phillies.
13       A.    Right.
14       Q.    And that involved gambling on
15  baseball.  Can you tell me a little bit more
16  about what the allegations were in that case?
17       A.    I think I told you what I knew.
18  Again, I just read the decision this morning.
19  I haven't gone through the whole file
20  recently, and there was a reference to
21  gambling in violation of Major League Rule 21.
22  And I believe the subsection quoted in the
23  decision referred to gambling on a team that
24  one was involved with.  And I believe Mr. Cox
25  admitted betting on the Phillies for part of
```

Page 72

- T. OSTERTAG -

```
1                - T. OSTERTAG -
2        A.    No.
3        Q.    In your experience at Major League
4   Baseball, have legal sportsbooks in Nevada
5   helped to prevent or discourage game-fixing?
6        A.    They helped to prevent?  Are you
7   asking my opinion?
8        Q.    I'm asking your understanding, yes.
9        A.    Again, my understanding I think
10  completely comes from our department of
11  investigations, and they would tell you that
12  there's -- this is a negative, it is simply a
13  negative when there's betting on sports.  And
14  maybe you ought to ask the question again.
15  I'm not sure what the wording there was.
16       Q.    Sure.  Is it your understanding --
17  well, in your experience at Major League
18  Baseball, is it your understanding that legal
19  sportsbooks in Nevada have helped to prevent
20  or discourage game-fixing?
21       A.    I don't have any experience with
22  the sportsbooks in Nevada, but it's hard to
23  imagine getting to a positive answer to that
24  question with anybody in our office.
25       Q.    Do you know whether your department
```

- T. OSTERTAG -

1
2  of investigations interacts with legal
3  sportsbooks in Nevada?
4      A.    They do not have any formal program
5  or arrangement set up to interact with them.
6  They will perhaps sometimes get a call or a
7  tip, but there's no formal arrangement.
8      Q.    So your department of investigation
9  has received tips from legal sportsbooks in
10 Nevada; is that correct?
11     A.    It's at least possible, but I don't
12 know for sure that they have.
13     Q.    Who would know that?  Who would
14 know whether or not the department of
15 investigations has received tips from legal
16 sportsbooks in Nevada?
17     A.    Again, the head of the department,
18 Dan Mullin, would know.
19     Q.    Mr. Ostertag, did you speak with
20 Mr. Mullin or anybody in the department of
21 investigations in preparation for today's
22 deposition?
23     A.    No.
24     Q.    Do you have any other information
25 about the tips regarding possible game-fixing

- T. OSTERTAG -

1
2  from legal sportsbooks in Nevada that you
3  referred to?
4          MR. MISHKIN:  Object to the form.
5      A.    If I understood the question
6  correctly, the answer is no.
7      Q.    Does Major League Baseball believe
8  that legal sportsbooks can be helpful in
9  identifying potential instances of game-
10 fixing?
11     A.    We think the idea that any
12 sportsbook can be helpful to us, again, is
13 completely incorrect.  It's almost like saying
14 we'll create a problem and then we'll tell you
15 about it.  And how does that benefit us?
16     Q.    Do you believe that legalized
17 sports gambling in Nevada created a gambling
18 problem?
19     A.    I think legalized sports betting is
20 a negative in Nevada the way it would be
21 negative anywhere else.  Do I think it has
22 caused a fixing of our games?  I do not.
23 There's no information I have that has caused
24 any fix.  But I think that any gambling and
25 especially the increase in gambling and

- T. OSTERTAG -

1
2  especially the increase on the East Coast
3  where there are a lot of teams and an awful
4  lot of people, as opposed to Nevada where
5  there are no teams and not nearly as many
6  people, it's a negative as a bottom line.
7  It's a big, big negative.
8          Again, I think you're implying that
9  somehow we can benefit by receiving
10 information from a sportsbook.  Again, they're
11 the ones creating the problem and then they're
12 going to tell us about it?  How is that a
13 positive for us?
14     Q.    Again, you referred to creating a
15 problem.  Let me make sure I'm clear on
16 something.
17          Would you agree with me that
18 illegal sports gambling existed prior to the
19 legalization of sports gambling in Nevada?
20     A.    I don't know exactly when it began
21 in Nevada, but assuming it began in the last
22 75 years, then clearly, yes, because we were a
23 victim once.
24     Q.    And if sports gambling were made
25 illegal across all 50 states, would you agree

- T. OSTERTAG -

1
2  with me that the potential would still exist
3  for game-fixing in Major League Baseball?
4      A.    Did you say legal or illegal, I'm
5  sorry?
6      Q.    If sports gambling were made
7  illegal across all 50 states, would you agree
8  with me that the potential for game-fixing
9  would still exist within Major League
10 Baseball?
11     A.    Of course, the potential would be
12 there for any sport.  Again, we have the
13 experience with the Black Sox.  It actually
14 happened to us.
15     Q.    Now, I think as part of the harm
16 you discussed earlier and we included within
17 our definition of game-fixing was Major League
18 Baseball players or employees providing inside
19 information to gamblers.  Is that correct?
20     A.    That's a potential harm,
21 absolutely.
22     Q.    Okay.  During the last 90 years
23 since the Black Sox incident, do you have any
24 instances or can you give me any examples of
25 players or employees of Major League Baseball

Page 77

- T. OSTERTAG -

1
2    providing inside information to gamblers?
3         A.    I cannot.  And we hope it has never
4    existed and never happened and we do not
5    believe that it has.  We have frankly done a
6    very good job in preserving our sport as one
7    that is honest and consists of good, clean
8    competition.
9         Q.    Any reason to think that following
10   the legalization of sports gambling in New
11   Jersey, that Major League Baseball would not
12   do a very good job in preserving, as you put
13   it, the sport as one that is honest and
14   consists of good, clean competition?
15        A.    We would certainly continue to do a
16   good job.  The problem is the risk is
17   increased.  You increase gambling, you
18   increase the risk, especially when you make it
19   so much closer to huge numbers of people and
20   sports teams.
21              And, of course, there's also the
22   possibility that if New Jersey is somehow able
23   to legalize sports gambling in the face of
24   this federal statute that says it's clearly
25   illegal, well, other states are going to try

Page 78

- T. OSTERTAG -

1
2    the same thing in order to compete and keep
3    up.  New Jersey could be the first domino.
4         Q.    Mr. Ostertag, do you have any
5    evidence other than your belief that other
6    states are going to try to do the same thing?
7         A.    As a matter of fact, yes.  I
8    referred to our Delaware case three years ago
9    where Delaware, in order to -- Delaware felt
10   the competition from Maryland, as I understand
11   it.  This is now three years ago and I haven't
12   given it a lot of thought since.  But as I
13   recall, the Maryland tracks instituted slot
14   machines, and Delaware felt competition from
15   that and, as a result, tried to institute
16   single-game betting on sports, which was also
17   a blatant violation of PASPA.  And we sued
18   them and stopped it.
19        Q.    Okay.  Other than Maryland and
20   Delaware, any other evidence that other states
21   will try to legalize sports gambling?
22        A.    I believe there was talk of another
23   state that was contiguous back three years
24   ago.  I don't recall for sure.  It's
25   inevitable, it's absolutely inevitable.

Page 79

- T. OSTERTAG -

1
2         Q.    And again when you say inevitable,
3    that's based on your experience and belief?
4         A.    And commonsense.
5         Q.    Commonsense, okay.
6         A.    There's a free market out there and
7    states will compete in it if they have to.
8         Q.    Now, I want to talk -- I think
9    another type of harm you touched on earlier
10   was -- we're going to move from actual or the
11   potential for game-fixing to the public
12   perception of game-fixing, okay?
13        A.    Yes.
14        Q.    Now, would you agree with me, Mr.
15   Ostertag, that that perception of game-fixing
16   already exists for some portion of the public?
17        A.    I'm not sure I could agree with
18   that.  You just don't see that written or
19   stated by our fans or by sportswriters.  It's
20   one of the things that makes our sport so good
21   right now; it is perceived as, once again,
22   good, clean, honest hard competition.  And you
23   don't hear fans say, you know:  I think the
24   fix was in.  You just don't hear that, and we
25   are very happy not to hear that.

Page 80

- T. OSTERTAG -

1
2         Q.    Do you hear fans questioning
3    anything else about the honesty of Major
4    League Baseball?
5         A.    I don't.
6         Q.    What is your understanding of the
7    public's perception of performance-enhancing
8    drugs in baseball, for example?
9              MR. MISHKIN:  Object to the form of
10             the question and it lacks foundation.
11             You can answer it if you have an
12             understanding.
13        A.    Could you repeat it?
14        Q.    Sure.  You mentioned many times
15   that Major League Baseball's perceived as a
16   good, clean, honest, hard competition.  My
17   question is -- and that it's being maintained
18   that way.  Does the increased use of
19   performance-enhancing drugs over the past 20
20   years, has -- in your opinion, has that
21   affected the public's perception of Major
22   League Baseball being good, clean, honest,
23   hard competition?
24        A.    It has nothing to do with
25   game-fixing or players not trying their

Page 81

- T. OSTERTAG -

2  hardest.  It's a whole different category.
3      Q.    That's not my question.  My
4  question is whether or not the increase in
5  performance-enhancing drugs use over the past
6  20 years has affected the public's perception
7  that Major League Baseball is good, clean,
8  honest, hard competition.
9      A.    The use of performance-enhancing
10  drugs was not a positive, that is for certain.
11  But it has nothing to do with players not
12  trying their hardest and game-fixing and
13  something that could undermine more easily
14  than any other event our sport.
15      Q.    Do you believe the outcomes of
16  Major League Baseball games have been affected
17  by the use of performance-enhancing drugs over
18  the past 20 years?
19      A.    That's not my area, you know.
20      MR. MISHKIN:  It would also be
21      rather far outside the 30(b)(6) topics
22      we're here to talk about.
23      Q.    So you have no understanding as to
24  whether or not -- no belief as to whether or
25  not any games and the outcomes of any games

Page 82

- T. OSTERTAG -

2  over the past 20 years have been affected by
3  performance-enhancing drugs?
4      MR. MISHKIN:  It's been asked and
5      answered and, Mr. Hoffman, it is outside
6      of the 30(b)(6) topics.  I've let you
7      answer several questions about it.  But
8      when they get as repetitive as that last
9      one was, I think -- I'm not going to
10      direct the witness not to answer, but I
11      think it's outside the reasons for being
12      here.
13      Q.    You can answer.
14      A.    I'll incorporate my last answer.
15      Q.    Your last answer was "that's not my
16  area."  So does that mean you have no opinion
17  on that?
18      A.    I'm not going to say anything more
19  about that.
20      Q.    Okay.  Now, is it Major League
21  Baseball's contention that the percentage of
22  the public with a perception that Major League
23  Baseball games might be fixed would go up if
24  New Jersey legalized sports gambling?
25      A.    I think I understood that question,

Page 83

- T. OSTERTAG -

2  but I'll ask you to read it again.
3      Q.    Sure.  Is it Major League
4  Baseball's contention that the percentage of
5  the public with the perception that Major
6  League Baseball games might be fixed would go
7  up if New Jersey legalized sports gambling?
8      MR. MISHKIN:  Lacks foundation.
9      A.    We think that's at least a risk.
10  It's a risk we don't want to take, and it
11  might very well happen if huge additional
12  numbers of people are gambling on our games.
13  That is a real risk.
14      Q.    Does Major League Baseball have any
15  consumer surveys or studies regarding the
16  level of public perception of game-fixing?
17      MR. MISHKIN:  Asked and answered.
18      A.    I think so, also.
19      Q.    I'm still entitled to an answer.
20      A.    "I think also," just to be clear,
21  was in response to asked and answered, not a
22  yes answer to the question.
23      Q.    It's probably -- look, I'm going to
24  ask it again.  If you'd just answer the
25  question, it's probably going to be easier.

Page 84

- T. OSTERTAG -

2      Does Major League Baseball have any
3  consumer surveys or studies regarding the
4  level of public perception of game-fixing?
5      A.    Not that I know of.  And, again,
6  our impression is there really isn't anybody
7  out there who believes our games are fixed.
8  We believe right now our game, our sport, is
9  perceived as pure and honest and great
10  competition.
11      Q.    Mr. Ostertag, you say you believe
12  right now that your game, your sport, is
13  perceived as pure and honest and great
14  competition.  What do you base that belief on?
15      A.    As far as the public perception,
16  you might not be surprised to hear I read a
17  lot of clips, reports, of all types written by
18  baseball writers about our sport.  I can't
19  recall, in all my years in baseball, reading
20  anything that suggests that someone believes
21  that our sport is anything other than good,
22  clean, honest competition and that players are
23  trying 100 percent to win games.  That's what
24  writers think.
25      They will criticize a lot of things

Page 85

- T. OSTERTAG -

1
2  but they won't criticize that.  They love the
3  sport, they think the players are out there
4  doing their best trying to win games.  And
5  that's what we want them to think because
6  that's what's going on, as far as we know.
7           And I don't think -- you know, I'm
8  not going to speak for the other sports, but
9  fortunately I think they are pretty much in
10 the same position.  People believe the players
11 on the team are trying to win games, and
12 that's what we want.
13     Q.   So just to be clear, you have not
14 read anything in the media or sports
15 literature from anyone suggesting that, for
16 any reason, that Major League Baseball games
17 are something other than honest competition?
18          MR. MISHKIN:  Objection to the "for
19     any reason."
20     A.   What I talked about was players and
21 teams trying 100 percent.  And, again, I don't
22 think I've read a single thing in all of my
23 years in baseball or all my years reading
24 baseball, which goes back far before I started
25 working in baseball, that anybody thinks that

Page 86

- T. OSTERTAG -

1
