

December 7, 2012

**VIA ECF**

Clerk
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ  08608

Re: **National Collegiate Athletic Association v. Christopher J. Christie, et al.
Civil Action No. 12-cv-4947 (MAS)(LHG)**

William J. O'Shaughnessy
Partner
T. 973.639.2094
F. 973.297.3722
woshaughnessy@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

Dear Sir/Madam:

This firm, along with Skadden, Arps, Slate, Meagher & Flom LLP and Bancroft PLLC, represent Plaintiffs National Collegiate Athletic Association, National Basketball Association, National Football League, National Hockey League, and Office of the Commissioner of Baseball d/b/a Major League Baseball.

Enclosed please find the following unredacted confidential documents, redacted versions of each having been filed earlier today at docket entry 95:

- Exhibits 1, 2, 3, 7, 9, 17, 20, 21, 23, and 31 to the December 6, 2012 Certification of Richard Hernandez;

- An unredacted version of Plaintiffs' Reply Brief in Support of their Motion for Summary Judgment and, If Necessary to Preserve the Status Quo, a Preliminary Injunction, and Brief in Opposition to Defendants' Cross-Motion for Summary Judgment;

- An unredacted version of Plaintiffs' Reply Statement of Undisputed Material Facts Pursuant to Local Rule 56.1; and

- An unredacted version of Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1.

These document are being filed pursuant to Local Civil Rule 5.3(c)(2) for the reasons set forth in Plaintiffs' Cross-Motion to Seal Additional Documents, which will be filed shortly.

Very truly yours,

*s/ William J. O'Shaughnessy*

William J. O'Shaughnessy

Enclosures
cc:  Michael A. Shipp, U.S.D.J. (w/encls., via hand delivery)
     Lois H. Goodman, U.S.M.J. (w/encls., via hand delivery)
     Christopher S. Porrino (w/encls., via hand delivery)

ME1 14500364v.1