# Exhibit 23

# NBA Las Vegas / Gambling Survey

*Conducted on 7/16/07 by Harris QuickQuery among U.S. Adult Population (18+)*

**How much trust do you have in each of the following sports?**

College football – 66%
NFL – 65%
College basketball – 65%
MLB – 63%
NASCAR – 61%
NHL – 57%
**NBA – 56%**
Boxing – 37%

*Percentages represent anyone that responded with "A great deal", "A fair amount" or "Some trust".*

- The level of trust in the NBA was relatively high among Men 18-34 (63%) and people with incomes of $75,000+ (61%).
- The groups that trust the NBA the least ("Very little" or "Not at all") were people with incomes of less than $35,000 (48%) and Adults 35-44 (48%).

**Which of the following, if any, best describe your general feelings towards gambling? (Respondents selected all that apply)**

"It adds excitement to people's lives" – 38%
"It is a waste of time and money" – 35%
"It has a negative impact on society" – 22%
"The positives outweigh the negatives in gambling" – 10%
"Other" – 9%
"I do not have any feelings towards gambling" – 20%

- Students, college graduates and people with incomes between $50,000 and $75,000 were more likely to have negative feelings towards gambling in general.

HIGHLY CONFIDENTIAL MATERIAL – NBA                                    PLAINTIFFS' 00002263

**Which of the following activities, if any, have you participated in during the past 3 months? (Respondents selected all that apply)**

Purchased lottery ticket – 40%
Visited a casino – 21%
Made a wager on sports with a friend or family member – 6%
Took part in an office pool (Super Bowl, March Madness, etc.) – 6%
Played online poker - 5%
Played fantasy sports - 5%
Bet on horse race / Off Track Betting (OTB) – 3%
Placed a bet at a casino sports book - 2%
Placed a bet with a bookie - 1%
Placed a sports bet online - 1%
None of these - 45%

- 53% of the general US population has participated in at least one of the gambling activities listed above in the past 3 months.
- While women are more likely to visit casinos, men are significantly more likely to make a sports wager, take part in an office pool, and play fantasy sports.

**If a professional sports league launched a team in Las Vegas, how would it impact your attitudes towards that league?**

"It would negatively affect my attitude towards the league" – 9%
"It would improve my attitude towards the league" – 4%
"It would not change my attitude towards the league" – 87%

- 13% of 18-34 year old males said that it would improve their attitude towards the league.

**If a professional sports league launched a team in Las Vegas, how interested would you be to watch that team's games on television?**

Extremely interested – 1%
Very interested – 4%
Interested – 14%
Somewhat interested – 27%
Not at all interested – 54%

- 35% of 18-34 year old males said that they would be more than "Somewhat Interested" in watching a Las Vegas team's games on television.

HIGHLY CONFIDENTIAL MATERIAL - NBA                    PLAINTIFFS' 00002264

### Which of the following best describes how often you place a bet on sports games/events?

"I never bet on sports games/events" – 73%
"I rarely bet on sports games/events (less than once every few months)" – 18%
"I occasionally bet on sports games/events (once every few months)" – 6%
"I regularly bet on sports games/events (1-4 times per month)" – 2%
"I frequently bet on sports games/events (more than once a week)" – 1%

- 36% of males bet on sports games/events
- 18% of females bet on sports games/events
- 44% of 35-44 year old males have bet on sports games/events, and that demographic bets most often as well.

### Please indicate how much you associate each of the following sports properties with gambling?

Boxing – 67%
National Football League – 64%
**National Basketball League – 55%**
College Football – 53%
College Basketball – 53%
Major League Baseball – 49%
National Hockey League – 38%
NASCAR – 34%

*Percentages represent anyone that responded with "A great deal", "A fair amount" or "Somewhat".*

**The following is the breakdown for the NBA by response:**

Associate a great deal – 16%
Associate a fair amount – 18%
Associate somewhat – 20%
Associate very little – 14%
Do not associate at all – 31%

- In general, males associate the NBA with gambling more than females.
- College graduates and people with incomes of $75,000+ also associated the NBA with gambling at a high rate.

