**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036
(212) 735-3000

**BANCROFT PLLC**
1919 M Street, N.W., Suite 470
Washington, DC 20036
(202) 234-0090

Attorneys for Plaintiffs
  National Collegiate Athletic Association,
  National Basketball Association, National
  Football League, National Hockey League, and
  Office of the Commissioner of Baseball doing
  business as Major League Baseball

|  |  |
|---|---|
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*,<br><br>                    Plaintiffs,<br><br>           v.<br><br>CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey, *et al.*,<br><br>                    Defendants. | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**<br><br>Civil Action No. 12-cv-4947 (MAS)(LHG)<br>Hon. Michael A. Shipp, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br><br>**MOTION DAY: December 18, 2012**<br><br>**NOTICE OF PLAINTIFF'S CROSS-MOTION TO SEAL ADDITIONAL DOCUMENTS** |

To:   Christopher S. Porrino
      Assistant Attorney General
      Director, Division of Law
      Office of the Attorney General
      Richard J. Hughes Justice Complex
      25 Market Street, P.O. Box 080
      Trenton, New Jersey 08625
      Counsel for Defendants

ME1 14498889v.1

**PLEASE TAKE NOTICE** that on December 18, 2012 at 1:00 p.m., or as soon thereafter as counsel may be heard, the undersigned, counsel for Plaintiffs National Collegiate Athletic Association, National Basketball Association, National Football League, National Hockey League, and Office of the Commissioner of Baseball doing business as Major League Baseball, shall apply to the United States District Court, District of New Jersey at the United States Courthouse, 402 East State Street, Trenton, New Jersey 08608, for entry of an Order pursuant to Local Civil Rule 5.3(c)(2) sealing the following documents: (1) exhibits 1, 2, 3, 7, 9, 17, 20, 21, 23, and 31 to the December 6, 2012 Certification of Richard Hernandez; (2) an unredacted version of Plaintiffs' Reply Brief in Support of their Motion for Summary Judgment and, If Necessary to Preserve the Status Quo, a Preliminary Injunction, and Brief in Opposition to Defendants' Cross-Motion for Summary Judgment; (3) an unredacted version of Plaintiffs' Reply Statement of Undisputed Material Facts Pursuant to Local Rule 56.1; and (4) an unredacted version of Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1.

**PLEASE TAKE FURTHER NOTICE** that in support of the motion we shall rely upon Plaintiffs' Brief in Further Support of Defendants' Motion to Seal and in Support of Plaintiffs' Cross-Motion to Seal Additional Documents, the Certification of Naima M. Stevenson of the National Collegiate Athletic Association in Further Support of Defendants' Motion to Seal Documents and in Support of Plaintiffs' Cross-Motion to Seal, the Certification of Daniel J. Spillane of the National Basketball Association in Further Support of Defendants' Motion to Seal Documents and in Support of Plaintiffs' Cross-Motion to Seal, the Certification of Lawrence P. Ferazani, Jr. of the National Football League in Further Support of Defendants' Motion to Seal Documents and in Support of Plaintiffs' Cross-Motion to Seal, and the

Certification of Jessica C. Berman of the National Hockey League in Further Support of Defendants' Motion to Seal Documents and in Support of Plaintiffs' Cross-Motion to Seal, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Form of Order and Findings of Facts is submitted with this motion.

McCARTER & ENGLISH, LLP

Dated: December 7, 2012        By:    *s/William J. O'Shaughnessy*
                                      William J. O'Shaughnessy
                                      Richard Hernandez
                                      Four Gateway Center
                                      100 Mulberry Street
                                      Newark, New Jersey 07102
                                      (973) 622-4444
                                      woshaughnessy@mccarter.com
                                      rhernandez@mccarter.com

                                      Jeffrey A. Mishkin
                                      Anthony J. Dreyer
                                      **SKADDEN ARPS SLATE MEAGHER &
                                         FLOM LLP**
                                      Four Times Square
                                      New York, NY 10036
                                      (212) 735-3000
                                      jmishkin@skadden.com
                                      adreyer@skadden.com

                                      Paul D. Clement
                                      Erin E. Murphy
                                      **BANCROFT PLLC**
                                      1919 M Street, N.W., Suite 470
                                      Washington, DC 20036
                                      (202) 234-0090
                                      pclement@bancroftpllc.com
                                      emurphy@bancroftpllc.com

                                      *Attorneys for Plaintiffs*
                                         *National Collegiate Athletic Association,*
                                         *National Basketball Association, National*
                                         *Football League, National Hockey League, and*
                                         *Office of the Commissioner of Baseball doing*
                                         *business as Major League Baseball*

ME1 14498889v.1