UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION, et al.,

        Plaintiffs,

    v.

CHRISTOPHER J. CHRISTIE,
et al.,

        Defendants.

Civil Action No. 12-4947 (MAS) (LHG)

**ORDER**

    This matter is currently scheduled for oral argument on December 18, 2012 on Defendants' Motion to Dismiss and Plaintiffs' "Motion for Summary Judgment and, if necessary, to Preserve the Status Quo." (ECF No. 57.) On November 21, 2012, Defendants raised a constitutional challenge to the Professional and Amateur Sports Protection Act, 28 U.S.C. § 3701 ("PASPA") (ECF No. 79), which the Court certified to the Attorney General on November 27, 2012. (ECF No. 84.) Pursuant to Federal Rule of Civil Procedure 5.1(c), the Attorney General has until January 20, 2013 to intervene in this matter. In addition, Rule 5.1(c) provides that before the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional.

    While Defendants raised their constitutional challenge on November 21, 2012 and the Attorney General has until January 20, 2013 to intervene in the matter, the record still reflects that Defendants intend to start issuing licenses as early as January 9, 2013. As such, the Court is inclined to conduct oral argument as scheduled. However, the Court is constrained to limit the arguments to standing rather than hear the Parties' comprehensive positions regarding all of the issues presented in the pending motions. Based on the foregoing, and for other good cause shown;

**IT IS** on this 11th day of December, 2012,

**ORDERED** that oral argument on December 18, 2012 will be limited to the Defendants' challenge to the Leagues' standing.

_____
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE