```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW JERSEY
                    Minutes of Proceeding
```

OFFICE: **TRENTON**

JUDGE MICHAEL A. SHIPP

Date: December 12, 2012

Court Reporter: CATHY FORD

TITLE OF CASE:                              CIVIL **12-4947**
**NCAA, et. al.**

vs.

**CHRISTOPHER CHRISTIE, et. al.**

APPEARANCES:
**Attorneys for Plaintiffs**
Jeffrey Mishkin
Anthony Dreyer
William O'Shaughnessy
Paul Clement

**Attorneys for Defendants**
John Hoffman
Christopher Porrino
Matt McGill
Michael Griffinger
Ronald Riccio


NATURE OF PROCEEDINGS: **TELEPHONE STATUS CONFERENCE**
**Telephone Conference held.**
**Oral Argument previously set for 12/18/12 will proceed as scheduled regarding the issue of standing only.**



TIME COMMENCED:4:50 PM
TIME ADJOURNED:5:10 PM
TOTAL TIME: 20 MIN

                                            **s/Nativelis Rodriguez**
                                            Deputy Clerk