UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>Minutes of Proceeding</u>

OFFICE: TRENTON

JUDGE MICHAEL A. SHIPP             Date: December 18, 2012

Court Reporter: CATHY FORD

TITLE OF CASE:                                    CIVIL **12-4947**
**NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION, et. al**.


vs.

**CHRISTOPHER J. CHRISTIE, et. al**.


**APPEARANCES**:
Jeffrey Miskin, Esq for Plaintiff
Anthony Dreyer, Esq for Plaintiff
William O'Shaughnessy, Esq for Plaintiff
Ronald Riccio, Esq for Defendant
Michael Griffinger, Esq for Defendant
Thomas Valen, Esq for Defendant
Theodore Olson, Esq for Defendant
John Hoffman, Esq for Defendant
Jennifer Nelson, Esq for Defendant

NATURE OF PROCEEDINGS: **Hearing on Motions for Summary Judgment**
Conference held in Chambers prior to hearing.
Hearing on motion (#10) by Plaintiffs for Summary Judgment
as to the issue of Standing only.
Decision reserved. Order to be entered.

Hearing on cross motion (#76) by Defendants for Summary Judgment
as to the issue of Standing only.
Decision reserved. Order to be entered.



TIME COMMENCED: 1:00PM              **s/Nativelis Rodriguez**
TIME ADJOURNED: 2:50PM                    Deputy Clerk
TOTAL TIME: 1hr 50 min.