

### State of New Jersey

| | | |
|---|---|---|
| CHRIS CHRISTIE<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW | JEFFREY S. CHIESA<br>*Attorney General* |
| KIM GUADAGNO<br>*Lt. Governor* | 25 MARKET STREET<br>PO Box 112<br>TRENTON, NJ 08625-0112 | CHRISTOPHER S. PORRINO<br>*Director* |

January 23, 2013

Honorable Michael A. Shipp, U.S.D.J.
Clarkson S. Fisher Federal Building & U.S. Courthouse
Judicial Complex
402 East State Street
Trenton, New Jersey  08608

    Re:  ***NCAA, et al v. Christie, et al.***
         Docket No. 3:12-CV-04947

Dear Judge Shipp:

    This office represents the three individual Defendants in the above-captioned action. Defendants write in response to the Notice of Intervention filed yesterday by the United States of America, notifying the Court of its intent to intervene to defend the constitutionality of the Professional and Amateur Sports Protection Act ("PASPA"), and to the Court's Order directing that the United States is an intervenor in this action. The Court's Order provides that the United States must file its brief defending the constitutionality of PASPA by February 1, 2013 and that the United States may participate in the hearing the Court has scheduled for February 14, 2013.

    Defendants respectfully request that the Court grant the parties leave to respond to the filing by the United States in advance of the scheduled February 14 hearing. In particular, Defendants respectfully request that the Court order that Plaintiffs and Defendants may each file a brief by no later than February 8, 2013, that addresses the arguments made by the United States. Counsel for Defendants-Intervenors consent to this request. Counsel for Plaintiffs consent to the submission of a brief by the State Defendants but take no position on submission of briefs by the Defendants-Intervenors.



January 23, 2013
Page 2

Thank you for your consideration of this request.

Respectfully,

JEFFREY S. CHIESA
ATTORNEY GENERAL OF NEW JERSEY

By:   \_\_\_\_/s/ _____
      John J. Hoffman,
      Executive Assistant Attorney General

By:   \_\_\_\_/s/ \_\_\_\_
      Christopher S. Porrino,
      Director, Division of Law

cc:   All counsel (via electronic filing)

101445690.1