UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>          Plaintiffs,<br><br>          v.<br><br>CHRISTOPHER J. CHRISTIE, et al.,<br><br>          Defendants. | Civil Action No. 14-6450 (MAS) (LHG) |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>          Plaintiffs,<br><br>          v.<br><br>CHRISTOPHER J. CHRISTIE, et al.,<br><br>          Defendants. | Civil Action No. 12-4947 (MAS) (LHG)<br><br>**ORDER** |

**THIS MATTER** having been brought before the Court by McCarter & English, LLP, Skadden, Arps, Slate, Meagher & Flom LLP, and Bancroft PLLC, attorneys for Plaintiffs National Collegiate Athletic Association, National Basketball Association, National Football League, National Hockey League, and Office of the Commissioner of Baseball, doing business as Major League Baseball (collectively "Plaintiffs"), seeking a Preliminary Injunction, and the Court having considered parties' submissions and arguments; and the Court having consolidated Plaintiff's application for a preliminary injunction with a decision on the merits through a *sua sponte*

1

summary judgment decision; and for the reasons stated in the Opinion filed on this date; and for other good cause shown,

**IT IS** on this 21st day of November, 2014, **ORDERED** that:

1. Plaintiffs' Application for a Preliminary Injunction (12-4947, ECF No. 174; 14-6450, ECF No. 12) is **TERMINATED** as moot.

2. Summary Judgment is **GRANTED** to Plaintiffs on Count One of the Complaint (14-6450, ECF No. 1).

3. Counts Two, Three, and Four of the Complaint (14-6450, ECF No. 1) are **DISMISSED**.

4. Plaintiffs' request for a permanent injunction is **GRANTED**, and the State Defendants are permanently enjoined from violating the Professional and Amateur Sports Protection Act, 28 U.S.C. §§ 3701-3704, by giving operation or effect to N.J. Stat. Ann. §§ 5:12A -7 to -9 (2014) in its entirety.

    s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**