UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey, *et al.*,<br><br>                Defendants. | **NOTICE OF PRO PUBLICA, LLC'S MOTION TO INTERVENE AND UNSEAL**<br><br>Civil Action No. 12-cv-4947<br>Hon. Michael A. Shipp, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br><br>**Motion Day:** June 6, 2022 |

    PLEASE TAKE NOTICE that Pro Publica, LLC ("ProPublica") will move before the Honorable Judge Goodman, U.S.M.J., on June 6, 2022, or as soon thereafter as counsel may be heard, for an Order that (1) permits ProPublica to intervene in this matter for the limited purpose of seeking access to court records, and (2) unseals all court records in this matter that remain under seal either in whole or in part, through redactions.

    In support of this motion, ProPublica relies on the attached brief and proposed form of order.

                                                      /s/ Bruce S. Rosen
                                                      Pashman Stein Walder Hayden, P.C.
                                                      Court Plaza South
                                                      21 Main Street, Suite 200

                                                           Hackensack, NJ 07601  
                                                           T: (201) 488-4878  
                                                           F: (201) 488-5556  
                                                           brosen@pashmanstein.com

Dated: April 28, 2022