EXHIBIT A

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3067
DIRECT FAX
(917) 777-3067
E-MAIL ADDRESS
JORDAN.FEIRMAN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

March 18, 2022

**VIA E-MAIL**
Bruce S. Rosen, Esq.
Pashman Stein Walder Hayden P.C.
brosen@pashmanstein.com

   RE: <u>NCAA et al. v. Christie et al., 12-cv-4947 (D. N.J.)</u>

Dear Mr. Rosen:

  We are in receipt of your March 11 letter concerning ProPublica's intention to seek the unsealing of certain withdrawn filings in the above-referenced litigation. We have evaluated your request and determined that the materials to which you refer pertain solely to the National Collegiate Athletic Association ("NCAA").

  The NCAA has authorized us to inform you that if ProPublica moves to unseal the filings, you may state that the NCAA takes no position with respect to the motion— that is, the NCAA neither consents to it nor opposes it.

  We appreciate that you provided advance notice of the motion, and request that ProPublica provide the NCAA with any timeline(s) for publishing materials related to the *Christie* litigations, and/or advance notice of imminent publications with respect to that subject matter.

            Regards,

            */s Jordan Feirman*

cc: Jeffrey A. Mishkin, Esq.
   Anthony J. Dreyer, Esq.