EXHIBIT B

The following docket entries appear to be in redacted form or entirely under seal:

76-1 (also under seal at 78-1),

76-2 (also under seal at 78-2),

76-5 (also under seal at 78-4),

76-9 (also under seal at 78-8),

76-14 (also under seal at 78-13),

76-15 (also under seal at 78-14),

76-16 (also under seal at 78-15),

76-17 (also under seal at 78-16),

76-18 (also under seal at 78-17),

76-19 (also under seal at 78-18),

76-20 (also under seal at 78-19),

76-24 (also under seal at 78-23),

76-27 (also under seal at 78-26),

76-28 (also under seal at 78-27),

76-34 (also under seal at 78-33),

76-35 (also under seal at 78-34),

76-37 (also under seal at 78-36),

76-40 (also under seal at 78-39),

76-41 (also under seal at 78-40),

76-42 (also under seal at 78-41),

76-43 (also under seal at 78-42),

76-44 (also under seal at 78-43),

76-45 (also under seal at 78-44),

76-46 (also under seal at 78-45),

76-47 (also under seal at 78-46),

76-50 (also under seal at 78-49),

76-51 (also under seal at 78-50),

78 (all under seal),

95 (also under seal at 96-11, refiled with "proper redactions" at 99),

95-1 (also under seal at 96-12),

95-2 (also under seal at 96-13),

95-4 (also under seal at 96-1),

95-5 (also under seal at 96-2),

95-6 (also under seal at 96-3),

95-10 (also under seal at 96-4),

95-12 (also under seal at 96-5),

95-20 (also under seal at 96-6),

95-23 (also under seal at 96-7),

95-24 (also under seal at 96-8),

95-26 (also under seal at 96-9),

95-34 (also under seal at 96-10),

96 (all under seal), and

99.