UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey, *et al.*,<br><br>Defendants. | **PROPOSED ORDER**<br><br>Civil Action No. 12-cv-4947<br>Hon. Michael A. Shipp, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br><br>**Motion Day:** June 6, 2022 |

THIS MATTER, having been brought before this Court by Pro Publica, LLC ("ProPublica") (Pashman, Stein Walder Hayden, PC, Bruce S. Rosen, appearing) by way of its Motion to Intervene and Unseal, and the parties having been notified through ECF, and for good cause shown,

IT IS, on this _____ day of _____ 2022,

ORDERED that ProPublica is hereby granted status as an intervener in this matter for the limited purpose of seeking access to court records, and it is further,

ORDERED that all records set forth in Exhibit B of Intervenors' Brief (and attached hereto) be and are hereby unsealed, and to the extent possible, the Clerk's Office shall make them available as soon as practicable, and if there are documents inaccessible to the Clerk's Office for unsealing, that upon request by the Clerk, the parties shall file these exhibits in unredacted form within 30 days of any such request.

_____
Hon. Lois H. Goodman
U.S. Magistrate Judge