UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey, *et al.*, <br><br> Defendants. | **ORDER** <br><br> Civil Action No. 12-cv-4947 <br> Hon. Michael A. Shipp, U.S.D.J. <br> Hon. Lois H. Goodman, U.S.M.J. <br><br> **Motion Day:** June 6, 2022 |

THIS MATTER, having been brought before this Court by Pro Publica, Inc. ("ProPublica") (Pashman, Stein Walder Hayden, PC, Bruce S. Rosen, appearing) by way of its Motion to Intervene and Unseal [217], and the parties having received notice of the Motion through ECF, and no party having sought to be heard, and Plaintiff National Collegiate Athletic Association indicating it takes no position on the relief sought, and for good cause shown,

IT IS, on this 4th day of August, 2022,

ORDERED that ProPublica is hereby granted status as an intervener in this matter for the limited purpose of seeking access to court records, and it is further,

ORDERED that all records set forth in Exhibit B of Intervenors' Brief (and attached hereto) be and are hereby unsealed, and to the extent possible, the Clerk's Office shall make them available as soon as practicable, and if there are documents inaccessible to the Clerk's Office for unsealing, that upon request by the Clerk, the parties shall file these exhibits in unredacted form within 30 days of any such request.

Hon. Lois H. Goodman
U.S. Magistrate Judge

EXHIBIT B

The following docket entries appear to be in redacted form or entirely under seal:

76-1 (also under seal at 78-1),

76-2 (also under seal at 78-2),

76-5 (also under seal at 78-4),

76-9 (also under seal at 78-8),

76-14 (also under seal at 78-13),

76-15 (also under seal at 78-14),

76-16 (also under seal at 78-15),

76-17 (also under seal at 78-16),

76-18 (also under seal at 78-17),

76-19 (also under seal at 78-18),

76-20 (also under seal at 78-19),

76-24 (also under seal at 78-23),

76-27 (also under seal at 78-26),

76-28 (also under seal at 78-27),

76-34 (also under seal at 78-33),

76-35 (also under seal at 78-34),

76-37 (also under seal at 78-36),

76-40 (also under seal at 78-39),

76-41 (also under seal at 78-40),

76-42 (also under seal at 78-41),

76-43 (also under seal at 78-42),

76-44 (also under seal at 78-43),

76-45 (also under seal at 78-44),

76-46 (also under seal at 78-45),

76-47 (also under seal at 78-46),

76-50 (also under seal at 78-49),

76-51 (also under seal at 78-50),

78 (all under seal),

95 (also under seal at 96-11, refiled with "proper redactions" at 99),

95-1 (also under seal at 96-12),

95-2 (also under seal at 96-13),

95-4 (also under seal at 96-1),

95-5 (also under seal at 96-2),

95-6 (also under seal at 96-3),

95-10 (also under seal at 96-4),

95-12 (also under seal at 96-5),

95-20 (also under seal at 96-6),

95-23 (also under seal at 96-7),

95-24 (also under seal at 96-8),

95-26 (also under seal at 96-9),

95-34 (also under seal at 96-10),

96 (all under seal), and

99.