2  teams and players aren't trying to win 100
3  percent.  They are, and that's the perception.
4  And once again, we're very, very happy that's
5  the perception.  We want to preserve it that
6  way.
7      Q.   And just to be clear, this
8  perception that teams are trying 100 percent
9  to win, that perception in your mind, that
10 exists while sports gambling is legal in
11 Nevada, correct?
12     A.   Yes.
13     Q.   And this perception that teams are
14 trying to win 100 percent also exists with
15 a -- we can argue about the size, but it
16 exists with a substantial illegal sports
17 gambling market.  Would you agree with that?
18     A.   Yes.  You're calling it
19 substantial.  I said earlier in this
20 deposition I don't know how to characterize
21 it.  But there is an illegal market for
22 betting on sports, no question.
23     Q.   I want to turn to a third type of
24 harm which I think you talked about, and that
25 is fan loyalty to teams.  And is it your

Page 87

- T. OSTERTAG -

1
2  understanding that Major League Baseball is
3  alleging that sports gambling will diminish
4  fan loyalty?
5      A.   Once again, we think the risk
6  exists that if there's gambling on baseball
7  and if the perception by the fan base is that
8  our sport is a vehicle to win money or lose
9  money -- and there will be losers for sure,
10 more losers than winners, who will be
11 resentful from having lost.  But one way or
12 the other, if our sport becomes perceived as a
13 vehicle to try to win money, it undermines
14 what we're trying to sell and it is a clear
15 negative to us.
16     Q.   Is part of the concern that
17 gamblers will be predicting outcomes of the
18 games with their -- for lack of a better word,
19 their brain instead of their heart?
20          MR. MISHKIN:  Could you read that
21     back, please.
22          (Requested portion read.)
23          MR. MISHKIN:  I object to the form
24     of the question.  If you have an
25     understanding of what Mr. Hoffman is

Page 88

- T. OSTERTAG -

1
2  getting at, you can attempt to answer it.
3      A.   Those wouldn't be the exact words I
4  would choose, but I do see what you're getting
5  at.  And there is -- there is clearly some
6  truth to what you're getting at in that our
7  fans, we believe, predict the outcome of
8  games, outcomes of games with their brains and
9  their hearts and maybe other things, too,
10 including superstitions and all the other
11 things that baseball fans are influenced by;
12 all positive influences, as a matter of fact.
13          But gamblers will look at our games
14 as a way to make money, and that is not the
15 way we want our game perceived and we think it
16 has the risk of undermining what we sell.
17     Q.   Is part of the concern also that
18 sports gamblers will invest on the performance
19 of players and teams and not necessarily
20 whether the players or teams win or lose?
21          MR. MISHKIN:  Object to the form.
22     Q.   In other words, let me ask it a
23 different way:  Are you aware that gambling
24 exists where bets are placed not on whether a
25 team wins or loses?

Page 89

- T. OSTERTAG -

2    A.    You know, my understanding of

3  sports bidding is that it's betting on whether

4  a team wins or loses.

5    Q.    What about -- let me give you a

6  hypothetical:  Are you aware -- or let me ask

7  you this way:  Are you aware of that in Las

8  Vegas, for example, you can gamble before the

9  season starts on whether a particular team

10  will win the World Series?

11    A.    I believe I've read of those kinds

12  of odds, so I guess the answer has to be yes,

13  um-hmm.

14    Q.    Okay.  And another hypothetical we

15  talked about earlier:  Are you aware that at

16  least in the legal sports gambling market,

17  that gamblers can place bets on the number of

18  runs that are -- total number of runs scored

19  in a game, what's called the over/under?

20    A.    You said in the illegal market?

21    Q.    In the legal market.

22    A.    I can't say that I've heard that.

23  I've heard of that in other sports, but I'm

24  not sure that I've ever heard of that in

25  baseball.

VERITEXT REPORTING COMPANY
www.veritext.com
212-267-6868    516-608-2400

Page 90

- T. OSTERTAG -

2    Q.    If we want to focus in on other

3  sports, would you agree with me, though, that

4  a bettor or a gambler betting on the

5  over/under would not necessarily be predicting

6  whether a team wins or loses?

7    A.    You're asking me about other sports

8  now?

9    Q.    I'm asking you about other sports,

10  yes.

11    A.    It's hard for me to speak about

12  other sports, but I think, you know, everybody

13  knows there are such things as points that are

14  given or taken in regard to some other sports,

15  and there have been point-shaving scandals in

16  some other sports.

17    Q.    Has Major League Baseball seen any

18  diminishment in fan loyalty over the past 20

19  years?

20    A.    We believe the sport has grown

21  extremely nicely in the past 20 years.  Well,

22  I'll put the point -- it's almost 20.  I would

23  say starting in -- starting probably in 1995

24  after our work stoppage, is the best starting

25  point to measure it from.

VERITEXT REPORTING COMPANY
www.veritext.com
212-267-6868    516-608-2400

Page 91

- T. OSTERTAG -

2    Q.    Okay.  So just to be clear, since

3  1995 Major League Baseball has not seen any

4  diminishment in fan loyalty since that time

5  and, in fact, it has seen what you would

6  describe as an increase in fan loyalty in that

7  time?

8    MR. MISHKIN:  Object to the form of

9  the question.

10    A.    The word loyalty, you know, maybe I

11  was answering the question that you previously

12  asked about or having in mind more attendance,

13  revenues and traditional measures of growth of

14  the sport.  Loyalty?  If those -- if loyalty's

15  an equivalent to attendance and the growth of

16  the sport, then the answer is yes.  If

17  loyalty's some other concept, then I'm not

18  sure how to answer it.

19    Q.    Does Major League Baseball have any

20  studies or surveys on which factors fans find

21  important in terms of their loyalty to a

22  particular team?

23    A.    You're asking about a marketing

24  question and I don't know.

25    Q.    Now, you touched on this as part of

VERITEXT REPORTING COMPANY
www.veritext.com
212-267-6868    516-608-2400

Page 92

- T. OSTERTAG -

2  your earlier answer.  But has attendance for

3  Major League Baseball increased or decreased

4  over the past 20 years?

5    A.    Attendance has generally increased

6  substantially over the past, again, I'll call

7  it 17 years, since 1995.  That's not to say

8  that it's increased every one of those years.

9  It has not.

10    Q.    Okay.  Does Major League Baseball

11  have any studies of the impact that New

12  Jersey's sports gambling law would have on

13  attendance or ticket sales?

14    MR. MISHKIN:  It's been asked and

15  answered in various ways.  But go ahead.

16    A.    I don't know of any particular

17  studies.  I can tell you, though, we feel and

18  fear that legalization of gambling in New

19  Jersey would risk undermining the foundation

20  of the sport and undermine what we are selling

21  and therefore cause a decrease in the fan base

22  that we want and an overall decrease in the

23  fan base.

24    Q.    Since 1995, has television ratings

25  increased or decreased for Major League

VERITEXT REPORTING COMPANY
www.veritext.com
212-267-6868    516-608-2400

Page 93

- T. OSTERTAG -

1
2   Baseball?
3       A.    Since 1995 national television
4   ratings--and this is a complicated
5   subject--but if you're talking about, as an
6   example post-season ratings, they have
7   generally decreased along with the ratings of
8   almost all sports and entertainment properties
9   because of the fractionalization of the
10  entertainment market and the number of
11  different outlets there are now for viewers to
12  watch.
13      Q.    Since 1995 has broadcast revenue
14  for Major League Baseball increased or
15  decreased?
16      A.    Increased.
17      Q.    Since 1995 has total team revenue
18  increased or decreased for Major League
19  Baseball?
20      A.    Increased.  And, again, I'm
21  answering generally.
22      Q.    I think one of your earlier answers
23  another form of harm you discussed was what
24  you described as the negative pall that
25  official government sanction of gambling would

Page 94

- T. OSTERTAG -

1
2   create.  Is that accurate?
3       A.    That sounds like what I said and I
4   believe it, yes.
5       Q.    Okay.  What do you base that
6   contention on?
7       A.    It is my feeling--you asked my
8   feeling and it's a feeling, I believe, from
9   all of us in baseball--that if the government,
10  any government, especially one so close to so
11  many teams and so many residents, officially
12  approve the idea of gambling on baseball, we
13  think it would be a very negative thing for
14  the perception of the sport and would cause
15  the risk of all the things I've already
16  outlined in this deposition.
17      Q.    Do you have any empirical data to
18  support that contention?
19      A.    I think I've answered that a number
20  of times and I will incorporate those answers.
21      Q.    So the answer is no, you do not
22  have any empirical data to support that
23  contention?
24      A.    If there's a formal study, you
25  would have had it.  The data, I guess, would

Page 95

- T. OSTERTAG -

1
2   have to have been written down and you would
3   have had it.
4           But the firm belief, based on
5   experience of so many people who are in our
6   department of investigations and elsewhere in
7   our office, too, as a matter of fact, that an
8   official sanction from the government, an
9   official approval that gambling on baseball is
10  okay would clearly have a negative effect on
11  the sport is just undeniable.
12      Q.    Now, Mr. Ostertag, is there
13  anything else you're relying on in support of
14  Major League Baseball's allegations of harm in
15  this case?
16          MR. MISHKIN:  His understanding,
17  Counsel?  Is that --
18      Q.    Yes.  What is your understanding of
19  -- we've talked about various harms today.  Is
20  there anything else -- what is your
21  understanding in terms of anything else that
22  Major League Baseball is relying on in support
23  of its harm allegations?
24      A.    Sitting here today, I can't think
25  of things other than what we've discussed.

Page 96

- T. OSTERTAG -

1
2   There may be, but I can't think of it right
3   now.
4       Q.    What is Major League Baseball's
5   official position on the use of odds or point
6   spreads in the sports media?
7           MR. MISHKIN:  Objection, lacks
8   foundation.  You can answer.
9       A.    Our official position?  I don't
10  know if we've got one.  I can't think of ever
11  having heard any official position about that.
12      Q.    Okay.  Now, you're aware that there
13  are many media outlets that post odds or point
14  spreads regarding Major League Baseball games?
15      A.    You know, I'm not sure how you
16  define "many."  Again, I've read more articles
17  than you can imagine about the sport, and I
18  never come across them.  I just never come
19  across odds.
20          I sometimes hear that a team is
21  favored to win or is expected to win the World
22  Series and other series, but I just don't see
23  odds.  Sometimes I hear about them in other
24  sports and probably more frequently than about
25  baseball.

Page 97

- T. OSTERTAG -

2    Q.    Just to be clear, have you on any
3  occasion seen odds or point spreads, run
4  spreads, posted in the newspaper regarding
5  Major League Baseball games?
6    A.    On any occasion?
7    Q.    On any occasion.
8    A.    I recall when I was a kid seeing
9  them in the New York Post all the time and not
10  understanding them.
11    Q.    Now, I think you touched on this,
12  but stepping away from odds or point spreads,
13  are you aware that various sports media makes
14  predictions on the outcomes of Major League
15  Baseball games in advance of those games?
16    A.    That sports media makes predictions
17  of outcomes?  Of course, they all do.  Well, I
18  shouldn't say all but many, many sportscasters
19  and baseball writers will state their belief
20  as to who's going to win a series or even a
21  game and their reasons for it.  That's part of
22  what pundits do.  It is part of the dialogue
23  of our sport.
24    Q.    Does Major League Baseball actively
25  discourage the sports media from making

Page 98

- T. OSTERTAG -

2  predictions on the outcomes of Major League
3  Baseball games?
4    A.    Making just predictions as to who's
5  going to win?
6    Q.    Predictions.
7    A.    Of course, not.
8    Q.    Does Major League Baseball actively
9  discourage sports media from posting odds or
10  point spreads for baseball?
11    A.    That's similar to the question you
12  asked before whether we have an official
13  position, and I don't know of that.  I just
14  have never heard of any official position or
15  any discouragement that we have --
16    Q.    Now --
17    A.    -- issued.  I haven't finished my
18  answer.
19    Q.    I'm sorry.
20    A.    -- that we have issued.
21         Again, in the context of if I don't
22  see it much, there can't be a whole lot of it
23  out there because of the amount that I read.
24  I'm sure you can find it somewhere.
25    Q.    Mr. Ostertag, on MLB.com's fantasy

Page 99

- T. OSTERTAG -

2  home page, there's a link to CBSSports.com.  I
3  think they're a partner for Fantasy Sports.
4  Are you aware of that?
5    A.    Yes.
6    Q.    Now, are you also aware that
7  CBSSports.com posts odds on Major League
8  Baseball games?
9    A.    No.
10    Q.    If CBSSports.com did post odds on
11  Major League Baseball games, is that something
12  you would be concerned about it?
13    A.    Are you asking about me,
14  personally?
15    Q.    I'm asking about you as a
16  representative of Major League Baseball, as a
17  30(b)(6) witness.
18    A.    I'm not sure how to answer it
19  because I am assuming that it is not part of
20  the relationship that our website has with
21  CBSSports.com but is something that
22  CBSSports.com just does itself.  I don't know
23  how to answer beyond that.
24    Q.    Any concern that Major League
25  Baseball would be perceived as endorsing the

Page 100

- T. OSTERTAG -

2  posting of odds if it is on the CBSSports.com
3  website, which in itself is linked to
4  MLB.com's fantasy website?
5    A.    To answer that question, I'd really
6  have to go on the sites and see exactly how
7  it is done, how the connection is made,
8  et cetera.  I don't think I have enough
9  information to answer that one way or the
10  other.
11         But I can tell you that I haven't
12  heard of anybody who has written or stated
13  that that is somehow an official sanction of
14  Major League Baseball of the posting of odds
15  on CBSSports.com.
16    Q.    Okay.  So, again, let's take a
17  hypothetical.  If CBSSports.com has odds on
18  Major League Baseball games posted and there's
19  a link to CBSSports.com on Major League
20  Baseball's fantasy home page, would you be
21  concerned about any public perception that
22  Major League Baseball is endorsing sports
23  gambling?
24    A.    Same answer as I gave before.  I'd
25  need to know more details before I could

Page 101