HIGHLY CONFIDENTIAL MATERIAL – NBA                    PLAINTIFFS' 00002265

**If each of the following major professional sports launched a team in Las Vegas, how much trust would you have in the integrity of that team's games?**

NFL – 62%
MLB – 62%
NHL – 61%
NBA – 59%

*Percentages represent anyone that responded with "A great deal", "A fair amount" or "Somewhat".*

**The following is the breakdown for the NBA by response:**

A great deal of trust – 7%
A fair amount of trust – 20%
Some trust – 32%
Very little trust – 17%
No trust at all – 24%

**Suppose a major professional sports league (NFL, MLB, NBA, NHL) decided to launch a team in Las Vegas. How would that change your views of the league based on the following scenarios?**

| | Much/ Somewhat more positive | No change | Much/ Somewhat more negative | Net percentage difference |
|---|---|---|---|---|
| You cannot gamble legally on that sport in Las Vegas | 17% | 71% | 12% | +5% |
| You can gamble legally on that sport in Las Vegas, but not on the Las Vegas team's game | 11% | 71% | 19% | -8% |
| You can gamble legally on all games for that sport in Las Vegas | 7% | 70% | 23% | -16% |
| The sport actively participates in and promotes betting in the Las Vegas arena/stadium | 4% | 65% | 31% | -27% |

HIGHLY CONFIDENTIAL MATERIAL – NBA                    PLAINTIFFS' 00002266

**How often do you look at the sports betting lines for sports games/events (e.g. in the newspaper or online)?**

Never – 80%
Rarely (less than once every few months) – 11%
Occasionally (once every few months) – 5%
Regularly (1-4 times per month) – 2%
Frequently (more than once a week) – 1%

- 31% of males have looked at a sports betting line, compared to 9% of females.

**Which, if any, of the following team sports did you bet on during their most recent regular season?**

NFL – 11%
College basketball – 5%
College football – 4%
NBA – 3%
MLB – 3%
NHL – 1%

- 15% of people bet on one of these sports during the most recent sports season.
- 20% of males bet on one of these sports during the most recent sports season, compared to just 10% of females.
- 29% of 18-34 year old males bet on one of these sports during the most recent sports season.

HIGHLY CONFIDENTIAL MATERIAL – NBA                              PLAINTIFFS' 00002267

**Currently, sports betting is only legal in the state of Nevada. Which of the following best describes your feelings towards legalizing sports gambling across the U.S.?**

Strongly support – 7%
Somewhat support – 10%
Neither support nor oppose -45%
Somewhat oppose – 11%
Strongly oppose – 27%

- 23% of males support legalizing sports gambling in the U.S., compared to 10% of females.
- 34% of males oppose legalizing sports gambling in the U.S., compared to 42% of females.
- 18-34 year old males are split evenly, with 30% both supporting and opposing the idea of legalized sports gambling

**If a major professional sports league (NFL, MLB, NBA, NHL) decided to launch a team in Las Vegas, which of the following would best describe your preference for how the league should operate with respect to gambling?**

"People cannot gamble legally in Las Vegas on any games in that sports league" – 32%
"People can gamble legally on that sport, but not on the Las Vegas team's games" – 13%
"People can gamble legally on all games for that sport in Las Vegas" – 35%
"People can gamble legally on all games, and the sport actively participates in and promotes betting in the Las Vegas arena/stadium" – 21%

**If a major professional sports league (NFL, MLB, NBA, NHL) placed a team in Las Vegas, how would that influence your spending on that league (i.e., tickets, merchandise)?**

"I would definitely spend more money on the league" – 1%
"It wouldn't influence my spending on the league" – 78%
"I would definitely spend less money on the league" – 17%

HIGHLY CONFIDENTIAL MATERIAL – NBA