```
1                  - T. OSTERTAG -
2    answer that intelligently.
3         Q.    What more details do you need from
4    my hypothetical before you can answer it?
5         A.    I would need to see how close a
6    connection it looked like.  I'd like to know
7    if what my experience is, the case is true
8    with others, that nobody's seen anybody make
9    that connection that somehow there is an
10   official sanction of baseball, is there an
11   official approval of ours to the posting of
12   odds on CBSSports.com.  There's a lot to be
13   learned before I could answer that question.
14        Q.    Mr. Ostertag, how would you define
15   fantasy sports?
16        MR. MISHKIN:  I'm quite sure this
17        was directly asked and answered a while
18        ago, but you can answer it.
19        A.    Again, I've answered this in the
20   context of not being a fantasy sports player
21   ever, not once.  But my understanding is that
22   it involves the selection through a draft of
23   individual players over all 30 teams in
24   baseball--I'm taking baseball just as an
25   example now--and assembling a team out of
```

Page 103

```
1                  - T. OSTERTAG -
2    categories of people that come to mind:  those
3    who play and maybe have a lot of experience
4    playing, and that would probably include
5    people working in baseball and those not
6    working in baseball.  And the other category
7    that comes to mind is those who work at
8    MLB.com.
9         Q.    Did you talk to anybody at MLB.com
10   before today's deposition in preparation for
11   today's deposition?
12        A.    No.
13        Q.    Mr. Ostertag, I know your knowledge
14   of fantasy sports sounds limited, but would
15   you at least agree with me that the outcome
16   for fantasy sports is at least partially based
17   on luck?
18        A.    Again, I don't know how to answer
19   that.  I really don't know enough, I don't
20   have a feel for a player.  I'm one of those
21   people that doesn't think a hole-in-one is
22   lucky; I think a hole-in-one is skill but a
23   very, very rare skill.  I mean, somebody who
24   shot a hole-in-one was trying, he was aiming
25   at the hole.  It happens very rarely.
```

Page 102

```
1                  - T. OSTERTAG -
2    those players and then seeing how that team of
3    this disparate group of 30 players performs
4    against all of the teams in that particular
5    league that one is playing in.
6         Q.    Now, you would agree that some
7    fantasy sports leagues do have entry fees?
8         A.    Yes.
9         Q.    Would you agree that there are
10   often monetary prizes for winning fantasy
11   leagues?
12        A.    I think that's exactly right.
13        Q.    Would you agree that success in
14   fantasy sports tends to be a combination of
15   both skill and luck?
16        A.    Again, I haven't played.  I'm not
17   sure I have a good feel for what constitutes
18   success.
19        Q.    Who at Major League Baseball would
20   have a better feel of whether fantasy sports
21   tends to be a combination of both skill and
22   luck?
23        MR. MISHKIN:  Objection as lacking
24        in foundation.  But you can answer.
25        A.    You know, I guess there are two
```

Page 104

```
1                  - T. OSTERTAG -
2         Q.    Let me ask it this way:  Would you
3    agree with me that no amount of research on an
4    individual player can guarantee a certain
5    outcome for that player?
6         A.    That's hard to disagree with.
7    Yeah, people are surprised by performances all
8    the time.
9         Q.    Now, based on your knowledge of
10   fantasy sports, would you agree with me that
11   participants in fantasy sports invest, whether
12   it's money or energy or pride, on the
13   performance of individual players and not
14   whether a team wins or loses?
15        MR. MISHKIN:  Object to the form of
16        the question.
17        A.    You have to repeat that for me.
18        Q.    Okay.  Would you agree with me that
19   participants in fantasy sports invest, whether
20   it's their money, their energy, their pride,
21   on the performance of individual players and
22   not on whether a team wins or loses?
23        A.    When you refer to team, are you
24   referring to a Major League Baseball team.
25        Q.    I am.
```

Page 105

```
 1              - T. OSTERTAG -
 2       A.    As opposed to a team that they
 3   assembled?
 4       Q.    I am.
 5       A.    Again, not having played but my
 6   understanding is that how well a fantasy team
 7   performs is a function of how well the
 8   individual players perform.
 9       Q.    And the corollary is not a function
10   on whether a particular Major League Baseball
11   team, how well they perform?
12       A.    Correct.  Of course, there can be
13   correlation in that players perform well and
14   the team therefore performs well.
15       Q.    Does Major League Baseball support
16   or sponsor fantasy baseball?
17       A.    Earlier you said Major League
18   Baseball referred to the Commissioner's office
19   and the Commissioner's office is not involved
20   in fantasy baseball.
21       Q.    Who within Major League Baseball is
22   involved in fantasy baseball?
23       A.    Again, you used Major League
24   Baseball.  If you're talking about the entire
25   industry and affiliated companies, once again,
```

Page 106

```
 1              - T. OSTERTAG -
 2   it's our website MLB.com, and the name of that
 3   company is MLB.com Advanced Media.
 4       Q.    What is the relationship between
 5   MLB Advanced Media and the Commissioner's
 6   office?
 7       A.    MLB Advanced Media is owned
 8   directly by the 30 clubs.
 9       Q.    Does Major League Baseball have any
10   concern about Major League Baseball players
11   participating in fantasy sports?
12       A.    We don't have any policy against
13   that, that I know of.
14       Q.    Why not?
15       A.    Because we consider fantasy sports
16   to be far removed from gambling and I've never
17   heard -- I started out this deposition saying
18   that my responsibilities do not include player
19   relations and labor and employment.  I don't
20   think there is any policy that prohibits
21   players from playing fantasy sports, but I --
22   I always hesitate when I'm answering questions
23   about employee relations matters.
24       Q.    Now, I'm going to drill down a
25   little bit more.  Does Major League Baseball
```

Page 107

```
 1              - T. OSTERTAG -
 2   have any concern about Major League Baseball
 3   players participating in fantasy baseball?
 4       A.    Same answer.
 5       Q.    Would your answer change if there
 6   is an entry fee or a monetary prize for
 7   winning a fantasy league?
 8       A.    No.  There's no connection -- my
 9   understanding is there's no connection between
10   the fee and the prize.  You can't choose to
11   bet more to increase your winnings.
12       Q.    So just to be clear, Major League
13   Baseball does not have -- currently does not
14   have any concern about Major League Baseball
15   players participating in fantasy baseball even
16   if the league has an entry fee or a monetary
17   prize?
18       MR. MISHKIN:  Mr. Hoffman, please
19       don't try to characterize the witness'
20       testimony.  It's on the record.  You can
21       ask a question, but what you did there
22       was just try to rephrase it and I object
23       to that.
24       Q.    Okay.  Well, let me ask the
25   question this way:  Does Major League Baseball
```

Page 108

```
 1              - T. OSTERTAG -
 2   have any concern about Major League Baseball
 3   players participating in fantasy baseball if
 4   the fantasy baseball league has an entry fee
 5   or monetary prize for winning that league?
 6       A.    I gave you a careful answer to that
 7   question before.  It was a combination maybe
 8   of two different questions, but I'll
 9   incorporate that answer by reference.
10       Q.    Does Major League Baseball think
11   that participation in fantasy sports can be a
12   steppingstone to legal sports betting?
13       A.    I've never heard that concern ever
14   expressed.  It's a whole different animal.
15       Q.    Does Major League Baseball think
16   that participation in fantasy sports can be a
17   steppingstone to illegal sports betting?
18       A.    Same answer.
19       Q.    Has Major League Baseball conducted
20   any studies of the impact of fantasy sports on
21   fan loyalty?
22       A.    Once again, that's more a marketing
23   issue.  I don't know.
24       Q.    Has Major League Baseball conducted
25   any studies of the impact on fantasy sports on
```

Page 109

```
 1              - T. OSTERTAG -
 2   attendance or ticket sales?
 3        A.   Same answer.
 4        Q.   Has Major League Baseball conducted
 5   any studies on the impact of fantasy sports on
 6   TV ratings?
 7        A.   Same answer.
 8        Q.   Has Major League Baseball conducted
 9   any studies of the impact of fantasy sports on
10   broadcast revenue?
11        A.   Same answer.
12        Q.   Has Major League Baseball conducted
13   any studies on the impact of fantasy sports on
14   total team revenue?
15        A.   Same answer.
16             MR. HOFFMAN:  All right.  I think
17        we're up to Exhibit 4.  I'm going to give
18        you what's from MLB.com, Fantasy Baseball
19        Official Rules, and we'll mark it
20        Exhibit 4.
21             (Exhibit 4: MLB.com, Fantasy
22        Baseball Official Rules, was marked for
23        identification.)
24   BY MR. HOFFMAN (continuing):
25        Q.   Now, if you just look at the front
```

Page 110

```
 1              - T. OSTERTAG -
 2   page there, MLB.com sponsored a fantasy
 3   baseball contest in 2012, correct?
 4        A.   It says that.  I don't have
 5   independent knowledge.  I mean, I hear of
 6   things they do from time to time, but I don't
 7   follow their fantasy games at all.
 8        Q.   If you could turn to page 11 of
 9   that document and it's Bates number 00004081,
10   and if you look sort of in the middle of the
11   page, there's a heading that says Grand Prize.
12   Do you see that?
13        A.   Yes.
14        Q.   And here the grand prize winner of
15   that fantasy baseball contest would receive
16   10,000 U.S. dollars.  Correct?
17        A.   Yes.
18        Q.   Any concern that such a fantasy
19   baseball contest would damage fan loyalty, in
20   general?
21        A.   This is a contest, right?  I mean,
22   just so it's clear what's happening here,
23   you've put in front of me a document that is
24   what, an inch and a half thick, maybe an inch
25   thick, and you ask me to look at a page here
```

Page 111

```
 1              - T. OSTERTAG -
 2   that has probably hundreds and hundreds of
 3   words in tiny print and pointing out the grand
 4   prize paragraph which is about a third of the
 5   way down the page, and you're asking me a
 6   question about this.  It's completely out of
 7   context for me, and I've already forgotten
 8   your question.
 9        Q.   All right.  Let me -- any concern
10   that awarding a participant $10,000 for
11   winning a fantasy baseball contest would
12   damage fan loyalty?
13        A.   Once again, I'll refer to this as a
14   marketing issue you're asking about and I
15   don't know.  But I would think it's quite
16   clear that if we thought it would damage fan
17   loyalty, it wouldn't be done.
18        Q.   Any concern that MLB.com sponsoring
19   a fantasy contest awarding a prize of $10,000
20   would be perceived as a vehicle for winning
21   money as opposed to honest competition?
22             MR. MISHKIN:  Object to the form of
23        the question.
24        A.   That question I clearly don't
25   understand.
```

Page 112

```
 1              - T. OSTERTAG -
 2        Q.   All right.  Let me ask it again.
 3             Is Major League Baseball concerned
 4   that a fantasy baseball contest that awards a
 5   grand prize of $10,000 would be perceived as a
 6   vehicle for winning money as opposed to
 7   sponsoring honest competition?
 8             MR. MISHKIN:  Same objection to the
 9        form.
10        A.   You're referring to competition
11   among the 30 teams that constitute Major
12   League Baseball on the field?
13        Q.   Yes.
14        A.   That there's a connection between
15   this contest, that I will take your word for,
16   involves a fantasy game as we described
17   before, as you described and I discussed about
18   picking individual players from teams and
19   putting together a team, that this would
20   undermine the concerns I expressed earlier?
21        Q.   Yes.
22        A.   I've never heard of any concern
23   like that.
24        Q.   Well, let me ask it this way:
25   Earlier I think one of the harms you discussed
```

Page 113

```
1                  - T. OSTERTAG -
2    was that legalizing sports gambling would
3    create the perception that Major League
4    Baseball would be viewed as a vehicle for
5    winning money as opposed to a vehicle for
6    honest competition.  Am I accurately --
7         A.   Yes.  The games of our teams, the
8    teams that constitute Major League Baseball,
9    that was the concern I expressed.
10        Q.   Any concern about sponsoring a
11   fantasy baseball contest that awards a grand
12   prize of $10,000 would be perceived as a
13   vehicle for winning money?
14             MR. MISHKIN:  Asked and answered.
15             THE WITNESS:  I think it has been.
16        Q.   You can answer.
17        A.   I'll give you the same answer.
18   This is a fantasy game contest.  It doesn't
19   resemble gambling on teams that play games --
20   and I'm referring to teams now that constitute
21   Major League Baseball, our 30 clubs.  This is
22   different.  There isn't a connection between
23   the two.
24             This is a fantasy team, it's
25   make-up, it's made up, all right?  It's
```

Page 115

```
1                  - T. OSTERTAG -
2    winner of the game will win the National
3    League West Division and the loser will miss
4    the playoffs.  Are you with me so far?
5         A.   Yes.
6         Q.   Let's also assume that I have --
7    Giants pitcher, Matt Cane, is on my team, my
8    fantasy baseball team.  And the way the
9    statistics break out, if he pitches eight
10   innings of shut-out baseball and strikes out
11   at least ten batters, I'm going to win the
12   fantasy contest and the grand prize of
13   $10,000.  Are you still with me?
14        A.   Yes.
15        Q.   Would you agree that in this
16   scenario where I am a Dodgers fan and I have
17   Matt Cane on my fantasy baseball team, would
18   you agree with me that that could result in
19   shifting loyalties between my team and
20   something other than my team?
21             MR. MISHKIN:  You have my objection
22        that it's hypothetical and I'm not sure
23        what it adds but...
24        A.   No, I won't agree with that.  I
25   think that's such an attenuated hypothetical
```

Page 114

```
1                  - T. OSTERTAG -
2    pretend.  And there's not a connection.  This
3    is a contest this isn't gambling.  This is a
4    contest.  If this was gambling, I would assume
5    it would be illegal under PASPA and probably
6    other laws, too.  This is a contest.  And,
7    again, it's a pretend team, it's not a real
8    team.
9         Q.   Any concern by Major League
10   Baseball that a focus on a pretend team would
11   damage the bonds of loyalty and devotion
12   between fans and actual teams?
13        A.   I would refer to that as a
14   marketing issue that I don't know, but I
15   certainly haven't heard of any concerns ever
16   expressed.
17        Q.   I'm going to pose the following
18   hypothetical to you:  Let's assume I'm a
19   diehard Dodgers fan, which I actually am, but
20   I'm also an avid fantasy baseball player.  And
21   I'm participating in Major League Baseball's
22   fantasy baseball contest, okay?
23        A.   Okay.
24        Q.   Now, on the last day of the season,
25   the Dodgers are playing the Giants and the
```

Page 116

```
1                  - T. OSTERTAG -
2    that it doesn't get me anywhere and I don't
3    think it will get you anywhere either.
4         Q.   Okay.  So in other words, you do
5    not agree with me--or maybe you do agree with
6    me--that I have an interest in rooting for an
7    event that will hurt the Dodgers' chance of
8    making the playoffs in my hypothetical?
9             MR. MISHKIN:  Object to the form of
10        the question.  That's really not a
11        question.
12        Q.   Let me ask it again.
13             In the hypothetical I just posed to
14   you, would you agree with me that I have a
15   financial interest in rooting for an event
16   that will hurt the Dodgers' chance of making
17   the playoffs?
18             MR. MISHKIN:  I'm going to object
19        to the form of the question.  There's a
20        point at which you're arguing with the
21        witness, which I think is beyond the
22        permissible scope of the deposition and
23        testimony, in general.
24             So, you know, with all the latitude
25        you're entitled to here and we are going
```

Page 117

```
 1              - T. OSTERTAG -
 2      and have given you, I just want the
 3      record clear that with enough repetition,
 4      you're getting into simple argument which
 5      you can save for the Court.
 6      Q.   Do you need my question read back?
 7      A.   Yeah.
 8           (Requested portion read.)
 9      A.   Without being a player of fantasy
10 games, without being in a position myself
11 ever, I don't know how to answer that
12 question.  I have no idea how a player would
13 feel in that situation.  I just don't know how
14 to answer it.
15      Q.   If you could turn to the first page
16 of that document.  Now, it's kind of hard to
17 see but on the top of the first page, there
18 appears to be some writing up towards the very
19 top.  Do you see that, to the right of Fantasy
20 Baseball?
21      A.   Um-hmm.
22      Q.   And I'm not sure if your copy's as
23 good as mine, but what it appears to say is
24 Foxwoods.  Do you see that?
25      A.   Yes, um-hmm.
```

Page 118

```
 1              - T. OSTERTAG -
 2      MR. MISHKIN:  What page are we on?
 3      MR. HOFFMAN:  The very first page.
 4      MR. MISHKIN:  Yes.
 5      Q.   Now, do you know what Foxwoods
 6 refers to, Mr. Ostertag?
 7      A.   I think so.  I haven't been there
 8 but I think so.
 9      Q.   And what does that refer to?
10      A.   It's a complex in I believe it's
11 Connecticut--it might be Rhode Island--of
12 casinos, restaurants, hotels and maybe other
13 things, too.
14      Q.   Okay.  So Foxwoods includes a
15 casino; is that correct?
16      A.   As far as I know, yes.
17      Q.   Based on the fact Foxwoods appears
18 on this MLB.com website, is Foxwoods a sponsor
19 of MLB.com?
20      A.   I don't have any information about
21 that other than what you're showing me here.
22      Q.   So any information on whether
23 Foxwoods sponsored this particular fantasy
24 baseball contest?
25      A.   Same answer.
```

Page 119

```
 1              - T. OSTERTAG -
 2      MR. HOFFMAN:  I'm going to
 3      introduce I think we're up to MLB
 4      Exhibit 5.
 5           (Exhibit 5: NewsRoom article, was
 6      marked for identification.)
 7 BY MR. HOFFMAN (continuing):
 8      Q.   If you need a minute or two to
 9 review, please do so.
10      A.   (Examining document.)
11      Are you asking me to read all this?
12      Q.   It's up to you.  If you'd like to,
13 I'm giving you the opportunity to.
14      MR. MISHKIN:  Let me suggest you
15      put your question and then we can --
16      MR. HOFFMAN:  Sure.
17      Q.   I'm going to point you to some
18 various statements in this article.
19 Specifically if you go to page 2.
20      MR. MISHKIN:  Mr. Hoffman, one
21      question I have:  Was this produced to us
22      prior to October 29th, 2012?
23      MR. HOFFMAN:  I do not believe so,
24      no.
25      MR. MISHKIN:  Well, then you can't
```

Page 120

```
 1              - T. OSTERTAG -
 2 rely on it.
 3      MR. HOFFMAN:  I can use whatever
 4      document I want to in a deposition.
 5      MR. MISHKIN:  No, no.  You're
 6      relying on it for the basis of questions.
 7      That, to me, is in clear violation of the
 8      Court's order.
 9      MR. HOFFMAN:  We're going to agree
10      to disagree on this.  That's not what the
11      Court's order is, to my understanding.
12      MR. MISHKIN:  I'm reading it, I
13      have it in front of me:  Any documents in
14      your possession, custody or control on
15      which you intend to rely no later than
16      October 29th and any later than that, you
17      can't use it.
18      Okay, so you disagree with my
19      reading.  You have my objection that this
20      is improper questioning and at the
21      appropriate time, we'll move to strike
22      it.
23      MR. HOFFMAN:  Okay.  That's fine.
24 BY MR. HOFFMAN (continuing):
25      Q.   So if you can look at sort of in
```

Page 121

```
1              - T. OSTERTAG -
2   the middle of page 2, there's a sentence that
3   starts:  The NFL is not alone in condoning
4   fantasy football.
5       A.   I see that sentence.
6       Q.   Okay.  Then it says:  Both Major
7   League Baseball and the MBA say they have no
8   issue with their athletes morphing into mock
9   GMs and playing with fantasy sports teams.
10           And then we have a quote from MLB
11  spokesman Rich Levin where he says:  We have no
12  problem with players participating.  We're not
13  concerned.
14           Do you agree with Mr. Levin's
15  statement?
16           MR. MISHKIN:  Object to the form of
17       the question.  As reported in this
18       article.
19       A.   Right.  We have to assume first
20  that the reporting is accurate and that the
21  quote is accurate.  But if you're asking me if
22  I agree with Mr. Levin, it's the same answer I
23  gave before to the effect of I don't believe
24  we have any policies against players
25  participating.
```

Page 123

```
1              - T. OSTERTAG -
2           Now, does that type of statement
3   from an NFL player participating in a fantasy
4   sports league concern Major League Baseball?
5       A.   You know, same answer that I gave
6   before.  I can't really answer this.  This is
7   an article that has a quotation about somebody
8   in another sport and people I don't know.  I
9   know Tom Brady, of course.  You know, I don't
10  know how to answer this.  I do note the
11  reference to the ugly, ugly situation about
12  the Boston College gambling scandal up front.
13  That's exactly what we're afraid of.
14       Q.   Just to be clear, you have no
15  reaction, whether positive or negative, to an
16  NFL player saying:  I can't be happy with him
17  throwing a TD pass, but in the back of my mind
18  I'm like, yeah, I just got six points in my
19  fantasy league?
20           MR. MISHKIN:  Object to the form of
21       the question.  The question to begin
22       with, just to be clear, I'm now going to
23       read -- you know, I'm not going to
24       restate the answer.  I object to -- the
25       answer's in the record.  So just put the
```

Page 122

```
1              - T. OSTERTAG -
2           But I was hesitant to give a
3   definitive answer because it involves player
4   relations and that's not my area.  It sounds
5   like Mr. Levin is confirming what I thought
6   was the case, if this is an accurate quote.
7       Q.   Okay.  If you could go back to the
8   first page and there's a statement again about
9   halfway down the page.  It starts with the
10  statement:  June and Cooley went on the record
11  about their fantasy football passion.
12       A.   Halfway down the first page?
13       Q.   Yes.
14       A.   Okay.  I see the sentence.
15       Q.   Okay.  So it says:  June and
16  Cooley, who are two NFL players, went on the
17  record about their fantasy football passion
18  with June boasting about his fantasy 'Juneimus
19  D' team featuring starting quarterback Tom
20  Brady.
21           And then he's quoted by this
22  reporter as saying:  Playing New England I
23  can't be happy with him throwing a TD pass,
24  but in the back of my mind, I'm like, yeah, I
25  just got six points in my fantasy league.
```

Page 124

```
1              - T. OSTERTAG -
2   question without trying to characterize
3   what's in the record.  With that
4   objection, you can answer.
5       A.   It's untrue that I had no reaction.
6   What I said was I don't know how to answer the
7   question and I don't.  I can't get beyond the
8   sentence that refers to the ugly, ugly
9   situation.
10       Q.   To your knowledge, has Major League
11  Baseball taken any steps to police
12  participation in fantasy sports by its
13  athletes?
14       A.   Same answer that I gave before.
15       Q.   And you're not aware of any rules
16  or guidelines prohibiting participation in
17  fantasy baseball by Major League Baseball
18  players?
19       A.   Correct, I'm not aware of any.
20       Q.   If you go to now the bottom of page
21  1, it starts with the statement:  Las Vegas
22  gambling experts.  It's the third sentence
23  from the bottom?
24       A.   I see that.
25       Q.   Okay.  It says:  Las Vegas gambling
```

Page 125

- T. OSTERTAG -

1
2    experts, however, see fantasy leagues in the
3    same vein as your everyday casino patron
4    placing a bet at the black jack table.  It's
5    gambling, pure and simple.
6         Do you agree with that?
7    A.   No.
8    Q.   Why not?
9    A.   Because it's not gambling, pure and
10   simple.  And, you know, this is one reporter
11   referring to Las Vegas gambling experts
12   without any citation, throwing them all into
13   one bundle apparently, and I can't even
14   believe this sentence.  But it is clearly not
15   gambling, pure and simple.
16   Q.   If you go to the next page, a
17   gentleman by the name of Wayne Allyn Root, the
18   chairman and CEO of Winning Edge
19   International, a publicly traded sports
20   handicapping website, it says:  It's the same
21   thing.  You're betting money, you're gambling,
22   wagering, investing on the performance of
23   players and teams, not whether they win or
24   lose.
25        Would you agree with that

Page 126

- T. OSTERTAG -

1
2    statement?
3    A.   No, not at all.
4    Q.   And why not?
5    A.   For the same reason I gave before.
6    I can add to that answer that there's a
7    reference here to teams.  You're not gambling
8    on the performance of our teams anyway, maybe
9    these pretend teams but not our teams.  If it
10   were or if you were, it would be illegal
11   except in those very few places like Las Vegas
12   where it is legal.
13   Q.   Would you agree with me that for
14   fantasy sports--put teams to one side--that
15   they are gambling on the performance of
16   players?
17   A.   I don't call that gambling.
18   Q.   Are they putting money at stake
19   based on the performance of individual
20   players?
21        MR. MISHKIN:  Objection.  You're
22        arguing with the witness.  You can ask
23        him a question and he can give you an
24        answer.  If you don't like the answer,
25        raising your voice and stating it again

Page 127

- T. OSTERTAG -

1
2    is not doing anything but arguing.
3         However, you can answer the question.
4    A.   I don't view that as putting money
5    at stake.  There are fees and fees are
6    different from wagers.  And some fees are -- I
7    think maybe all fees, based on my
8    understanding, are paying for services.  If
9    you're playing in a fantasy league, somebody
10   has to perform substantial services.  And you
11   can't decide you're going to pay a higher fee
12   to increase your winnings in that league; you
13   pay a fee that is set.  And the winnings, as I
14   understand them, are set and they're set
15   before the league begins play.
16        This is not like going to a
17   racetrack and having the odds change based on
18   who's betting, having the payout change based
19   on who's betting and how many people are
20   betting and all sorts of other things where
21   the payout depends entirely upon what you bet
22   and what others bet.  This is different.  This
23   is a fee with a prize, it's a contest.  You
24   used the word "contest" yourself earlier.  You
25   read from the MLB.com rules, the word was

Page 128

- T. OSTERTAG -

1
2    contest.  If it were gambling, it would be
3    illegal.  It's not, it's not illegal and it's
4    not gambling.  It's widespread and it's not
5    gambling, it's a contest.
6    Q.   If I place a legal bet on a Major
7    League Baseball game in Las Vegas, am I
8    understanding that you're saying that the
9    payout could change based on others'
10   activities?
11   A.   Not having done it, I don't know
12   for sure.  I thought it did.  And I am almost
13   positive--in fact, I know because everybody
14   watches horse races sometimes--those payouts
15   do vary depending on how much money is bet and
16   which horse it is bet on.
17        As far as the payouts changing in
18   Las Vegas, I frankly would have thought the
19   same thing there.  Having not done it, I can't
20   say that for sure.  I don't know why you're
21   asking me these questions, you know.
22   Q.   I'm just trying to understand the
23   distinction you're making between fantasy
24   sports and legal sports gambling.  So I guess
25   -- and maybe you don't know the answer to

Page 129

```
                      - T. OSTERTAG -
 1
 2   this, but let me ask it this way:  If I go to
 3   Las Vegas and place a bet on a particular team
 4   to win a game and the odds are set at let's
 5   say three to one, okay?  And I --
 6   hypothetically let's say I bet $100.  Is it
 7   your understanding that that bet is now locked
 8   in and if I win the bet, I will win $300; or
 9   is it your understanding that somehow the
10   payout can change based on the activities of
11   other gamblers?
12        A.    You know, only for the purpose of
13   trying to get this going--because I'm tempted
14   to say, again, not having done it, I don't
15   know--but I would have expected the second of
16   those alternatives to be the truth, that the
17   payout could change depending on what
18   subsequent bettors bet.
19             Clearly, though, whether the odds
20   change or not, your winnings, assuming you
21   won, would change depending on how much money
22   you put down.  We're not talking about a
23   contest that has a $10,000 prize.  You're not
24   walking into a situation in that sportsbook
25   where, if you put down ten dollars or a
```

Page 130

```
                      - T. OSTERTAG -
 1
 2   hundred dollars or a thousand dollars and you
 3   win, you're going to win the same amount of
 4   money.  You're not going to win the same
 5   amount of money; you're going to win a
 6   different amount of money.  That's gambling.
 7   That's different than the fantasy contest
 8   we're talking about here.
 9        Q.    With fantasy sports players, they
10   presumably would have the option of selecting
11   from a number of different fantasy sports
12   leagues, correct?
13        A.    Sure.
14        Q.    So they may select one that has a
15   low entry fee or one that has a high entry fee
16   and a larger payout; is that accurate?
17        A.    That's my understanding.  But,
18   again, each individual prize is fixed.  It
19   doesn't depend on how much you decide to pay
20   into this pool of money.
21        Q.    Once you select the fantasy sports
22   league you want to choose, it is fixed.  But
23   you have the option of, in advance of actually
24   participating, selecting a fantasy sports
25   league to get the kind of payout that you may
```

Page 131

```
                      - T. OSTERTAG -
 1
 2   be looking for.  Is that accurate?
 3        A.    You can certainly choose one that's
 4   free.  But I also understand that there are
 5   different services provided.  Sometimes
 6   they're bundled with -- I believe our website
 7   bundles -- one of them you pay a higher fee
 8   but you receive a package of our radio
 9   broadcasts.
10             Now, you're paying for something
11   there.  This isn't a wager, it's a purchase.
12        Q.    Do you think that any gamblers who
13   place legal sports bets in Nevada do so as
14   part of the reason for entertainment value?
15        MR. MISHKIN:  Objection to what he
16        thinks other peoples' motivations are,
17        but with that objection.
18        A.    Again, never having done it, I
19   can't venture down that path at all.  I know
20   that there are way too many gambling addicts
21   and that's a problem.
22        MR. HOFFMAN:  Well, I see that
23        lunch has arrived.  Is now a good time?
24        MR. MISHKIN:  Sure.
25        (Lunch recess taken 12:24 p.m.)
```

Page 132

```
                      - T. OSTERTAG -
 1
 2        A F T E R N O O N   S E S S I O N
 3             (Resumed:  1:05 p.m.)
 4   CONTINUED EXAMINATION
 5   BY MR. HOFFMAN:
 6        Q.    All right.  Mr. Ostertag, before we
 7   took our lunch break, we were talking about
 8   this newspaper article from 2006, and I just
 9   have a couple more questions.
10             Right after we were talking about a
11   quote from Mr. Root where he says:  You're
12   betting money, you're gambling, wagering,
13   investing on the performance of players and
14   teams, and not whether they win or lose,
15   unquote.
16             The next part of his quote, he says:
17   If I bet on the Redskins plus 3 or plus 8,
18   then I'm not betting on them to win, I'm
19   betting on them to cover the point spread and
20   the League frowns upon that.  But if I'm
21   betting on a certain Redskins player to gain
22   100 yards today and that's my wish in the
23   fantasy football league, it's the same thing.
24   I don't care if the Redskins win.  I'm
25   cheering for that one player to get yards, and
```

Page 133

- T. OSTERTAG -

```
 1    whether the team wins or loses means nothing
 2    to me.
 3
 4              Do you agree with that statement?
 5       A.    I'll give you the same answer I
 6    gave before.  I don't know enough about
 7    fantasy sports.  I don't have the right feel
 8    for answering a question as detailed as that.
 9       Q.    Okay.  Who at Major League Baseball
10    would be able to answer that in more detail?
11       A.    I think I answered that also.  I
12    think there are probably two categories of
13    people who know fantasy sports better than I
14    do: those who play and those who work for
15    MLB.com or some people at least that work for
16    MLB.com.
17       Q.    Is there somebody at MLB.com in
18    particular that you can identify for us that
19    would have more knowledge about Major League
20    Baseball's position on fantasy sports?
21       A.    No.  I don't know the people who
22    are behind this game.
23              MR. HOFFMAN:  All right.  I'd like
24         to -- I think we're up to Exhibit 6, MLB
25         Exhibit 6.
```

Page 134

- T. OSTERTAG -

```
 1
 2              (Exhibit 6: MLB PrePlay app
 3         (#PLAINTIFFS' 00002208), was marked for
 4         identification.)
 5    BY MR. HOFFMAN (continuing):
 6       Q.    This was a document produced by
 7    Major League Baseball in this action and it
 8    refers to what looks like an app, an
 9    application for iPad or an iPhone called MLB
10    PrePlay.  Do you see that?
11       A.    Yes.
12       Q.    Now, are you familiar at all with
13    this app?
14       A.    I think I heard something about
15    this.
16       Q.    Okay.  What do you know about this
17    MLB PrePlay app?
18       A.    Nothing more than what I just read
19    here.
20       Q.    So according to this document, this
21    is a game that allows fans to score points for
22    correctly predicting the outcome of particular
23    plays or at-bats.  Is that accurate?
24       A.    Well, I'm reading the same thing
25    you are.
```

Page 135

- T. OSTERTAG -

```
 1
 2       Q.    So would it be correct to say that
 3    this particular game focuses less on certain
 4    teams or cities but focuses more on the
 5    outcomes of individual at-bats?
 6       A.    It certainly appears that way from
 7    what's described here in the instructions or
 8    the rules or whatever you call these, how to
 9    play, the directions, I guess.
10       Q.    Any concern by Major League
11    Baseball that this sort of game or app would
12    in any way damage the relationship between
13    fans and teams?
14       A.    You know, I'll give you the same
15    answer:  First, it's a marketing question.  I
16    don't -- I'm not a marketing person.  But if
17    anybody thought this would damage the
18    relationship between fans and teams, I
19    wouldn't think it would exist.
20              I also note here that it's free.
21    It's just a game.  You can make this up
22    yourself.  There's no money that's changing
23    hands here.
24       Q.    Mr. Ostertag, a couple of your
25    answers you referred to -- that it's a
```

Page 136

- T. OSTERTAG -

```
 1    marketing question.  Who within marketing
 2    would be able to answer these questions in
 3    more detail?
 4       A.    I'm not sure.  We have different
 5    parts of our marketing operation.  We have
 6    a -- you know, a sponsorship group, an
 7    advertising group.  I'm not really sure.
 8       Q.    Based on this document and what you
 9    know about this MLB -- PrePlay app, does this
10    appear to be a game of skill, a game of luck
11    or both?
12              MR. MISHKIN:  Object to the form of
13         the question.
14       A.    And you're asking my opinion just
15    based on reading the directions here?
16       Q.    Yes.
17       A.    You know, I guess my humble opinion
18    would be it would be more a game of skill in
19    predicting an outcome of something.
20       Q.    And on what basis do you make that
21    assessment?
22       A.    I would think that the viewer would
23    keep in mind the pitcher and the batter and
24    perhaps know how well the batter does against
```

Page 137

- T. OSTERTAG -

1
2    the pitcher and make a prediction based on
3    that and perhaps also the game situation.
4          But I -- you know, I take -- I have
5    no expertise in this, I've never played this.
6    I'm repeating myself.  I've never played
7    fantasy baseball before and so, you know, my
8    opinion probably isn't worth anything.
9          Q.    Based on what you know about MLB
10   PrePlay and this document, does it appear that
11   there's any way for a participant in this game
12   to guarantee an outcome?
13          MR. MISHKIN:  Object to the form of
14        the question and lack of foundation.
15          A.    I don't see any way somebody could
16   guarantee an outcome.
17          MR. HOFFMAN:  All right.  I'll
18        introduce MLB Exhibit 7.
19          (Exhibit 7: Official Rules 2012
20        MLB.com Odyssey (#PLAINTIFFS'
21        00002214-2218), was marked for
22        identification.)
23   BY MR. HOFFMAN (continuing):
24          Q.    So what I've handed you, Mr.
25   Ostertag, is the official rules for another

Page 138

- T. OSTERTAG -

1
2    MLB.com game called 2012 MLB.com Odyssey.
3    Feel free to review if you'd like.  Otherwise
4    I can direct you to a specific portion.
5          A.    Well, again, you've handed me
6    something that's five or six pages, very, very
7    small print and, in fact, every page after the
8    first one is upside down.  And I don't really
9    -- if we can get to the questions without my
10   reading all this --
11          Q.    Sure.  I think --
12          A.    -- I'm willing to try.
13          Q.    Here's what I suggest.  Go ahead
14   and read the first paragraph that I think
15   outlines the nature of the game.
16          A.    (Examining document.)
17          Okay.
18          Q.    And if you could also turn to the
19   third page, again, there's a section there
20   called Grand Prize?
21          A.    I can turn it right-side up.  Okay.
22          Q.    And it appears that the grand prize
23   for this contest is three tickets to the 2013
24   MLB All Star game with an approximate retail
25   value of $500.  Do you see that?

Page 139

- T. OSTERTAG -

1
2          A.    I see it.
3          Q.    So based on your review of that
4    first paragraph of this document, fair to say
5    that fans in this game compete against other
6    fans to predict which Major League Baseball
7    team will win on a randomly assigned day?
8          A.    Something like that.  That's what
9    it appears on first reading.
10          Q.    So for this game, fans are making
11   predictions on specific outcomes in order to
12   win something of monetary value, correct?
13          A.    It's a contest, yes.
14          Q.    But, again, my question is:  Fans
15   here are making predictions on specific
16   outcomes in order to win something of monetary
17   value, correct?
18          MR. MISHKIN:  Asked and answered.
19          A.    I think I did answer that.  It's
20   certainly not gambling.
21          Q.    Mr. Ostertag, do you know what the
22   purpose of this contest is?
23          A.    I don't know anything about this
24   except the two paragraphs that I just read.
25          Q.    And, again, who would know more

Page 140

- T. OSTERTAG -

1
2    about this contest at Major League Baseball?
3          A.    Well, by your definition of Major
4    League Baseball, I'm not sure anybody would,
5    except perhaps somebody who's happened to have
6    played it.
7          Q.    Who at MLB.com knows more about
8    this particular fantasy game?
9          A.    Same answer I gave before.  I do
10   not know the people who are behind this.
11          Q.    I show you what we're going to mark
12   as MLB Exhibit 8.
13          (Exhibit 8: MLB.com Million Dollar
14        Pick 'Em (#PLAINTIFFS' 00002211-2213),
15        was marked for identification.)
16   BY MR. HOFFMAN (continuing):
17          Q.    So this appears to be, again, an
18   MLB.com contest called MLB.com Million Dollar
19   Pick 'Em.  And feel free to review, but in
20   perusing this document, it appears that fans
21   predict the winners of particular games on
22   Tuesdays and Fridays for a grand prize of
23   $1 million and weekly prizes of a thousand
24   dollars.
25          Mr. Ostertag, would you consider

Page 141

- T. OSTERTAG -

1
2  this a fantasy game?
3      A.    I don't know.
4      Q.    Well, if you look at the third
5  paragraph with the title How to Enter, it
6  says:  During the promotion period, go to
7  www.MLB.com/fantasy.
8            Would that indicate that MLB.com
9  considers this a fantasy game?
10     A.    Not necessarily to me.
11     Q.    And why do you say that?
12     A.    It doesn't call it a fantasy game.
13     Q.    Do you have any knowledge that
14  MLB.com puts non-fantasy games on their
15  fantasy website?
16     A.    I don't know one way or the other.
17     Q.    And, again, for the purpose of this
18  contest, fans were making predictions on
19  specific outcomes of Major League Baseball
20  games in order to win money.  Is that correct?
21     A.    That's what you told me.  I haven't
22  read this, but that's what you told me.
23     Q.    Why don't you take a minute, then,
24  to review the pertinent portions of the
25  document, and then I can reask my questions.

Page 142

- T. OSTERTAG -

1
2      A.    (Examining document.)
3            Can you direct me to a particular
4  paragraph or two that might save both of us
5  time?
6      Q.    Sure.  If you read the How to
7  Participate paragraph, I think that will give
8  you the gist, if you can.  I know it's small.
9      A.    (Examining document.)
10     I've got the general gist.
11     Q.    Okay.  So my question, Mr.
12  Ostertag, is:  For purposes of this particular
13  game, fans were making predictions on specific
14  outcomes on fantasy games in order to earn
15  money; is that correct?
16     A.    That's what it appears to be.
17     Q.    I'm going to show you what we're
18  going to mark as MLB Exhibit 9.
19     A.    But let me add quickly, this is not
20  gambling.  There's no purchase necessary on
21  those.
22            (Exhibit 9: MLB.com Bingo
23      (#PLAINTIFFS' 00004142-149), was marked
24      for identification.)
25  BY MR. HOFFMAN (continuing):

Page 143

- T. OSTERTAG -

1
2      Q.    Again, here I would direct your
3  attention -- well, first let me ask this:  Are
4  you familiar with MLB.com Bingo?
5      A.    No.
6      Q.    Okay.  If you take a look at page
7  2, again, there's a section there entitled How
8  to Participate.  If you want to take a moment
9  to read that section, then I'll have a couple
10  questions for you.
11     MR. MISHKIN:  And, Mr. Hoffman, in
12     which category of the 30(b)(6) topics is
13     this?
14     MR. HOFFMAN:  This is fantasy
15     sports.
16     MR. MISHKIN:  The two categories
17     refer to fantasy sports--and we haven't
18     established whether this is or isn't a
19     fantasy sport--but the sport
20     authorization and permission and the
21     other one is impact or potential impact
22     on...  So which category does this go to?
23     MR. HOFFMAN:  Well, it goes to
24     both.  And I'll point out that this is
25     something you produced to us in response

Page 144

- T. OSTERTAG -

1
2  to our document request.
3      MR. MISHKIN:  I understand.  I'm
4      asking which category.
5      MR. HOFFMAN:  I think it goes to
6      both categories.
7      A.    (Examining document.)
8      I've got the general gist.
9      Q.    Okay.  So my understanding of this
10  game is that this contest awards prizes based
11  on the matching of tiles on fans' cards with
12  the outcome of games.  So, for example, if you
13  have on a tile Josh Hamilton hits a double and
14  he hits a double, then you get to place your
15  tile on that card and it's similar to a
16  regular game of Bingo going forward.
17            Is that your understanding?
18     A.    That's what it appears to be.
19     Q.    Okay.  I'll also point out that
20  this, I believe, was for post-season games
21  only.
22            Now, this game involves randomly
23  selected game outcomes for post-season game,
24  correct?
25     A.    Game outcomes?

Page 145

- T. OSTERTAG -

1
2     Q.   Or play outcomes.
3     A.   Yeah.  Based on what I got out of
4  skimming this paragraph, I thought it was more
5  individual plays.
6     Q.   Okay.  So would you describe this
7  as a game of chance?
8     A.   I don't know enough about how this
9  works.  I don't know how the Bingo cards get
10  passed, I don't know.
11    Q.   Are you familiar with the normal
12  game of Bingo?
13    A.   Yes.
14    Q.   Would you describe the normal game
15  of Bingo as a game of chance?
16    A.   Based on my memory of it, not
17  having played it in decades, I think the
18  answer is yes.
19    Q.   Okay.  Now, are you aware of a
20  fantasy game on MLB.com called Free Agent
21  Frenzy?
22    A.   No.
23    Q.   So you've not heard of this game
24  where the object is to select the correct
25  Major League Baseball team that you think each

Page 146

- T. OSTERTAG -

1
2  of ten selected free agents will sign with
3  during the 2012-2013 season?
4     A.   No.
5     Q.   All right.  I'm going to talk a
6  little bit about topic 5 which are Major
7  League Baseball's policies and practices
8  regarding sports gambling.
9        MR. HOFFMAN:  I'm going to mark --
10    I think we're up to Major League Baseball
11    Exhibit 10.
12        (Exhibit 10: Rule 21 (#PLAINTIFFS'
13    00001798), was marked for identification)
14  BY MR. HOFFMAN (continuing):
15    Q.   Now, I know, Mr. Ostertag, you
16  referred to this -- I believe you referred to
17  this Rule 21 earlier in the deposition.  Is
18  this something you're familiar with or would
19  you like the opportunity to take a look?
20    A.   I'm familiar with it.  I can't tell
21  you I'm familiar with every sentence right
22  now.  I'm happy to read through it again, but
23  obviously I'm familiar with Rule 21.  Most
24  people in baseball have a familiarity with
25  Rule 21.

Page 147

- T. OSTERTAG -

1
2     Q.   If you could direct your attention
3  to Section (a).
4     A.   Um-hmm.
5     Q.   So this section describes if a
6  player or person connected with a Major League
7  Baseball club promises or agrees to lose or
8  attempt to lose or failed to give his best
9  efforts towards the winning of any baseball
10  game, and it goes on.  But the potential
11  punishment for that or the punishment for
12  that, I would say, is to be declared
13  permanently ineligible.  Is that correct?
14    A.   That's correct.
15    Q.   On how many occasions has Major
16  League Baseball permanently stripped
17  eligibility under this rule?
18    A.   I couldn't tell you.  Exactly all
19  eight of the Chicago White Sox players fall in
20  that category.  Pete Rose, by agreement, is in
21  that category.  There may have been a few
22  others along the way, but I don't recall.
23  There may have been.  I just don't recall if
24  there were some shortly after the Black Sox
25  scandal.

Page 148

- T. OSTERTAG -

1
2     Q.   Any other incidents that come to
3  mind other than the Chicago White Sox and Pete
4  Rose?
5     A.   You're referring to subsection (a)
6  here?
7     Q.   Subsection (a), yes.
8     A.   Again, nothing that comes to mind
9  other than what I said before.  There may have
10  been one or two shortly after the 1919 Black
11  Sox scandal.
12    Q.   Any occasions during the past 20
13  years that Major League Baseball has
14  permanently stripped eligibility under this
15  rule?
16    A.   21(a)?
17    Q.   21(a), yes.
18    A.   In the last 20 years?  I can't
19  think of any.
20    Q.   How does Major League Baseball go
21  about detecting violations of this Rule 21(a)?
22    A.   Well, I referred earlier to our
23  department of investigations.  They have a
24  number of staff people who are attuned to
25  these kinds of potential problems at all

Page 149

- T. OSTERTAG -

1
2    times.
3           And there's also a network of what
4    we call resident security agents, at least one
5    per club, I think in most cases there's a
6    primary and a backup.  And they are often law
7    enforcement officers frequently active,
8    sometimes retired, and they know the
9    community, they know the club, they know the
10   area, and they know how to keep their ears to
11   the ground.  And that's just part of what that
12   department does.
13       Q.    Have you been involved in any
14   investigations by the department of
15   investigations during your tenure at Major
16   League Baseball?
17       A.    Yes.
18       Q.    How many?
19       A.    Well, there are different types of
20   investigations, and your question was very
21   broad.  If you're asking about investigations
22   relating to Rule 21(a) I'm
23       Q.    That's what I'm asking, yes.
24       A.    Then I think the answer is no.
25       Q.    Do you know how many investigations

---

Page 150

- T. OSTERTAG -

1
2    over infractions of Rule 21(a) have occurred
3    over the past 20 years?
4        A.    That's really a question that I
5    cannot answer.  There are many, many
6    investigations our department conducts that
7    don't get to me.
8        Q.    Do you have any estimate as to how
9    many investigations have occurred in the past
10   20 years relating to Rule 21(a)?
11       A.    No.  And one clarification:  This
12   department doesn't go back 20 years.  We also
13   have a security department and that department
14   does go back more than 20 years.
15       Q.    How far back does your department
16   of investigations go?
17       A.    It was created, I believe, in or
18   about 2008.  It could possibly have been a
19   year later than that, but it was somewhere
20   around there.
21       Q.    And do you know why it was created
22   in 2008?
23       A.    Yes.
24       Q.    Why is that?
25       A.    It was something that was

---

Page 151

- T. OSTERTAG -

1
2    recommended in the report produced by George
3    Mitchell for our office.
4        Q.    And what report are you referring
5    to?
6        A.    He did an investigation into the
7    use of performance-enhancing substances in
8    baseball and produced a written report with
9    recommendations, and that was one of them.
10       Q.    Okay.  So your department of
11   investigations it sounds like based on that
12   that it investigates a wide variety of
13   potential misconduct beyond Rule 21(a); is
14   that fair?
15       A.    Absolutely.
16       Q.    And one thing it investigates is
17   potential use of performance-enhancing
18   substances; is that accurate?
19       A.    Yes.
20       Q.    Okay.  Now, if you could look now
21   at Rule 21 subsection (b).  Do you know how
22   many occasions -- on how many occasions Major
23   League Baseball has stripped eligibility under
24   this Rule 21(b)?
25       A.    I don't know exactly.  I believe

---

Page 152

- T. OSTERTAG -

1
2    there has been at least one player that came
3    under this subsection, but I don't know for
4    sure and I don't know exactly how many.
5        Q.    The one player you have in mind, do
6    you know who that player was?
7        MR. MISHKIN:  Do we need to
8    designate this "Highly Confidential"?
9        A.    I cannot recall the player's name
10   anyway.  It was a long, long time ago.
11       Q.    When you say long, long time ago,
12   how far back would that have been?
13       A.    I would think it was in the 1920s.
14       Q.    So other than the incident that may
15   have occurred in the 1920s, sitting here
16   today, you don't recall any other incidents of
17   someone being stripped of eligibility for
18   violation of Rule 21(b)?
19       A.    I cannot think of anybody else.
20       Q.    And, again, how does Major League
21   Baseball detect violations of this subsection
22   of Rule 21, Rule 21(b)?
23       A.    I will give you the same answer I
24   gave with regard to 21(a).
25       Q.    If you could now look to Rule 21

Page 153

```
1              - T. OSTERTAG -
2    subsection (c) entitled Gifts to Umpires.  Do
3    you know on how many occasions Major League
4    Baseball has stripped eligibility under this
5    subsection?
6        A.    I can't think of any.
7        Q.    And, again, is it your department
8    of investigations that would go about
9    detecting violations of this subsection of the
10   rule?
11       A.    Yes.
12       Q.    If you go to subsection (d)
13   entitled Gambling and specifically if you go
14   to subsection (d)(1) which states:  Any
15   player, umpire or club or league official or
16   employee who shall bet any sum whatsoever upon
17   any baseball game connection with which the
18   bettor has no duty to perform shall be
19   declared ineligible for one year."
20           Do you know on how many occasions
21   Major League Baseball has stripped eligibility
22   under this subsection of the rule, subsection
23   (d)(1)?
24       A.    I couldn't tell you how many.  But
25   there have been some.
```

Page 154

```
1              - T. OSTERTAG -
2        Q.    Okay.  Any estimate -- sorry.
3        A.    I want to clarify that, that when
4    the Commissioner takes action, assuming he
5    takes an action with a written decision, that
6    decision might or might not cite Rule 21(d)(1)
7    or anything specific like that because the
8    Commissioner also has best interest powers and
9    it's possible those best interest powers were
10   used to get to the same result.
11       Q.    Okay.  Do you have any estimate of
12   how many players have been stripped of
13   eligibility under this subsection (d)(1)?
14       A.    Players only?
15       Q.    Sure, we'll start with players.
16       A.    I cannot think of any players who
17   come under this.
18       Q.    All right.  How about any umpires?
19   Have any umpires been stripped of eligibility
20   under this subsection (d)(1)?
21       A.    Not that I know of.  I don't think
22   there are any.
23       Q.    And then finally how about any club
24   or league officials or employees?
25       A.    I think there have been some.
```

Page 155

```
1              - T. OSTERTAG -
2        Q.    Any estimate of how many?
3        A.    I don't think I could give you an
4    estimate, but it's not a large number.
5        Q.    So less than five?
6        A.    I think to be safe I might say less
7    than ten.
8        Q.    Okay.
9        A.    I probably would say fewer than
10   ten.
11       Q.    As you sit here today, do you have
12   any knowledge of any specific incident?
13       A.    Yes.
14       Q.    And can you please describe that
15   incident.
16           MR. MISHKIN:  Well, before you do
17       that, I just need to know whether we have
18       to designate this portion of the
19       transcript highly confidential.  Is this
20       anything recent, Tom?
21           THE WITNESS:  Fairly recent, yes.
22       And I'm not going to describe any
23       employee or the position.  I will not
24       name any names here.
25           MR. MISHKIN:  Well, Mr. Hoffman,
```

Page 156

```
1              - T. OSTERTAG -
2    what do you mean?
3            MR. HOFFMAN:  Let me --
4    BY MR. HOFFMAN (continuing):
5        Q.    We can move on.
6            And, again, for this subsection of
7    the rule, you rely on your department of
8    investigations to enforce subsection (d)(1)?
9        A.    Not enforce, no.  That's not the
10   right word.
11       Q.    I'm sorry, to investigate potential
12   infractions of rule subsection (d)(1)?
13       A.    Yes.
14       Q.    If you look now to subsection
15   (d)(2), which now specifically refers to any
16   player, umpire or club or league official or
17   employee who shall bet on any sum whatsoever
18   upon any baseball game, in connection with
19   which the bettor has a duty to perform, shall
20   be declared permanently ineligible.
21           Other than the Pete Rose incident
22   which we already discussed, are there any
23   other occasions in which Major League Baseball
24   has stripped eligibility under this
25   subsection?
```

Page 157

- T. OSTERTAG -

2    MR. MISHKIN: Answer yes or no.
3    A.    And just for clarification, we're
4  putting aside the Black Sox scandal because
5  that predated Rule 21.
6    Q.    Yes.  We can put aside both the
7  Black Sox incident and Pete Rose.  Other than
8  those two incidents, do you know of any other
9  occasions in which Major League Baseball has
10  stripped eligibility under this subsection
11  (d)(2)?
12    A.    Yes.
13    Q.    And how many incidents are you
14  aware of?
15    A.    Just sitting here now, I can think
16  of only one, but I can't guarantee that it's
17  only one.
18    Q.    Okay.  And is that one within the
19  last 20 years, or is it something that
20  occurred 50, 60, 70 years ago?
21    A.    Closer to the latter.
22    Q.    Okay.  Can you, without breaching
23  any confidentialities, describe that incident?
24    MR. MISHKIN:  Well, Mr. Ostertag,
25    unless this was public, we're going to

Page 158

- T. OSTERTAG -

2  either have to designate this highly
3  confidential or else object that it's
4  beyond the 30(b)(6) category
5  number 5 which has to do with policies
6  and practice and perhaps not their
7  particular application.
8    But, Tom, what's your level of
9  comfort?  We can designate this portion
10  of the transcript highly confidential and
11  that's probably --
12    THE WITNESS:  I don't think it's
13  necessary.  The person I have in mind is
14  William D. Cox.
15    MR. HOFFMAN:  Well, we already
16  talked about him.
17    THE WITNESS:  I'm confident that
18  was very public.
19  BY MR. HOFFMAN (continuing):
20    Q.    Okay.  And, again, does Major
21  League Baseball use its department of
22  investigations to detect violations of this
23  subsection, subsection (d)(2)?
24    A.    Yes.
25    Q.    And finally subsection (d)(3)

Page 159

- T. OSTERTAG -

2  refers to any player, umpire or club or league
3  official or employee who places bets with
4  illegal bookmakers or agents for illegal
5  bookmakers shall be subject to such penalty as
6  the Commissioner deems appropriate in light of
7  the facts and circumstances of the conduct.
8    And it goes on to say:  Any player,
9  umpire, club or league official or employee
10  who operates or works for an illegal
11  bookmaking business shall be subject to a
12  minimum of a one-year suspension by the
13  Commissioner.  And then it defines an illegal
14  bookmaker.
15    A.    Um-hmm.
16    Q.    Do you know when subsection (d)(3)
17  was added to Rule 21, if it was?
18    A.    Yes, approximately.
19    Q.    Okay.  When was that?
20    A.    Very recently, within the last 12
21  months.
22    Q.    And why was this subsection added
23  to Rule 21?
24    A.    Just to clarify, it could have been
25  the last 13 or 14 months but it was very

Page 160

- T. OSTERTAG -

2  recent.  I can't speak to that with any
3  authority.  This is something that was done as
4  part of the negotiations with our union, and
5  it was agreed to as part of the new collective
6  bargaining agreement that was reached last
7  year.
8    Q.    Anybody at Major League Baseball
9  who can shed further light on the reasons why
10  subsection (d)(3) was added to Rule 21?
11    A.    Yes, probably so.
12    Q.    And who would that be?
13    A.    Lawyers in our labor group and, you
14  know, maybe more than one.
15    Q.    Can you identify any by name,
16  please.
17    A.    Dan Halem heads up that group,
18  H-A-L-E-M.
19    Q.    All right.  I want to show you what
20  we're going to mark as MLB Exhibit 11.
21    (Exhibit 11: Amendment to Rule 21
22    (d)(3) (#PLAINTIFFS' 00002219-225), was
23    marked for identification.)
24  BY MR. HOFFMAN (continuing):
25    Q.    So what I've handed you is a

Page 161

```
1                    - T. OSTERTAG -
2   memorandum that appears to describe the
3   amendment to Rule 21 that we were just
4   discussing, which is to subsection (d)(3).  Is
5   that correct?
6        A.   Yeah, um-hmm.
7        Q.   Okay.  Now, if you look at the
8   second paragraph here, it mentions that
9   subsection (d) was previously titled Betting
10  on Ball Games and says that this has been
11  changed to Gambling and it has been
12  supplemented with an additional clause which
13  prohibits gambling with bookmakers.
14            Mr. Ostertag, do you know why the
15  name of the rule was changed from Betting on
16  Ball Games to Gambling?
17       A.   Well, the rule clearly now is
18  broader than betting on ball games.
19       Q.   Do you know why Major League
20  Baseball singled out illegal bookmakers in
21  this amended subsection?
22       A.   No.
23       Q.   Again, do you know who would know
24  the answer to that question?
25       A.   I'll give you the same answer as I
```

Page 162

```
1                    - T. OSTERTAG -
2   gave before.
3        Q.   And that would be lawyers in your
4   labor group, specifically Dan Halem?
5        A.   I would think he would know.
6        Q.   Do you know if this particular
7   amendment to subsection (d)(3) of Rule 21,
8   does this cover any gambling overseas where it
9   is legal to gamble on sports?
10       A.   (d)(3)?
11       Q.   Correct.
12       A.   By its wording, it sounds like it
13  would not, to me.
14       Q.   Can Major League Baseball players
15  legally gamble on other sports other than
16  Major League Baseball in Las Vegas?
17       A.   We do not have a specific rule
18  about that, that I am aware of.  But it's
19  something that I think the Commissioner would
20  take notice of if it became an issue in any
21  way and would deal with it in the way he would
22  view as appropriate.
23       Q.   And when, in your opinion, would it
24  become an issue for the Commissioner?
25       A.   I would leave that to his judgment.
```

Page 163

```
1                    - T. OSTERTAG -
2        Q.   What about other forms of gambling?
3   Does Major League Baseball make any
4   distinction between sports gambling and other
5   types of gambling?  I'm talking about legal
6   gambling now.
7        A.   Legal gambling.  I would think that
8   other types of legal gambling -- I'm not sure
9   what you're referring to.  But if you're
10  referring to something like slot machines, I
11  don't think we have much concern about legal
12  slot machine playing.  Again, if it became an
13  issue in some way, the Commissioner would deal
14  with that in his discretion.
15       Q.   But based on Major League Baseball
16  Rule 21 (d)(3), is it accurate to say that
17  Major League Baseball draws a distinction
18  between legal and illegal sports gambling?
19       A.   No, I don't think that's fair at
20  all.  This refers specifically to illegal
21  bookmakers.
22       Q.   Okay.  Is there something in Rule
23  21 that covers legal sports gambling?
24       A.   Clearly.  Legal betting on baseball
25  violates our rules.
```

Page 164

```
1                    - T. OSTERTAG -
2        Q.   Okay.  Let's focus on sports other
3   than baseball, okay?  Under Major League
4   Baseball Rule 21 (d)(3), it is a violation for
5   a Major League Baseball player to gamble
6   illegally with a bookmaker on other sports; is
7   that correct?
8        A.   I think you reworded that rule a
9   bit.  It's not just places bets and not just
10  gambles illegally but also acts as an agent
11  for illegal bookmakers.
12       Q.   Okay, fair enough.  So with that
13  caveat --
14       A.   In addition to that, operates or
15  works for any illegal bookmaking business.
16       Q.   Okay.  So Major League Baseball
17  Rule 21 (d)(3) makes it -- it's a violation of
18  this rule for a Major League Baseball player
19  to engage in sports gambling on other sports
20  with anyone associated with an illegal
21  bookmaker; is that fair?
22       A.   I think you said that accurately.
23  That was a long sentence.
24       Q.   But as I see it, is there anything
25  in Rule 21 or any other rule for Major League
```

Page 165

```
            - T. OSTERTAG -
 1
 2   Baseball which prohibits any Major League
 3   Baseball player, umpire or official from
 4   placing a legal wager at a legal sportsbooks
 5   on other sports other than Major League
 6   Baseball?
 7        A.   I do not know any rule we have that
 8   would prohibit that individual act.
 9        Q.   Now, since this rule was amended it
10   looks like probably in February 2012 time
11   period based on the date of the memo, has
12   Major League Baseball suspended anyone
13   pursuant to this subsection (d)(3)?
14        A.   I don't know of anybody who has
15   been suspended subject to this section.
16        Q.   And, again, would it be your
17   department of investigations that would be
18   responsible for detecting violations of this
19   subsection of Rule 21?
20        A.   Yes.
21             MR. HOFFMAN:  All right.  I'm going
22        to show you what we're going to mark as
23        Major League Baseball Exhibit 12.
24             (Exhibit 12: Major League
25        Constitution Section 4 (#PLAINTIFFS'
```

Page 166

```
            - T. OSTERTAG -
 1
 2        00002226-228), was marked for
 3        identification.)
 4   BY MR. HOFFMAN (continuing):
 5        Q.   So Section 4 of the Major League
 6   Constitution talks about the rights,
 7   privileges and property rights of a Major
 8   League club and that they may be terminated if
 9   a club offers, agrees, conspires or attempts
10   to lose any game, or fails to suspend
11   immediately any player, employer, officer who
12   shall be proved guilty of offering, agreeing
13   conspiring or attempting to lose any game.
14             Has Major League Baseball ever
15   invoked this section of the Major League
16   Baseball constitution?
17        A.   Just for clarity, you referred to
18   this as Section 4; it's Article XIII, Section
19   4.
20        Q.   My apologies.
21        A.   And the answer is no.
22        Q.   Now, in the view of Major League
23   Baseball, are Rule 21 and this section, this
24   article and section of the Major League
25   Constitution, sufficient to deter game-fixing?
```

Page 167

```
            - T. OSTERTAG -
 1
 2        A.   I'm not sure how to answer that.
 3   There's a whole lot else that goes on in
 4   baseball that's involved in our overall
 5   efforts to keep the game as honest and pure as
 6   possible.  It's not just these two provisions.
 7        Q.   Other than Rule 21 and the Major
 8   League Constitution which we just covered, are
 9   there any other policies or procedures
10   designed to prevent game-fixing?
11        A.   Again, it depends on how you look
12   at this.  The Commissioner, as I mentioned
13   before, has best interest of baseball powers.
14   They are very comprehensive powers and they
15   most clearly could be used in this type of
16   situation.
17        Q.   Okay.  Other than the best interest
18   of baseball power that the Commissioner has,
19   are you aware of any other policies or
20   procedures designed to prevent game-fixing?
21        A.   When you say "procedures," what are
22   you referring to?
23        Q.   Any rules, anything written in a
24   memorandum, official rule, guidelines,
25   something written down to --
```

Page 168

```
            - T. OSTERTAG -
 1
 2        A.   Procedure meaning a practice of a
 3   department or something like that?
 4        Q.   We can first -- let's focus on a
 5   formal written product.  Are you aware of any
 6   written documents that outline policies
 7   designed to deter game-fixing?
 8        A.   I can't think of any sitting here.
 9        Q.   Okay.  Now, you touched on
10   procedures, meaning a practice of your
11   department.  What were you referring to there?
12        A.   Our department of investigations
13   and all the things that they do.
14        Q.   Other than the department of
15   investigations, any other department that
16   would be involved in investigating or
17   deterring game-fixing?
18        A.   It's possible that our security
19   department might get involved in something
20   some day.  I don't know that -- there was a
21   time when it was just the security department
22   that had both functions.  And as a result,
23   it's possible that something would come to
24   their attention or for some other reason they
25   would be in a position to hear about something
```

Page 169

```
- T. OSTERTAG -
```

1   and could follow up on it themselves; refer it
2   also, I would hope, to the department of
3   investigations but somehow be involved.
4   That's possible.
5       Q.   Now, you referred to the best
6   interest of baseball powers of the
7   Commissioner.  Is that something that's in the
8   Major League Baseball Constitution?
9
10      A.   Yes.
11      Q.   I'll refer to that as the best
12  interest provision.  Has Major League Baseball
13  invoked the best interest provision to strip
14  anyone of eligibility related to any gambling
15  activities?
16      A.   This is the same answer that I gave
17  before from a different direction when you
18  asked about Rule 21.  There have been actions
19  taken by Commissioners that might have
20  referred to the best interest powers rather
21  than Rule 21 or vice versa.  I just don't know
22  for sure.
23      Q.   Let me ask it this way:  Are there
24  any other instances, other than the ones we've
25  talked about today, where the Commissioner

Page 171

```
- T. OSTERTAG -
```

1   not something I've read in a while, but I
2   think it's the association with and as far as
3   I can recall nothing more.
4
5       Q.   Does Major League Baseball, other
6   than Rule 21 and the Major League
7   Constitution, does Major League Baseball have
8   any pamphlets or materials they distribute to
9   their players regarding antigambling?
10      A.   Major League Baseball conducts, in
11  conjunction with the players association, an
12  elaborate multi-day seminar for rookies on an
13  annual basis.  It's called the Rookie Career
14  Development Program.  And among the many
15  topics it covers to help rookies get
16  acclimated to the major leagues is the topic
17  of gambling.  And they go through an awful lot
18  of information on the hazards of gambling, the
19  problems that can be caused to players, their
20  finances, their families, their marriages and
21  the game of baseball through gambling.
22      I can tell you I recall seeing a
23  videotape once that somehow displayed, you
24  know, someone who befriended a player, gave a
25  player a ride home once or something; and

Page 170

```
- T. OSTERTAG -
```

1   invoked the best interest provision as opposed
2   to Rule 21 and thus has not been covered
3   during today's deposition?
4       A.   In the area of gambling?
5       Q.   In the area of gambling.
6       A.   I can think of one.
7       Q.   Okay.  What is that incident?
8       A.   Well, since you're a fan of the
9   Dodgers, you may know that their manager in
10  1947 was suspended for the entire year for
11  associating with I'm quite sure they were
12  gamblers, they were undesirables of some sort.
13      MR. MISHKIN:  But he wasn't in Los
14      Angeles at the time.
15      A.   But he wasn't in Los Angeles at the
16  time.
17      Q.   Do you recall the name of the
18  Dodgers manager?
19      A.   Leo Derosier.
20      Q.   And, again, that incident simply
21  involved someone associating themselves with
22  illegal gamblers as opposed to any game-fixing
23  or betting on baseball itself?
24      A.   I'm quite sure that's right.  It's

Page 172

```
- T. OSTERTAG -
```

1   through just, you know, small steps they
2   became friends.  And six or nine months into
3   the friendship, this friend revealed to the
4   player that he was a member of the mob and
5   that he, the player, as a result had been
6   consorting with the mob for six or nine
7   months.  And if that player didn't provide
8   inside information, the member of the mob
9   would reveal the fact the player had been
10  consorting with the mob and different
11  scenarios like that.
12      It's a very hard-hitting, well-
13  received set of presentations as part of,
14  again, a multi-day seminar-type program that
15  is conducted for rookies.
16      Q.   Okay.  Are these presentations
17  recorded anywhere?
18      A.   I don't know.
19      Q.   Do you know if there are any
20  written materials relating to these programs?
21      A.   I don't know that either.  I
22  haven't seen any in recent years.
23      Q.   Do you know if these presentations
24  make any distinction between illegal and legal

Page 173

                    - T. OSTERTAG -
1
2   gambling?
3       A.    I don't know.
4       Q.    Do you know why Major League
5   Baseball does not prohibit all forms of sports
6   gambling?
7       A.    I don't have any knowledge of that
8   one way or the other.
9       Q.    Do you know who would have
10  knowledge of that?
11      A.    If I don't, I doubt there's anybody
12  else who would have any better knowledge.
13      Q.    The rules we've covered, Rule 21
14  and the Constitution -- or let's focus on Rule
15  21.  I assume Rule 21 does not address sports
16  gambling outside of the United States where
17  it's legal; is that correct?
18      A.    I wouldn't think that's correct at
19  all.
20      Q.    Okay.  Let me ask it this way:
21  Does Rule 21 address sports gambling on sports
22  other than baseball in countries outside of
23  the United States where sports gambling is
24  legal?
25      A.    I think it does, yes.

Page 175

                    - T. OSTERTAG -
1
2   would be a difference between gambling on
3   other sports in Las Vegas and gambling on
4   other sports in England.  But clearly Leo
5   Derosier, had he been consorting with mobsters
6   in London rather than wherever he did it, it
7   wouldn't have made any difference in my
8   opinion.
9       Q.    Now, do you know anything about the
10  gambling regime, if you will, in -- legal
11  sports gambling regime in Canada?
12      A.    Yes, I know something about that.
13      Q.    Okay.  What can you tell me about
14  that?
15          MR. MISHKIN:  Object to the form.
16      Can you make it a little bit more
17      specific.
18      Q.    Sure.  Is sports gambling legal in
19  Canada?
20      A.    Sports gambling in Canada involving
21  parlay betting is legal.
22      Q.    And what is your definition of
23  parlay betting?
24      A.    Multiple games, you have to pick
25  multiple games at the same time.

Page 174

                    - T. OSTERTAG -
1
2       Q.    And where does it address that?
3       A.    In subsection (f).
4       Q.    Would a Major League Baseball
5   player -- let's take Canada.  Are you aware,
6   Mr. Ostertag, that sports gambling is legal in
7   Canada, some provinces of Canada?
8           MR. MISHKIN:  Object to the form of
9       the question.  It's a little more
10      complicated than that.
11      Q.    Okay.  Well, let's -- we don't have
12  to complicate it.  Are you aware that it is --
13  let's take the United Kingdom, okay.  Are you
14  aware that it is legal to bet on sports in the
15  United Kingdom?
16      A.    I don't know much about the United
17  Kingdom in any detail, but I understand that
18  the betting laws are more liberal than they
19  are here.
20      Q.    Would this best interest of
21  baseball provision of Rule 21(f) that you just
22  pointed me to, would that address a situation
23  where a Major League Baseball player gambled
24  on other sports in the United Kingdom?
25      A.    I believe -- I don't think there

Page 176

                    - T. OSTERTAG -
1
2       Q.    Does Major League Baseball have any
3   policies prohibiting parlay betting in Canada
4   on other sports for its employees?
5       A.    On other sports, you're asking if
6   someone could legally bet in a parlay format
7   in Canada on, say, hockey?
8       Q.    Correct.
9       A.    We do not have a specific rule
10  against that, I do not believe.  But I would
11  add that, again, the Commissioner could deal
12  with this, if it became a problem in some way,
13  in his discretion.
14      Q.    And do you have any idea of when it
15  would become a problem in his discretion, or
16  is that something you would ask Mr. Selig?
17      A.    I would leave that to his
18  discretion, again.
19      Q.    Does Major League Baseball have any
20  partnerships with casinos?
21      A.    When you say "partnerships," what
22  do you mean?
23      Q.    Any agreements of any sort with
24  casinos.
25      A.    Does Major League Baseball, meaning

Page 177

- T. OSTERTAG -

1    the Commissioner's office?

2        Q.    We'll start with the Commissioner's

3    office, sure.

4        A.    I do not believe we have any.

5        Q.    How about Major League clubs, do

6    they have any partnerships or agreements with

7    casinos?

8        A.    There are some teams that have

9    advertising sponsorship promotional agreements

10   with casinos that do not have sportsbooks.

11       Q.    What is Major League Baseball's

12   policy on the clubs' agreements with casinos,

13   if you know?

14       A.    Oh, I know.  It's a little

15   complicated but, in summary, there are certain

16   advertisements, sponsorships and promotions

17   that are acceptable and there are certain ones

18   that are not.  We draw lines in that area.

19       Q.    And what lines do you draw?

20       A.    Again, it's complicated.  But to

21   give you an example, teams are generally not

22   allowed to use their names and logos in

23   conjunction with the casino name and logo -- I

24   probably should say casino name or logo.

Page 178

- T. OSTERTAG -

1        In other words, accepting an ad--

2    and you can see these ads in various places--

3    including City Field is generally okay, but

4    having that ad and having the name or the logo

5    of the casino juxtaposed to the name or logo

6    of the team is not okay.  That's one example.

7        Q.    Does Major League Baseball have any

8    concern at all about a casino advertising at a

9    Major League Baseball stadium being somehow

10   associated with Major League Baseball?  Any

11   concern about fan perception of Major League

12   Baseball's association with gambling based on

13   casino advertisements?

14       A.    Again, we have concerns and we've

15   -- those concerns have been manifested in a

16   set of regulations that draw lines in certain

17   places.  The most solid line that we draw is

18   that if the casino conducts sports bidding, it

19   cannot have that association, period, end of

20   game.

21       For those that don't have sports

22   betting, there are more detailed and more

23   subtle lines that are drawn that we believe

24   are appropriate for the circumstances.

Page 179

- T. OSTERTAG -

1        Q.    Do you happen to know what

2    percentage of Major League Baseball clubs have

3    an advertisement deal with a casino?

4        A.    I don't.

5        Q.    Now, I think you mentioned City

6    Field.  I assume you're referring to the

7    marketing and promotional partnership with

8    Harrah's that the Mets have; is that correct?

9        A.    I think it's Caesars.  And maybe

10   I'm forgetting the possibility they're

11   co-owned, but clearly the branding is Caesars.

12       Q.    You're right.  The naming and

13   branding rights is to the Caesars club, but I

14   think it's through Harrah's.  But I could be

15   wrong.

16       Are you aware that Harrah's

17   purchased the right to make to fan offers for

18   stays in Atlantic City at City Field?

19       A.    I -- there was probably a time --

20   in fact, there was a time that I reviewed that

21   contract.  I couldn't have told you that

22   detail today, however.

23       Q.    Is there anything else you can tell

24   me about the partnership between the Mets and

Page 180

- T. OSTERTAG -

1    Harrah's through the signage at City Field?

2        A.    No.

3        Q.    Okay.

4        A.    There is one actually, in fact.  We

5    insist that the general branding for Caesars--

6    and it doesn't have to be every single

7    reference in the ballpark--but the general

8    branding be Atlantic City so that nobody

9    thinks the Caesars in Las Vegas is somehow

10   involved.  Another example of keeping sports

11   betting completely out of the picture.

12       Q.    Now, does Major League Baseball

13   have any policies prohibiting Major League

14   Baseball owners from having any stakes in any

15   casinos?

16       A.    Yes.

17       Q.    Do you know what rule or policy

18   that is?

19       A.    It's a policy that we have that

20   prohibits owners from owning any part of a

21   casino.  There is a de minimus threshold, but

22   generally it's a flat prohibition.

23       Q.    Okay.  Now, are you familiar with

24   Detroit Tigers owner Mike Illitch?  Am I

Page 181

```
 1                  - T. OSTERTAG -
 2   pronouncing that correct?
 3        A.    Yes.
 4        Q.    Now, my understanding is his wife,
 5   Marian Illich, became the owner of Detroit's
 6   MotorCity Casino.  Are you aware of that?
 7        A.    Yes.
 8        Q.    Does Major League Baseball have any
 9   concerns about that relationship?
10        A.    Marian Illich doesn't own the
11   Tigers and Michael Illitch doesn't own the
12   casino.  It's a situation that I don't think
13   we're going to allow again, but it exists
14   today and goes back a long time.
15        Q.    When you say you won't allow it
16   again, why is that?
17        A.    We've just made the decision that a
18   spouse will not be able to play the same sort
19   of role in the future.
20        Q.    Has Major League Baseball, during
21   the past ten years, ever reassessed its
22   position on gambling?
23        A.    Apart from what we've talked about?
24   Because there was amendment to Rule 21 that we
25   just talked about.
```

Page 182

```
 1                  - T. OSTERTAG -
 2        Q.    Sure, other than the amendment to
 3   Rule 21 (d)(3).
 4        A.    Our advertising guidelines that you
 5   were asking me about a second ago were last
 6   issued as a complete document in December of
 7   2002.  So I guess that comes within ten years,
 8   just barely.
 9        Q.    Anything else?
10        A.    We've had some amendments along the
11   way, some supplements to the 2002 guidelines,
12   two or three that I can think of.
13        Q.    Now, prior to their move to
14   Washington, the Montreal Expos were, for a
15   time period, operated by Major League
16   Baseball; is that correct?
17        A.    Yes.
18        Q.    Now, are you aware that --
19        A.    Let me just clarify that.  When you
20   say "operated," they were owned by an entity
21   that was owned by the other 29 teams, and the
22   operation was actually insulated from Major
23   League Baseball to a great extent because we
24   wanted the decisions made by people we hired
25   to run the team.
```

Page 183

```
 1                  - T. OSTERTAG -
 2        So it wasn't -- the situation was
 3   not that we were sitting in our offices making
 4   decisions on the operations of the team.  We
 5   were not.  We arranged it, we set it up, but
 6   then it was operated by the people we hire.
 7        Q.    Okay.  Now, were you aware during
 8   the time period -- keeping what you had in
 9   mind about how the operation worked, keeping
10   all that in mind, were you aware that during
11   that time period that the Expos were operated
12   by Major League Baseball, that the Expos had
13   an online casino as a main sponsor?
14        A.    No.  And if we had known about it,
15   assuming what you're saying is true, we would
16   have ended it immediately.
17        Q.    Now, Mr. Ostertag, are you aware
18   that the Las Vegas Convention & Visitors
19   Authority is a sponsor for several Major
20   League Baseball teams?
21        A.    No.  But I can tell you that if
22   it's the case, this is something we have
23   considered and we have not specifically
24   prohibited that organization from advertising.
25   I mentioned before we do a lot of line drawing
```

Page 184

```
 1                  - T. OSTERTAG -
 2   and we have -- we've permitted that
 3   organization to advertise.  It doesn't
 4   represent only casinos in Las Vegas; it
 5   represents all of entertainment in the entire
 6   Las Vegas area.
 7        Q.    So no concern about the potential
 8   public association between Major League
 9   Baseball clubs and Las Vegas, in general?
10        A.    I didn't say we didn't have any
11   concern.  We drew the line in such a place
12   that we did not prohibit the Las Vegas
13   Convention & Visitors Association from
14   advertising.
15        Q.    Do you think it's possible that
16   members of the public might perceive that
17   sponsorship by the Las Vegas Convention &
18   Visitors Authority as an implicit sponsorship
19   of gambling?
20        MR. MISHKIN:  Object to the form of
21        the question.
22        A.    We intended it to not be that, we
23   hope it's not that, and we haven't had any
24   particular problems with the way we've drawn
25   the lines so far.
```

Page 185

```
 1              - T. OSTERTAG -
 2       Q.    Mr. Ostertag, are you aware that at
 3   a point in time, the Arizona Diamondbacks
 4   Internet site contained a link with the Las
 5   Vegas Authority's home page which itself
 6   included a page on sportsbooks?
 7       A.    No.   There -- once in a while
 8   there's a problem that arises that we rectify
 9   as soon as we find out about it.   If that were
10   true, if that was true--I don't think I recall
11   ever knowing that--but we would change that as
12   fast as we could change it.
13       Q.    Okay.   So hypothetically if you
14   click -- if you're on the Arizona Diamondbacks
15   Internet site and you click on the link to the
16   Las Vegas Authority's home page and you go to
17   the Las Vegas Authority's home page and there
18   is a Diamondbacks logo and a gaming guide
19   appearing side by side, would that be a
20   concern?
21       A.    Would you repeat that?
22       Q.    Sure.   So you talked earlier about
23   keeping logos away from casinos.   If you were
24   to click on the link to the Las Vegas
25   Authorities home page from the Arizona
```

Page 186

```
 1              - T. OSTERTAG -
 2   Diamondbacks website and you found a gaming
 3   guide appearing side by side with the
 4   Diamondbacks logo, would that be a concern?
 5       A.    I think it would be.   I might need
 6   to see it.   I probably would need to see it
 7   and I would personally call the club.   As you
 8   described it, I think the answer is yes.
 9       Q.    Now, I'd like to show you what
10   we're going to mark as Exhibit -- I think
11   we're up to MLB Exhibit 13.
12          (Exhibit 13: Declaration of Allan
13       H. Selig in Support of Plaintiffs' Motion
14       For Summary Judgment, was marked for
15       identification.)
16   BY MR. HOFFMAN (continuing):
17       Q.    What I've handed you is the
18   Declaration of Allan H. Selig in Support of
19   Plaintiffs' Motion For Summary Judgment and,
20   If Necessary, to Preserve the Status Quo, a
21   Preliminary Injunction.
22          Mr. Ostertag, have you seen this
23   document before?
24       A.    Yes.
25       Q.    Did you help prepare this
```

Page 187

```
 1              - T. OSTERTAG -
 2   declaration?
 3       A.    Yes.
 4       Q.    Have you discussed this declaration
 5   with Commissioner Selig?
 6       A.    Yes.
 7       Q.    And other than conversations with
 8   counsel, what did you discuss regarding this
 9   declaration with Commissioner Selig?
10          MR. MISHKIN:   That's a difficult
11       question because Mr. Ostertag is himself
12       counsel and plays that role.   So I think
13       I'm going to instruct him not to discuss
14       his conversations with Commissioner Selig
15       about the preparation of the document to
16       be submitted in litigation.
17       Q.    Are you going to follow that
18   instruction?
19       A.    Yes.
20       Q.    Mr. Ostertag, were you ever asked
21   by your outside counsel to preserve your
22   records for this matter?
23       A.    Yes.
24       Q.    Have you erased or thrown away any
25   files, e-mails, text, voicemails or any other
```

Page 188

```
 1              - T. OSTERTAG -
 2   documents related to this matter since you
 3   instigated this litigation?
 4       A.    No.
 5          MR. HOFFMAN:   I don't have any
 6       further questions.
 7          MR. MISHKIN:   Thank you, Counsel.
 8       And I have none.
 9          (Time noted:  2:25 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 189

```
 1
 2    STATE OF NEW YORK  )
 3                       )  ss:
 4    COUNTY OF NEW YORK )
 5
 6
 7              I, THOMAS OSTERTAG, the witness
 8    herein, having read the foregoing testimony of
 9    the pages of this deposition, do hereby
10    certify it to be a true and correct
11    transcript, subject to the corrections, if
12    any, shown on the attached page.
13
14
15
16         _____
17                  THOMAS OSTERTAG
18
19    Sworn and subscribed to
20    before me this _____ day
21    of _____, 2012.
22
23    _____
24         NOTARY PUBLIC
25
```

---

Page 191

```
 1
 2    EXHIBITS (continued):
 3    Exhibit 9: MLB.com Bingo                      142
                (#PLAINTIFFS' 00004142-149)
 4
      Exhibit 10: Rule 21                           146
 5                (#PLAINTIFFS' 00001798)
 6    Exhibit 11: Amendment to Rule 21              160
                  (d)(3)
 7                (#PLAINTIFFS' 00002219-225)
 8    Exhibit 12: Major League Constitution         165
                  Section 4
 9                (#PLAINTIFFS' 00002226-228)
10    Exhibit 13: Declaration of Allan H.           186
                  Selig in Support of
11                Plaintiffs' Motion For
                  Summary Judgment
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 190

```
 1
 2                 I N D E X
 3    EXAMINATION OF
      THOMAS OSTERTAG                         PAGE
 4
      By Mr. Hoffman .......................     4
 5
      AFTERNOON SESSION.....................   132
 6
      INSTRUCTIONS BY COUNSEL NOT TO ANSWER
 7    (Page:Line):  17:16, 187:10
 8    REQUEST FOR DOCUMENTS/INFORMATION
      (Page:Line):  [NONE]
 9
10              E X H I B I T S
11    MLB
      EXHIBIT        DESCRIPTION              PAGE
12
      Exhibit 1: 30(b)(6) Notice of            15
13               Deposition
14    Exhibit 2: National Gambling Impact      27
                 Study Commission Report
15               1999
                 (#PLAINTIFFS' 00002333-606)
16
      Exhibit 3: Complaint                     41
17
      Exhibit 4: MLB.com, Fantasy Baseball    109
18               Official Rules
19    Exhibit 5: NewsRoom article             119
20    Exhibit 6: MLB PrePlay app             134
                 (#PLAINTIFFS' 00002208)
21
      Exhibit 7: Official Rules 2012          137
22               MLB.com Odyssey
                 (#PLAINTIFFS' 00002214-218)
23
      Exhibit 8: MLB.com Million Dollar       140
24               Pick 'Em
                 (#PLAINTIFFS' 00002211-213)
25
```

---

Page 192

```
 1                   ERRATA SHEET
                VERITEXT REPORTING COMPANY
 2                   1250 BROADWAY
                NEW YORK, NEW YORK 10001
 3                   800-362-2520
 4    CASE: NCAA, ET AL. VS. CHRISTIE, ET AL.
      DEPOSITION DATE: NOVEMBER 6, 2012
 5    DEPONENT: THOMAS OSTERTAG
 6    PAGE LINE(S)    CHANGE           REASON
 7    ____|____|_____|_____
 8    ____|____|_____|_____
 9    ____|____|_____|_____
10    ____|____|_____|_____
11    ____|____|_____|_____
12    ____|____|_____|_____
13    ____|____|_____|_____
14    ____|____|_____|_____
15    ____|____|_____|_____
16    ____|____|_____|_____
17    ____|____|_____|_____
18    ____|____|_____|_____
19    ____|____|_____|_____
20
21         _____
                 THOMAS OSTERTAG
22    SUBSCRIBED AND SWORN TO BEFORE ME
23    THIS _____ DAY OF _____, 20___.
24
25    (NOTARY PUBLIC)        MY COMMISSION EXPIRES:
```

Page 193

```
 1
 2              C E R T I F I C A T I O N
 3
 4           I, Sherri Flagg, a Registered
 5  Professional Reporter, Certified LiveNote
 6  Reporter, and a Notary Public, do hereby certify
 7  that the foregoing witness, THOMAS OSTERTAG, was
 8  duly sworn on the date indicated and that the
 9  foregoing is a true and accurate transcription
10  of my stenographic notes.
11           I further certify that I am not
12  employed by nor related to any party to this
13  action.
14           Dated this 8th day of November, 2012.
15
16
17           _____
18           Sherri Flagg, RPR, CLR
19
20
21
22
23
24
25
```